UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN E. WOOD, | ) | CIVIL ACTION NO. |
| | ) | |
| Plaintiff, | ) | 3:03-CV-986 (JCH) |
| | ) | |
| v. | ) | |
| | ) | October 15, 2003 |
| SEMPRA ENERGY TRADING CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**APPEARANCE**

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for SEMPRA ENERGY TRADING CORPORATION in the above-captioned action.

By: /s/ Neil B. Stekloff
Neil B. Stekloff (ct19778)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
(203) 961-7400
neilstekloff@paulhastings.com

STM/260990.1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the Appearance of Neil B. Stekloff was sent on this 15th day of October, 2003, via U.S. mail, postage prepaid, to:

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O"ROURKE & ASSOCIATES, LLP
> 27 Pine Street
> New Canaan, CT 06840

_____
Neil B. Stekloff

STM/260990.1