UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br>November 26, 2003 |

## DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

Pursuant to Local Rule of Civil Procedure 7(b), Defendant hereby moves for a thirty (30) day extension of time, up to and including December 31, 2003, within which to serve its responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents. Defendant requests this extension in order to gather information required to address each of Plaintiff's discovery requests.

During a November 19, 2003 status conference before the Honorable Janet C. Hall, U.S.D.J., Plaintiff's counsel indicated that he had no objection to this requested extension of time. This is Defendant's first request to extend the time within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, Defendant respectfully requests that this Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, up to and including December 31, 2003, be granted.

DATED: November 26, 2003

Respectfully submitted,

DEFENDANT SEMPRA ENERGY TRADING CORPORATION

By: *Peter M. Schultz*
Mary C. Dollarhide (ct12251)
Peter M. Schultz (ct19425)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
peterschultz@paulhastings.com

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of November, 2003, a copy of the foregoing was forwarded via regular mail to counsel for the Plaintiff at the following address:

> Brendan J. O'Rourke, Esq.
> O'ROURKE & ASSOCIATES, LLC
> 27 Pine Street
> New Canaan, CT  06840

*Peter M. Schultz*
Peter M. Schultz