UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rule 16 Conference Calendar

RULE 16 CONFERENCE HELD
11/19/03
Date

Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

NOVEMBER 19, 2003

4:30 p.m.

CASE NO.   3-03-cv-986 Wood v Sempra Energy
-----------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Mary C. Dollarhide | Paul, Hastings, Janofsky & Walker, 1055 Washington Blvd., 9Th Floor, Stamford, CT 203-961-7400 |
| Jeffrey M. McCormick | O'Rourke & Associates, 27 Pine St., New Canaan, CT 203-966-6664 |
| Brendan John O'Rourke | O'Rourke & Associates, 27 Pine St., New Canaan, CT 203-966-6664 |
| Peter M. Schultz  *def* | Paul, Hastings, Janofsky & Walker, 1055 Washington Blvd., 9Th Floor, Stamford, CT 203-961-7400 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

ALL PERSONS ENTERING THE COURTHOUSE MUST SHOW PHOTO IDENTIFICATION.