UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 17 A 11: 12

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>December 9, 2003 |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
FIRST MOTION FOR EXTENSION OF TIME**

Plaintiff, Susan E. Wood ("Plaintiff"), hereby responds to the Defendant's First Motion for Extension of Time to Respond to Plaintiff's First Set of Discovery Requests, dated November 26, 2003 ("Defendant's Motion").

As stated in Defendant's Motion, Plaintiff has no objection to the extension of time until December 31, 2003 for Defendant to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents. However, Plaintiff wishes to note that Plaintiff has scheduled the depositions of a number of the Defendant's employees in the month of January, and therefore, it is of critical importance that no further extension of time be given so as to keep this case on the current track for trial which is scheduled for the spring of 2004.

Dated: December 9, 2003                    Respectfully submitted,

By: _____
Brendan J. O'Rourke (ct00522)
Jeffrey M. McCormick (ct21185)
O'ROURKE & ASSOCIATES LLC
27 Pine Street
New Canaan, CT 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
Brendan@orourkeandassoc.com

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 9th day of December, 2003, a true and correct copy of the foregoing was served on the following counsel of record via United States Postal Service:

> Mary C. Dollarhide (ct12251)
> Peter M. Schultz (ct19425)
> Neil B. Stekloff (ct19778)
> PAUL, HASTINGS, JANOFSKY & WALKER LLP
> 1055 Washington Blvd.
> Stamford, CT 06901-2217
> Telephone: (203) 961-7400
> Facsimile: (203) 359-3031
> Email: peterschultz@paulhastings.com

_____
Brendan J. O'Rourke