UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 19  A 10: 15

| | |
|---|---|
| SUSAN E. WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>December 18, 2003 |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7(b), Plaintiff Susan E. Wood ("Plaintiff") hereby moves for a twelve (12) day extension of time, up to and including January 16, 2004, within which to serve a response to Defendant's Second Set of Document Requests to Plaintiff ("Production Requests").

Plaintiff requests this extension in order to prepare a complete and accurate response to the Production Requests. Defendant's counsel has indicated that he has no objection to this requested extension of time. This is Plaintiff's first request to extend the time within which to respond to the Production Requests.

Dated:  December 18, 2003				Respectfully submitted,

						By: _____
						Brendan J. O'Rourke (ct00522)
						Jeffrey M. McCormick (ct21185)
						O'ROURKE & ASSOCIATES LLC
						27 Pine Street
						New Canaan, CT  06840
						Telephone: (203) 966-6664
						Facsimile:  (203) 966-5710
						Brendan@orourkeandassoc.com

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 18th day of December, 2003, a true and correct copy of the foregoing was served on the following counsel of record via United States Postal Service:

>Mary C. Dollarhide (ct12251)
>Peter M. Schultz (ct19425)
>Neil B. Stekloff (ct19778)
>PAUL, HASTINGS, JANOFSKY & WALKER LLP
>1055 Washington Blvd.
>Stamford, CT 06901-2217
>Telephone: (203) 961-7400
>Facsimile: (203) 359-3031
>Email: peterschultz@paulhastings.com

Jeffrey M. McCormick