\#19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 19 A 10: 15

| SUSAN E. WOOD, | CIVIL ACTION NO. |
| --- | --- |
| Plaintiff, | 3:03-CV-986 (JCH) |
| v. | |
| SEMPRA ENERGY TRADING CORPORATION, | December 18, 2003 |
| Defendant. | |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b), Plaintiff Susan E. Wood ("Plaintiff") hereby moves for a twelve (12) day extension of time, up to and including January 16, 2004, within which to serve a response to Defendant's Second Set of Document Requests to Plaintiff ("Production Requests").

Plaintiff requests this extension in order to prepare a complete and accurate response to the Production Requests. Defendant's counsel has indicated that he has no objection to this requested extension of time. This is Plaintiff's first request to extend the time within which to respond to the Production Requests.

GRANTED. Absent Objection
SO ORDERED.
Janet C. Hall, U.S.D.J.
12/22/03
2003 DEC 23 A 8: 51