UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br>December 30, 2003 |

### DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

Pursuant to Local Rule of Civil Procedure 7(b), Defendant hereby moves for a nine (9) day extension of time, up to and including January 9, 2004, within which to serve its responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents. Defendant requests this extension in order to gather information required to address each of Plaintiff's discovery requests. Despite diligent efforts, Defendant has been unable to complete its responses to Plaintiff's discovery requests, primarily as a result of the winter holidays and the vacation schedules of pertinent witnesses.

On December 30, 2003, Plaintiff's counsel, Brendan O'Rourke, consented to the requested extension of time. This is Defendant's second request to extend the time within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

WHEREFORE, Defendant respectfully requests that this Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, up to and including January 9, 2004, be granted.

DATED:  December 30, 2003        Respectfully submitted,

DEFENDANT SEMPRA ENERGY TRADING
CORPORATION

By: *Peter M. Schultz*
Mary C. Dollarhide (ct12251)
Peter M. Schultz (ct19425)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone: (203) 961-7400
Facsimile:  (203) 359-3031
peterschultz@paulhastings.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of December 2003, a copy of the foregoing was forwarded via facsimile and regular mail to counsel for the Plaintiff at the following address:

> Brendan J. O'Rourke, Esq.
> O'ROURKE & ASSOCIATES, LLC
> 27 Pine Street
> New Canaan, CT  06840

*Peter M. Schultz*
Peter M. Schultz

STM/265795.2