03CV986MEXTME

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 DEC 31  P 12: 10

| | |
|---|---|
| SUSAN E. WOOD,<br><br>               Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>               Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>December 30, 2003 |

**DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS**

Pursuant to Local Rule of Civil Procedure 7(b), Defendant hereby moves for a nine (9) day extension of time, up to and including January 9, 2004, within which to serve its responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents. Defendant requests this extension in order to gather information required to address each of Plaintiff's discovery requests. Despite diligent efforts, Defendant has been unable to complete its responses to Plaintiff's discovery requests, primarily as a result of the winter holidays and the vacation schedules of pertinent witnesses.

On December 30, 2003, Plaintiff's counsel, Brendan O'Rourke, consented to the requested extension of time. This is Defendant's second request to extend the time within which to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

MOTION GRANTED.
SO ORDERED
FILED 2004 JAN -9 PM
U.S. DISTRICT COURT
BRIDGEPORT