03CV986 M PROTO

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                      Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING<br>CORPORATION,<br><br>                      Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br>January 2, 2004 |

## JOINT MOTION FOR PROTECTIVE ORDER

The parties respectfully move jointly pursuant to Federal Rule of Civil Procedure 26(c) for entry of a Protective Order to preserve the confidentiality of certain information and documents containing information to be produced in the course of discovery in this case which they believe to be confidential commercial, financial, business or personal information. The proposed Protective Order would allow any party to maintain the confidentiality of such documents and information without compromising their ability to litigate this action or to make use of such documents and information at trial. The proposed Protective Order is appropriate under Federal Rule of Civil Procedure 26(c). The proposed form of Order is attached hereto.

| | |
|---|---|
| _____<br>Brendan J. O'Rourke (ct00522)<br>O'ROURKE & ASSOCIATES, LLC<br>27 Pine Street<br>New Canaan, CT 06840<br>Telephone: (203) 966-6664<br>Facsimile: (203) 966-5710<br>Email: brendan@orourkeandassoc.com<br>Counsel for Plaintiff | _____<br>Mary C. Dollarhide (ct12251)<br>Peter M. Schultz (ct 19425)<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>1055 Washington Boulevard<br>Stamford, CT 06901-2217<br>Telephone: (203) 961-7400<br>Facsimile: (203) 359-3031<br>Email: peterschultz@paulhastings.com<br>Counsel for Defendant |

MOTION GRANTED. SO ORDERED.