UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD, | CIVIL ACTION NO. |
|  | 3:03-CV-986 (JCH) |
| Plaintiff, | |
| v. | |
|  | |
| SEMPRA ENERGY TRADING CORPORATION, | January 16, 2004 |
| Defendant. | |

## DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

Defendant, Sempra Energy Trading Corp. ("Sempra"), respectfully moves the Court to modify the existing scheduling order in this case, as follows:

| Event | Deadline |
|---|---|
| Discovery closes | March 19, 2004 |
| Dispositive Motions due | May 7, 2004 |
| Joint Trial Memorandum | June 18, 2004, or 60 days after the court's rulings on dispositive motions, whichever date is later |
| Ready for Trial | August 16, 2004, or 90 days after the court's rulings on dispositive motions, whichever date is later |

There is good cause to grant this motion, for the reasons articulated in the attached Affidavit of Peter M. Schultz, Esq. By way of e-mail message dated January 15, 2004, Plaintiff's counsel indicated his objection to this motion.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully submitted,

*[signature: Peter M. Schultz]*

Mary C. Dollarhide (ct12251)
Peter M. Schultz (ct19425)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901
(203) 961-7400
(203) 359-3031 (fax)
peterschultz@paulhastings.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Modification of Scheduling Order was served on Plaintiff's counsel via United Parcel Service (next business day delivery) this 16th day of January 2004 at the following address:

> Brendan J. O'Rourke
> O'Rourke & Associates, LLC
> 27 Pine Street
> New Canaan, CT 06840

*Peter M. Schultz*
Peter M. Schultz

STM/266793.1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD, <br><br>    Plaintiff, <br><br> v. <br><br> SEMPRA ENERGY TRADING CORPORATION, <br><br>    Defendant. | CIVIL ACTION NO. <br> 3:03-CV-986 (JCH) <br><br><br> January 16, 2004 |

### AFFIDAVIT OF PETER M. SCHULTZ, ESQ.

STATE OF CONNECTICUT   )
                       )  ss.:   STAMFORD
COUNTY OF FAIRFIELD    )

PETER M. SCHULTZ, being duly sworn, hereby deposes and says:

1.  I am over the age of eighteen and recognize the obligation of an oath.

2.  I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel for Defendant Sempra Energy Trading Corp. ("Sempra"). I submit this affidavit in support of Sempra's Motion for Modification of the Scheduling Order in the above-captioned case.

3.  My wife and I are expecting our first child at the end of this month (due date of January 31). I am planning to take a paternity leave for two weeks following the birth.

4.  My wife's doctor tells us that it is normal for a full-term baby to arrive from two weeks before the due date (i.e., January 17, 2004) until two weeks after the due date (i.e., February 14, 2004).

5.  Plaintiff's counsel, Brendan O'Rourke, has indicated his intention to depose nine of my client's witnesses over the course of the next few weeks. He has proposed deposition dates of January 21, 22, 28, 29 and February 3, 4, 5, 10, 11, 12. It is extremely likely that my wife will go into labor during this period of time, requiring my departure from the office on short notice and disrupting the deposition schedule.

6.  In order to avoid this possibility and ensure that I will be available to defend the depositions of my client's employees, I respectfully request that the discovery end-date be extended from January 31, 2004 until March 19, 2004, and that the dates for submission of dispositve motions and trial readiness be rescheduled accordingly. I further request that the Court direct the parties to select dates during the end of February and beginning of March 2004 to conduct the outstanding depositions proposed by Plaintiff.

7.  I am mindful that the Court has extended the deadline within which Sempra must produce supplemental discovery to Plaintiff until February 23, 2003. Sempra does not request a further extension of this deadline nor is such a request anticipated.

8.  I obviously have been aware of my wife's pregnancy for a number of months. However, the potential conflict became clear only recently. The parties' Joint Status Report, which was filed on October 31, 2003, contemplated that Plaintiff would depose Sempra's witnesses in November and December 2003. Those anticipated dates were not met as a result of legitimate discovery disputes raised by Plaintiff with the Court on January 5, 2004, less than two weeks ago.

9.  Plaintiff will not be prejudiced in any way by this requested modification of the Scheduling Order. Notably, the deposition dates proposed by Plaintiff's counsel already contemplate an extension of discovery into February (as late as February 12). Moreover, there

can be no claim of undue delay in moving the case forward. The Complaint in this matter was filed on May 15, 2003, only 8 months ago, and this is the first request for an extension of the discovery end-date.

10. I have been involved with this case since it was first filed with the Connecticut Commission on Human Rights and Opportunities. The only other Paul Hastings' attorney with a working knowledge of this case is Mary Dollarhide, Esq. Ms. Dollarhide is resident in our San Diego office, and I am advised that she is not available to complete the depositions of Sempra's employees on the dates proposed by Plaintiff's counsel.

11. For the above reasons, I respectfully request that the Scheduling Order in this matter be modified in accordance with the Motion submitted herewith.

*Peter M. Schultz*
Peter M. Schultz

Subscribed and sworn to before
me on this 16th day of January, 2004.

*Patricia A. Ceglio*
Notary Public

PATRICIA A. CEGLIO
NOTARY PUBLIC
My Commission Expires March 31, 20 06

STM/266797.1

-3-