UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 20 A 10: 04
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>  Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>  Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br>January 16, 2004 |

### DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

Defendant, Sempra Energy Trading Corp. ("Sempra"), respectfully moves the Court to modify the existing scheduling order in this case, as follows:

| Event | Deadline |
|---|---|
| Discovery closes | March 19, 2004 |
| Dispositive Motions due | May 7, 2004 |
| Joint Trial Memorandum | June 18, 2004, or 60 days after the court's rulings on dispositive motions, whichever date is later |
| Ready for Trial | August 16, 2004, or 90 days after the court's rulings on dispositive motions, whichever date is later |

There is good cause to grant this motion, for the reasons articulated in the attached Affidavit of Peter M. Schultz, Esq. By way of e-mail message dated January 15, 2004, Plaintiff's counsel indicated his objection to this motion.

**ORAL ARGUMENT NOT REQUESTED**

---

*Handwritten annotations:*
- "Motion granted in part, over objection. Discovery deadline is 3/19/04 and dispositive motions are due 4/19/04. No extensions should be granted."
- "1/04/03"
- "2004 JAN 26 P 3:58 US DISTRICT COURT BRIDGEPORT CT"
- "03cv986 mot"