UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

 Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

STATUS CONFERENCE HELD
Date: 1/6/04





CASE NO: 3:03-cv-986 (JCH) Susan Wood v. Sempra Energy

Brendan John O'Rourke
Jeffrey M. McCormick
O'Rourke & Associates
27 Pine St.
New Canaan, CT 06840

Peter M. Schultz
Neil B. Stekloff
Mary C. Dollarhide
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9Th Floor
Stamford, CT 06901

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.