2/25/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC DISCOVERY CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

**STATUS CONFERENCE HELD**
FEBRUARY 26, 2004 Date: 2/26/04

9:30 a.m.

CASE NO. 3-03-cv-986 (JCH)   Wood v. Sempra Energy

Brendan John O'Rourke
Jeffrey M. McCormick
O'Rourke & Associates
27 Pine St.
New Canaan, CT 06840

Neil B. Stekloff
Peter M. Schultz
Mary C. Dollarhide
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd., 9Th Floor
Stamford, CT 06901

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference
via telephone. This conference call is to be arranged between counsel. Once all parties are
on the line, please telephone chambers at (203) 579-5554.