33

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 19 P 12: 58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| SUSAN E. WOOD, | CIVIL ACTION NO. |
| --- | --- |
| Plaintiff, | 3:03-CV-986 (JCH) |
| v. | |
| SEMPRA ENERGY TRADING CORPORATION, | March 19, 2004 |
| Defendant. | |

## MOTION TO MODIFY SCHEDULING ORDER

Plaintiff Susan Wood ("Plaintiff") hereby moves to Modify the Scheduling Order in the above-captioned case. The Scheduling Order in this case currently provides a discovery cutoff date of March 19, 2004. However, based upon the fact that the depositions of a number of employees of Defendant Sempra ("Sempra") had to be rescheduled, which fact has been communicated to the Court, good cause exists to extend the discovery cutoff date to May 3, 2004.

This is a request that is reasonably made, as this requested short extension will allow Plaintiff to complete the deposition of six (6) Sempra employees. Further, the Court has been made aware of the need for such modification by Plaintiff's response to Sempra's Motion to postpone the deposition of Sempra's employees due to Defendant's counsel, Peter Schultz's wife's pregnancy, and the ultimate birth of their new child.

Further, the depositions of several Sempra employees are currently scheduled to take place in month of April. More particularly, Sempra employees Vin Cookingham, Denise Freda,

Motion Granted.
Discovery cutoff date 5/3/04
Dispositive Motions due by 6/24/04
SO ORDERED
3/24/04  Janet C. Hall, U.S.D.J.

FILED 2004 MAR 24 12:47 U.S. DISTRICT COURT BRIDGEPORT, CONN