UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                Plaintiff,<br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>March 23, 2004 |

## DEFENDANT'S MOTION FOR MODIFICATION OF DISPOSITIVE MOTION DEADLINE

Defendant, Sempra Energy Trading Corp. ("Sempra"), respectfully moves the Court to modify the existing dispositive motion deadline in this case, as follows:

| **Event** | **Deadline** |
|---|---|
| Dispositive Motions due | May 14, 2004 |

There is good cause to grant this motion, insofar as Plaintiff recently moved for an extension of the discovery end-date in this case from March 19, 2004 to May 3, 2004. The requested extension is therefore necessary so that Defendant will have an adequate amount of time to prepare a summary judgment motion subsequent to the close of discovery.

Plaintiff's counsel, Brendan O'Rourke, Esq., objects to this motion.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Respectfully submitted,

*Peter M. Schultz*
Mary C. Dollarhide (ct12251)
Peter M. Schultz (ct19425)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT  06901
(203) 961-7400
(203) 359-3031 (fax)
peterschultz@paulhastings.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Modification of Dispositive Motion Deadline was served on Plaintiff's counsel via facsimile and regular mail this 23rd day of March 2004 at the following address:

>Brendan J. O'Rourke
>O'Rourke & Associates, LLC
>27 Pine Street
>New Canaan, CT 06840

_____
Peter M. Schultz

STM/270922.1