35

**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAR 24 A 10: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SUSAN E. WOOD, | CIVIL ACTION NO. |
| Plaintiff, | 3:03-CV-986 (JCH) |
| v. | |
| SEMPRA ENERGY TRADING CORPORATION, | March 23, 2004 |
| Defendant. | |

**FILED**
2004 MAR 26 A 9: 57
U.S. DISTRICT COURT
BRIDGEPORT, CO

## DEFENDANT'S MOTION FOR MODIFICATION OF DISPOSITIVE MOTION DEADLINE

Defendant, Sempra Energy Trading Corp. ("Sempra"), respectfully moves the Court to modify the existing dispositive motion deadline in this case, as follows:

| Event | Deadline |
|---|---|
| Dispositive Motions due | May 14, 2004 |

There is good cause to grant this motion, insofar as Plaintiff recently moved for an extension of the discovery end-date in this case from March 19, 2004 to May 3, 2004. The requested extension is therefore necessary so that Defendant will have an adequate amount of time to prepare a summary judgment motion subsequent to the close of discovery.

Plaintiff's counsel, Brendan O'Rourke, Esq., objects to this motion.

Motion Granted.
Discovery cutoff date _____
Dispositive Motions due by 5/14/04
SO ORDERED
3/26/04 / Janet C. Hall, U.S.D.J.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**