UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN E. WOOD,

                Plaintiff,

      - against -

SEMPRA ENERGY TRADING
CORPORATION,

                Defendant.

CIVIL ACTION NO.
3:03-CV-986 (JCH)

March 25, 2004

## OBJECTION TO DEFENDANT'S MOTION FOR MODIFICATION
## OF DISPOSITIVE MOTION DEADLINE

Plaintiff, Susan E. Wood ("Plaintiff"), hereby objects to the Defendant's Motion for Modification of Dispositive Motion Deadline, dated March 23, 2004 ("Motion for Extension of Time").

Support for Defendant's Motion for Extension of Time is based upon the recent modifications to the discovery deadline. The discovery deadline, however, was extended at the request of the Defendant earlier this year. In seeking the extension to the original discovery deadline, Defendant reported to the Court that there would not be a need to extend the dispositive motion deadline and the trial would not be delayed. Given the fact that the Scheduling Order ties the date for trial into the Court's decision on dispositive motions, the extension sought by the Defendant will necessarily delay the trial date. Further, Plaintiff asserts that the only open discovery matters are the depositions that Plaintiff needs to complete of the Defendant's employees. Those depositions are not necessary for any submission contemplated by the

Defendant inasmuch as Defendant is in control of each of the witnesses that Plaintiff plans to depose by the discovery cutoff and, therefore, any factual assertions that Defendant wishes to make in any future dispositive motion can be supported by affidavit.

By reason of the foregoing, Plaintiff objects to Defendant's Motion for Extension of Time.


PLAINTIFF,
SUSAN E. WOOD


By:_____
          Brendan J. O'Rourke, Esq. (ct00522)
          Jeffrey M.  McCormick, Esq.  (ct21185)
          O'ROURKE & ASSOCIATES LLC
          27 Pine Street
          New Canaan, CT  06840
          Telephone: (203) 966-6664
          Facsimile:  (203) 966-5710
          Brendan@orourkeandassoc.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on this 25th day of March, 2004, a copy of the foregoing Objection to Defendant's Motion for Modification of Dispositive Motion Deadline was forwarded via regular mail to counsel of record at the following address:

Peter M. Schultz, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Blvd.
Stamford, CT  06901

_____
Brendan J. O'Rourke, Esq.