UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 26  A 9: 55

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　Plaintiff,<br><br>　- against -<br><br>SEMPRA ENERGY TRADING<br>CORPORATION,<br><br>　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>March 25, 2004 |

**OBJECTION TO DEFENDANT'S MOTION FOR MODIFICATION**
**OF DISPOSITIVE MOTION DEADLINE**

Plaintiff, Susan E. Wood ("Plaintiff"), hereby objects to the Defendant's Motion for Modification of Dispositive Motion Deadline, dated March 23, 2004 ("Motion for Extension of Time").

Support for Defendant's Motion for Extension of Time is based upon the recent modifications to the discovery deadline. The discovery deadline, however, was extended at the request of the Defendant earlier this year. In seeking the extension to the original discovery deadline, Defendant reported to the Court that there would not be a need to extend the dispositive motion deadline, and the trial would not be delayed. Given the fact that the Scheduling Order ties the date for trial into the Court's decision on dispositive motions, the extension sought by the Defendant will necessarily delay the trial date. Further, Plaintiff asserts that the only open discovery matters are the depositions that Plaintiff needs to complete of the Defendant's employees. Those depositions are not necessary for any submission contemplated by the

[handwritten margin notes, partially illegible:] Treating this as a motion for reconsideration, it is granted. However, the court adheres to its original Order. [signed] /s/ JCH 4/2/04