UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>               Plaintiff,<br><br>     v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>               Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br>May 14, 2004 |

**DEFENDANT'S MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT WITH RESPECT TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

       Defendant, Sempra Energy Trading Corp. ("Sempra"), respectfully moves the Court for permission to exceed the page limit contained in D. Conn. L. Civ. R. 7(a)2 with respect to Defendant's memorandum of law in support of its motion for partial summary judgment, submitted herewith. Defendant submits that a reasonable extension of the page limit is appropriate here, given that the Complaint filed in this matter contains *fourteen* separate counts, and Defendant is moving for summary judgment on all but one of those counts. Defendant respectfully submits that a reasonable extension of the page limit contained in D. Conn. L. Civ. R. 7(a)2 is therefore necessary and appropriate.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Dated:  Stamford, Connecticut
      May 14, 2004

                Respectfully Submitted,

By: *Peter M. Schultz*
    Mary C. Dollarhide (ct12251)
    Peter M. Schultz (ct19425)
    Paul, Hastings, Janofsky & Walker LLP
    1055 Washington Boulevard
    Stamford, CT  06901-2217
    Telephone:  (203) 961-7400
    Fax:  (203) 359-3031
    Counsel for Defendant

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing Defendant's Request to Exceed Page Limit was served on the following counsel of record via courier on this 14th day of May 2004:

>Brendan J. O'Rourke
>O'Rourke & Associates, LLC
>27 Pine Street
>New Canaan, CT 06840

_____
Peter M. Schultz

STM/274119.1