United States District Court
District of Connecticut
FILED AT          BRIDGEPORT
5/17/04
Kevin F. Rowe, Clerk
By: Tiffany R. Beasley
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SUSAN E. WOOD | ) | Case No.3:03-CV-986 (JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| SEMPRA ENERGY | ) | |
| TRADING CORP. | ) | **Notice of Manual Filing** |
| | ) | |
| | ) | |

Please take notice that on May 14, 2004, Defendant, Sempra Energy Trading Corp., manually filed the following document:

<u>Appendix Of Exhibits</u>
Deposition Transcripts, Exhibits, Unreported Cases, And Other Documents Cited In Defendant's Memorandum Of Law In Support Of Its Motion For Partial Summary Judgment

This document was not filed electronically because

[  ]    the document or thing cannot be converted to an electronic format
[ X ]   the electronic file size of the document exceeds 1.5 megabytes
[  ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

Peter M. Schultz

Peter M. Schultz, Esq. (ct19425)
PAUL HASTINGS JANOFSKY & WALKER
1055 Washington Blvd.
Stamford, CT  06901
Phone: 203-961-7400
Fax: 203-359-3031
E-mail: peterschultz@paulhastings.com