UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING<br>CORPORATION,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>July 26, 2004 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, Defendant respectfully moves the Court for a ten (10) day extension of time within which to file a reply brief in further support of its motion for summary judgment.

There is good cause to grant Defendant's motion. Plaintiff has submitted voluminous papers in opposition to Defendant's summary judgment motion after seeking two extensions of time totaling more than thirty-five (35) days. Defendant requires a brief extension of time in order to thoroughly respond to Plaintiff's numerous arguments.

On the afternoon of July 23, 2004, Defendant's counsel sent an e-mail message to Plaintiff's attorney, Brendan O'Rourke, explaining the nature of the instant motion and seeking his consent to same. Attorney O'Rourke has not yet advised as to whether Plaintiff consents to this motion. Defendant has therefore been unable to ascertain Plaintiff's position with respect to the requested ten-day extension, despite diligent effort.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

The current deadline for filing a reply brief is July 27, 2004. Should the Court grant this request, the new filing deadline will be August 6, 2004. Defendant does not intend to seek any further extensions of time with respect to this deadline. This is Defendant's first such request with respect to this deadline.

Dated: Stamford, Connecticut
July 26, 2004

Respectfully Submitted,

By: *Peter M. Schultz*
Mary C. Dollarhide (ct12251)
Peter M. Schultz (ct19425)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Fax: (203) 359-3031
Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Motion for Extension of Time was served on the following counsel of record via U.S. Mail on this 26th day of July 2004:

> Brendan J. O'Rourke
> O'Rourke & Associates, LLC
> 27 Pine Street
> New Canaan, CT 06840

_____
Peter M. Schultz

STM /279049.1