UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>               Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>               Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>August 6, 2004 |

**DEFENDANT'S MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT WITH RESPECT TO DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Sempra Energy Trading Corp. ("Sempra"), respectfully moves the Court for permission to exceed the page limit contained in D. Conn. L. Civ. R. 7(d) with respect to Sempra's reply memorandum of law in further support of its motion for partial summary judgment, submitted herewith.

Sempra submits that an extension of the page limit is appropriate here, given that the Complaint filed in this matter contains *fourteen* separate counts, and Sempra is moving for summary judgment on all but one of those counts. Further, Plaintiff's opposition brief is 36 pages long and is comprised of numerous, detailed arguments and allegations that Sempra must address in order to clarify the record. Accordingly, although Sempra is mindful of the requirement in D. Conn. L. Civ. R. 7(d) that its reply brief must be "strictly confined to a discussion of the matters raised in [Plaintiff's Opposition]," and has made every reasonable effort to be as efficient as possible with their allotted pages, it respectfully submits that an adequate reply cannot be accomplished within the Court's standard page limit.

Therefore, Sempra respectfully requests that the Court grant the instant motion permitting it to exceed Local Rule 7(d)'s page limit and file the attached reply brief.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

Dated: Stamford, Connecticut
       August 6, 2004

                                            Respectfully Submitted,

By: *Peter M. Schultz*
Mary C. Dollarhide (ct12251)
Peter M. Schultz (ct19425)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Fax: (203) 359-3031
Counsel for Defendant

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Request to Exceed Page Limit was served on the following counsel of record via UPS (next business day delivery) on this 6th day of August 2004:

>Brendan J. O'Rourke
>O'Rourke & Associates, LLC
>27 Pine Street
>New Canaan, CT 06840

*Peter M. Schultz*
Peter M. Schultz

STM /279794.1