UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br>August 19, 2004 |

**DEFENDANT'S AMENDED MOTION FOR PERMISSION TO EXCEED THE TEN-PAGE LIMIT WITH RESPECT TO DEFENDANT'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Sempra Energy Trading Corp. ("Sempra"), respectfully moves the Court for permission to exceed the ten-page limit contained in D. Conn. L. Civ. R. 7(d) with respect to Sempra's reply memorandum of law in further support of its motion for partial summary judgment, filed on August 6, 2004. Sempra's reply memorandum is twenty-seven pages in length, exclusive of its one sentence, pro forma conclusion.

Sempra submits that an extension of the page limit is appropriate here, given that the Complaint filed in this matter contains *fourteen* separate counts, and Sempra is moving for summary judgment on all but one of those counts. Further, Plaintiff's opposition brief is 36 pages long and is comprised of numerous, detailed arguments and allegations that Sempra must address in order to clarify the record. Accordingly, although Sempra is mindful of the requirement in D. Conn. L. Civ. R. 7(d) that its reply brief must be "strictly confined to a discussion of the matters raised in [Plaintiff's Opposition]," and has made every reasonable effort to be as efficient as possible with their allotted pages, it respectfully submits that an adequate reply cannot be accomplished within the Court's standard page limit.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

      Therefore, Sempra respectfully requests that the Court grant the instant motion permitting it to exceed Local Rule 7(d)'s ten-page limit with respect to its reply brief on summary judgment.

Dated: Stamford, Connecticut
      August 19, 2004

Respectfully Submitted,

By: *Peter M. Schultz*
Mary C. Dollarhide (ct12251)
Peter M. Schultz (ct19425)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Fax: (203) 359-3031
Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Amended Request to Exceed Page Limit was served on the following counsel of record via U.S. Mail on this 19th day of August 2004:

>Brendan J. O'Rourke
>O'Rourke & Associates, LLC
>27 Pine Street
>New Canaan, CT 06840

_____
Peter M. Schultz

STM /280582.1