UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT       BRIDGEPORT
8/25/04
Kevin F. Rowe, Clerk
By. O. Candee
Deputy Clerk

| | |
|---|---|
| SUSAN E. WOOD,<br><br>            Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>            Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br>August 6, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that on August 6, 2004, Defendant, Sempra Energy Trading Corp., manually filed its *Appendix of Exhibits Cited In Its Reply Memorandum Of Law In Further Support Of Its Motion For Partial Summary Judgment.*

This document was not filed electronically because the electronic file size of the document exceeds 1.5 megabytes. The document has been manually served on all parties.

Dated: Stamford, Connecticut
       August 6, 2004

                              Respectfully Submitted,

                              By: *Peter M. Schultz*
                              Mary C. Dollarhide (ct12251)
                              Peter M. Schultz (ct19425)
                              Paul, Hastings, Janofsky & Walker LLP
                              1055 Washington Boulevard
                              Stamford, CT 06901-2217
                              Telephone: (203) 961-7400
                              Fax: (203) 359-3031
                              Counsel for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Manual Filing was served on the following counsel of record via UPS (next business day delivery) on this 6th day of August 2004:

>Brendan J. O'Rourke
>O'Rourke & Associates, LLC
>27 Pine Street
>New Canaan, CT 06840

*Peter M. Schultz* (signature)
Peter M. Schultz

STM /279868.1