UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>October 5, 2004 |

## MOTION TO WITHDRAW APPEARANCE OF NEIL B. STEKLOFF

The undersigned, a counsel of record for Defendant, hereby moves the Court for an order pursuant to Rule 7(e) of the D. Conn. Local Civil Rules granting him leave to withdraw his appearance on behalf of Defendant Sempra Energy Trading Corporation.

Good cause exists for granting this motion. The undersigned appeared on behalf of Defendant while an associate at Paul, Hastings, Janofsky & Walker LLP ("Paul, Hastings"). The undersigned resigned from Paul, Hastings effective October 1, 2004, as he is relocating to Milwaukee, Wisconsin in November 2004. Paul, Hastings continues to represent Defendant in this matter and appearances are on file with the Court. Defendant has been made aware of this course of action both verbally and by certified mail, as required by D. Conn. L. Civ. R. 7(e).

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that the Court grant his motion to withdraw appearance in its entirety.

Dated: Stamford, Connecticut  
       October 5, 2004

Respectfully submitted,

By: _____  
Neil B. Stekloff (ct 19778)  
Paul, Hastings, Janofsky & Walker LLP  
1055 Washington Boulevard  
Stamford, CT 06901-2217  
Telephone: (203) 961-7400  
Fax: (203) 359-3031

-3-

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion to Withdraw Appearance of Neil B. Stekloff was served on the following counsel of record via U.S. Mail on this 5th day of October, 2004:

> Brendan J. O'Rourke
> O'Rourke & Associates, LLC
> 27 Pine Street
> New Canaan, CT 06840

and by Certified Mail to:

> Michael A. Goldstein
> Vice President and General Counsel
> Sempra Energy Trading Corp.
> 58 Commerce Road
> Stamford, CT 06902

_____
Neil B. Stekloff

STM/283007.1