UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN E. WOOD,

     Plaintiff,

v.

SEMPRA ENERGY TRADING
CORPORATION,

     Defendant.

CIVIL ACTION NO.
3:03-CV-986 (JCH)

October 15, 2004

## PLAINTIFF'S SUPPLEMENTAL APPENDIX

**DEPOSITION TRANSCRIPT EXCERPTS, PERFORMANCE REVIEW, AND MEDICAL RECORDS IN FURTHER SUPPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

PLAINTIFF,
SUSAN E. WOOD

Brendan J. O'Rourke (ct00522)
Jeffrey M. McCormick (ct21185)
O'ROURKE & ASSOCIATES LLC
27 Pine Street
New Canaan, CT 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
Brendan@orourkeandassoc.com

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that a true and correct copy of the foregoing was served via first class mail, postage prepaid, to counsel of record as listed below this 15th day of October, 2004.

Brendan J. O'Rourke

Peter M. Schultz, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Blvd.
Stamford, CT 06901-2217