UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>March 3, 2005 |

**DEFENDANT'S MOTION FOR RECONSIDERATION OF PARTIAL DENIAL OF ITS SUMMARY JUDGMENT MOTION**

　　　　Pursuant to Rule 7(c) of the Local Rules of Civil Procedure, Defendant Sempra Energy Trading Corp. ("Sempra") respectfully moves the Court to reconsider its February 22, 2005 decision, denying in part Sempra's Motion for Partial Summary Judgment. Specifically, Sempra requests that the Court reconsider its denial of Sempra's motion with respect to Plaintiff's claims that Sempra terminated her employment: (1) because of her sexual orientation; and (2) in retaliation for complaining about the Howley Incident. Sempra is not requesting reconsideration of the Court's denial of Sempra's motion with respect to Plaintiff's claim that she was terminated because of her gender.

　　　　In support of its motion, Sempra submits the accompanying memorandum of law.

**ORAL ARGUMENT NOT REQUESTED**

Dated: Stamford, Connecticut
        March 3, 2005

                                               Respectfully Submitted,

                                           By: _/s/ Peter M. Schultz_____
                                             Mary C. Dollarhide (ct12251)
                                             Peter M. Schultz (ct19425)
                                             Paul, Hastings, Janofsky & Walker, LLP
                                             1055 Washington Boulevard
                                             Stamford, CT  06901
                                             Telephone:  (203) 961-7400
                                             Facsimile:  (203) 359-3031
                                             peterschultz@paulhastings.com

                                             **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Defendant's Motion for Reconsideration was served on the following counsel of record via UPS (next business day delivery) on this 3rd day of March 2005:

>Brendan J. O'Rourke
>O'Rourke & Associates, LLC
>27 Pine Street
>New Canaan, CT 06840

>*Peter M. Schultz*
>Peter M. Schultz

STM/291503.1