**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

SUSAN WOOD                 :
    Plaintiff             :
                           :      CIVIL ACTION NO.
v.                           :      3:03-cv-986 (JCH)
                           :
SEMPRA ENERGY TRADING CORP.   :      APRIL 28, 2005
    Defendant        :

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____    All purposes

_____    A ruling on all pretrial motions except dispositive motions

_____    To supervise discovery and resolve discovery disputes

_____    A ruling on the following motion(s) which are currently pending:

_____√___    A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 28th day of April, 2005.


/s/ Janet C. Hall_____
Janet C. Hall
United States District Judge