UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD<br><br>      Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORPORATION<br><br>      Defendant. | CIVIL ACTION NO.<br>3:03 CV 986(JCH)<br><br>June 8, 2005 |

## **APPEARANCE**

To the clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for SEMPRA ENERGY TRADING CORPORATION in the above-captioned action.

Respectfully Submitted,

By: _____
Raymond W. Bertrand
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corporation

STM/297694.1

## CERTIFICATE OF SERVICE

This is to certify that the Appearance of Raymond W. Bertrand was sent on this 8th day of June, 2005, via U.S. mail, postage prepaid to:

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

_____
Raymond W. Bertrand