UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN E. WOOD,<br>    Plaintiff, | : | Case No. 3:03-CV-986 (JCH) |
| | : | |
| V. | : | |
| | : | |
| SEMPRA ENERGY TRADING | : | |
| CORPORATION, | : | |
|     Defendant. | : | June 9, 2005 |

**APPEARANCE**

Please enter my name, Marianne F. Murray, as attorney for the Plaintiff, Susan E. Wood,

in the above-captioned matter.


THE PLAINTIFF,
SUSAN E. WOOD


By:_____
Marianne F. Murray (ct#14393)
O'ROURKE & ASSOCIATES, LLC
27 Pine Street
New Canaan, CT  06840
phone: (203) 966-6664
fax:     (203) 966-5710
e-mail: Marianne@Orourkeandassoc.com

Attorneys for Plaintiff Susan E. Wood

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, to counsel of record as listed below this 9th day of June , 2005.

_____
Marianne Murray

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

Mary C. Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130