UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                    Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>June 13, 2005 |

### DEFENDANT'S MOTION TO APPEAR AT FINAL PRETRIAL CONFERENCE VIA TELEPHONE CONFERENCE CALL

Defendant Sempra Energy Trading Corporation's attorneys requests the Court's permission to allow Attorney Mary Dollarhide to participate in the June 28, 2005 final pretrial conference via telephone conference call. Defendant's counsel, Attorney Raymond Bertrand, will appear in person at the conference.

Attending the conference in person would impose a hardship because Attorney Dollarhide, who resides in San Diego, California, must take her son to a doctor's appointment on June 27, 2005.

Defendant's counsel contacted Plaintiff's counsel, Attorney Brendan J. O'Rourke, and he does not object to Attorney Dollarhide participating in the final pretrial conference via telephone conference call.

STM/298007.1

Dated: Stamford, Connecticut
       June 13, 2005

Respectfully Submitted,

By: _____
Mary C. Dollarhide (ct12251)
Raymond Bertrand (ct22968)
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Fax: (203) 359-3031
Email: marydollarhide@paulhastings.com
       raymondbertrand@paulhastings.com

**Counsel for Defendant**

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 13th day of June, 2005, a true and correct copy of the foregoing Motion to Appear at Final Pretrial Conference Via Telephone Conference Call was served on the following counsel of record via facsimile and United Parcel Service (overnight delivery):

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O'ROURKE & ASSOCIATES, LLC
> 27 Pine Street
> New Canaan, CT 06840

_____
Raymond Bertrand