UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>                Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>June 20, 2005 |

**DEFENDANT'S MOTION IN LIMINE TO PRECLUDE TESTIMONY
OF PREVIOUSLY UNDISCLOSED WITNESSES**

Defendant Sempra Energy Trading Corp. ("Sempra") respectfully moves this Court in limine for an Order precluding four of Plaintiff's proposed witnesses (Gary Barth, David Stowe, Jonathan Pardoe, and Jason Ervin) from testifying at trial. As set forth fully in the accompanying memorandum of law, the Defendant seeks a ruling prior to trial to preclude the foregoing witnesses' testimonies for Plaintiff's unjustified, unexplained, and prejudicial failure to timely disclose their names, as required under the Court's Scheduling Order. Furthermore, three of the witnesses' witnesses (Gary Barth, David Stowe, Jonathan Pardoe) proposed testimonies are irrelevant to the issues before this Court, and are therefore inadmissible under Fed. R. Evid. 402.

1

Respectfully Submitted,

By: _____
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email   marydollarhide@paulhastings.com
          raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corp.

2

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 20th day of June, 2005, a true and correct copy of the foregoing Motion in Limine to Preclude Testimony of Previously Undisclosed Witnesses was served on the following counsel of record via hand delivery to:

>Brendan J. O'Rourke, Esq.
>Jeffrey M. McCormick, Esq.
>Ann H. Brickley, Esq.
>O'Rourke & Associates, LLP
>27 Pine Street
>New Canaan, CT  06840

_____
Raymond W. Bertrand

STM/298510.1