UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>June 20, 2005 |

### DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PLAINTIFF'S ALLEGED DAMAGES POST-DECEMBER 2002

The Defendant, Sempra Energy Trading Corp. ("Sempra") hereby respectfully moves this Court in limine for an Order excluding all evidence, testimony, reference to, comment upon, or argument regarding back pay following December 2002. Moreover, Plaintiff's claim for front pay is also overly speculative and evidence concerning this claim should be excluded for this additional reason. As set forth fully in the accompanying memorandum of law, the Defendant seeks a ruling prior to trial to preclude this evidence as a matter of law.

1

Respectfully Submitted,

By: _____
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:  (203) 961-7400
Facsimile:  (203) 359-3031
Email   marydollarhide@paulhastings.com
        raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 20th day of June, 2005, a true and correct copy of the foregoing Motion in Limine to Exclude Evidence of Plaintiff's Alleged Damages Post-December 2002 was served on the following counsel of record via hand delivery to:

>Brendan J. O'Rourke, Esq.
>Jeffrey M. McCormick, Esq.
>Ann H. Brickley, Esq.
>O'Rourke & Associates, LLP
>27 Pine Street
>New Canaan, CT 06840

_____
Raymond W. Bertrand

STM/298332.1