# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>    Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH) |

### AFFIDAVIT OF CHRISTINE CANTOR

I, Christie Cantor, being duly sworn, depose and say:

1. I am over the age of eighteen years and understand the obligations of an oath. This affidavit is based upon my personal knowledge.

2. I have been employed at Sempra Energy Trading Corp. ("Sempra") or its predecessors since April 1994. I hold the title Executive Vice President and am a senior executive within the company.

3. In approximately mid-July 2002, I was appointed to lead the Trading and Marketing functions in Sempra's Petroleum Derivatives department.

4. At the time I assumed responsibility for the Petroleum Derivatives department, the department had sustained significant financial losses for at least two straight years. In total, the department lost more than ten million dollars ($10,000,000.00) between 2001 and 2002.

5. Unfortunately, the Petroleum Derivatives department continued to sustain losses throughout 2002, resulting in Sempra dissolving the department in December 2002.

6.   As a result of this unfortunate event, every employee in the Petroleum Derivatives Marketing group who held the same title as Susan Wood, Assistant Vice President, was terminated. Steve Soule was also terminated.

7.   Had Susan Wood still been employed with the Company in December 2002, she would have been terminated when the Petroleum Derivatives Marketing group was dissolved.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Christine Cantor*
Christine Cantor

Sworn to and subscribed before me this 20th day of June, 2005.

*Maureen G. Beck*
Notary Public

My Commission Expires on
September 30, 2009

Maureen G. Beck
Notary Public
My Commission Expires Sep. 30, 2009

-2-