# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

SUSAN E. WOOD,

                Plaintiff,

v.

SEMPRA ENERGY TRADING CORP.,

                Defendant.

CIVIL ACTION NO.
3:03-CV-986 (JCH)

June 20, 2005

## DEFENDANT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY CONCERNING CLAIMS NO LONGER AT ISSUE

Defendant, Sempra Energy Trading Corp. ("Sempra") respectfully moves this Court in limine for an order instructing Plaintiff Susan Wood and her counsel not to refer to, comment on, examine any witness, suggest to the Court, or introduce certain evidence or testimony solely related to claims previously dismissed by this Court. Such evidence is irrelevant to Plaintiff's remaining claims, and is thereby inadmissible under Fed. R. Evid. 402. Even if relevant, any possible probative value is substantially outweighed by the risk of confusion, unfair prejudice, and undue delay.

Respectfully Submitted,

By: _____
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email  marydollarhide@paulhastings.com
       raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 20th day of June, 2005, a true and correct copy of the foregoing Motion in Limine to Exclude Evidence and Testimony Concerning Claims No Longer at Issue was served on the following counsel of record via hand delivery to:

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

_____
Raymond W. Bertrand

STM/298511.1

3