# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>    Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>October 2, 2003 |

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

To: Mary C. Dollarhide, Esq.
   Peter M. Schultz, Esq.
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1055 Washington Boulevard
   Stamford, CT 06901-2217

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Susan E. Wood ("Wood" or "Plaintiff") hereby responds to Defendant Sempra Energy Trading Corporation's ("Sempra" or "Defendant") First Set of Interrogatories ("Interrogatories") as follows:

## GENERAL OBJECTIONS

1. Plaintiff objects to Sempra's Interrogatories insofar as their instructions and definitions exceed, enlarge or modify the requirements of the Federal Rules of Civil Procedure.

2. Plaintiff objects to Sempra's Interrogatories to the extent that they call information that is protected from disclosure by the attorney-client privilege.

3. Plaintiff objects to Sempra's Interrogatories to the extent that they call for information that

time he met my partner and found out I was gay, after which his treatment of me changed, making me feel less welcome and included;

- Brian Cumming informing me at the end of 2001 to watch out and be careful because some of the managers at Sempra were not comfortable with me.

INTERROGATORY NO. 14:

With respect to paragraphs 37 and 61 of your Complaint, describe with specificity each and every "sexual innuendo []," "inappropriate boast[]," and/or "strange and intrusive conversation[]" allegedly initiated or made by Sarathi Roy. Include in your answer the date, time and location of each and every alleged innuendo, boast and/or conversation.

OBJECTION:

Unduly burdensome. Subject to this objection and the general objections set forth about, Plaintiff responds as follows:

RESPONSE:

– Upon arriving on the Oil Marketing Desk, Sarathi repeatedly asked me about my relationship with Lynda. How we met, if we lived together, where we lived, what we did for fun, etc. His interest in my personal life was excessive and it made me uncomfortable;

- Repeatedly initiating inappropriate conversations on instant messenger. Specifically using the "falling hearts" environment and choosing the "big kiss" action while chatting with me;

- Repeatedly changing the environment back to "falling hearts" after I would change it to something different. Saying that he "liked that better";

- If I would disagree with him on an issue he would say how his wife would not do that to him because he is the "man of the house";

- Boasting how he was the boss of his house, just like it should be. How the man should always be in charge and that he expects his wife to cook and clean for him. Saying that's the way it should be because he married her and brought her over here and is giving her a good life. That she should be grateful to him for that;

14

- Along those same lines, asking me "who wore the pants in our family", referring to me and my lesbian partner;

- Boasting how he refused to let his wife visit him on the trading floor (he got her a job there soon after he moved her from India after they got married) because it would make him look bad to have a woman hanging around him like that;

- Upon returning from my trip to Southern France with my partner in Sept. 2001, he asked if we wore any clothes on the beach because he heard women did not wear tops in Southern France;

- Boasting about his sexual conquests and how he was once dating two women from the Sempra office at the same time. Following that up by saying that the women at Sempra were "easy";

- Boasting about spending time down at the Boxing Cat Grille and being the resident "stud". Telling tales of how he would go down there to pick up old and lonely women and take them home to please them for the night;

- Continuous boasting about "Miss Kim" his "special masseuse" who is "a lady who really knows how to treat a man". This masseuse works for a local massage parlor, which parlors were referred to at Sempra as rub-and-tugs. He would often say he was going for a massage with Miss Kim after work.

INTERROGATORY NO. 15:

Identify the "former work colleague" referenced in paragraph 51 of the Complaint and describe with specificity each and every statement allegedly made by the "former work colleague" concerning Sarathi Roy's alleged comfort-level with Plaintiff. Include in your answer the date, time and location at which the "former work colleague" made each and every alleged statement.

RESPONSE:

Billy Lasher in the IT Department

- Spring 2001 - When I told him I was gay he said he knew and was ok with it but to be careful because not many of the employees were comfortable with my lesbian status;

- Late Spring 2001 – I mentioned how I thought Cliff (in the back office) was very helpful when I ran clients through his office. Billy warned me that was because he thought I was cute and he didn't