STATE OF CONNECTICUT

| | | |
|---|---|---|
| RETURN DATE: June 24, 2003 | : | SUPERIOR COURT |
| SUSAN E. WOOD,<br>Plaintiff, | : | J.D. OF STAMFORD/NORWALK |
| V. | : | AT STAMFORD |
| SEMPRA ENERGY TRADING<br>CORPORATION,<br>Defendant. | : | May 14, 2003 |

## STATEMENT OF AMOUNT IN DEMAND

The amount in demand, exclusive of interest and costs, is greater than FIFTEEN THOUSAND ($15,000.00) DOLLARS.

        PLAINTIFF,
        SUSAN E. WOOD

By: _[signature]_
        Brendan J. O'Rourke
        Jeffrey M. McCormick
        Ann H. Brickley
        O'ROURKE & ASSOCIATES, LLC
        27 Pine Street
        New Canaan, CT 06840
        (203) 966-6664
        Juris No. 417178

# EXHIBIT 4

Case 3:03-cv-00986-JCH    Document 88-10    Filed 06/21/2005    Page 2 of 5

```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF CONNECTICUT
 2
 3
 4   _____
                                   )
 5   SUSAN E. WOOD,                )
          Plaintiff,               )
 6                                 )  Civil Action No.
     VS                            )  3:03-CV-986(JCH)
 7                                 )
     SEMPRA ENERGY TRADING         )
 8   CORPORATION,                  )
          Defendant.               )
 9   _____)
10
11
12
13
14       DEPOSITION OF: SUSAN ELIZABETH WOOD
15       DATE:      DECEMBER 12, 2003
16       HELD AT:   PAUL, HASTINGS, JANOFSKY &
                    WALKER, LLP
17                  1055 WASHINGTON BOULEVARD
                    STAMFORD, CONNECTICUT
18
19
20
21
22
23       Reporter: JAMES A. SCALLY, RPR, CRR, LSR #80
             BRANDON SMITH REPORTING SERVICE
24               44 Capitol Avenue
              Hartford, Connecticut 06106
25                (860) 549-1850
```

1

1   and trying to fit in with the boys -- the boys' club,
2   he would always come back with, "No, no. You're the
3   lady." That made me feel separated from the group,
4   pushed aside.
5         He often made comments -- he was -- he was
6   put into an arranged marriage; it's common knowledge, I
7   guess, on the floor. And he would often say that his
8   wife's place is in the home, and he would reference
9   that she was -- he did not allow her on to the trading
10  floor because he felt that would weaken his position.
11        Can you repeat the question again?
12    Q   Sure. The question is -- let me back up.
13        You testified that you do believe that Mr.
14  Roy was uncomfortable or harbored some animus,
15  hostility, towards you based on your gender, and my
16  follow-up question was: Tell me everything that Mr.
17  Roy said or did that leads you to that conclusion.
18    A   He would make comments demeaning women.
19    Q   Okay. What comments demeaning women did he
20  make?
21    A   Place is in the home.
22    Q   A woman's place is in the home?
23    A   A woman's place is in the home.
24    Q   Okay.
25    A   Various massage parlors that would take care

1  of him and saying things like "That's a real woman who
2  really knows how to take care of a man." Probably
3  sufficient.
4      Q   Well, the question that I have is: Is it
5  complete?
6      A   I think, yes, I think it is.
7      Q   Okay. So those are all the things that he
8  said that you can recall as you sit here today that led
9  you to believe that he had some animus towards you
10 because of your gender?
11     A   Yes.
12     Q   Did he ever do anything as opposed to saying
13 anything that you would add to this list that led you
14 to conclude that he had some animus towards you because
15 of your gender --
16     A   He often -- I don't know if this falls into
17 the same category -- of sending, sending instant
18 messages and putting that falling hearts environment on
19 the back, and the --
20     Q   So he would send you instant messages with a
21 falling hearts environment?
22     A   Yes. It's a background on a Yahoo! Instant
23 Messenger, and he would often change it to that
24 background when he was chatting with me, and I would
25 change it back, and he would change it back.