UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>                Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>June 20, 2005 |

**DEFENDANT'S MOTION IN LIMINE REQUESTING THAT THE COURT REFUSE TO EXERCISE SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIMS FOR UNREIMBURSED BUSINESS EXPENSES**

Defendant Sempra Energy Trading Corp. ("Sempra") respectfully moves this Court in limine to decline exercising supplemental jurisdiction over Plaintiff's state law claim for unreimbursed business expenses (Count Eleven). Plaintiff has endorsed and deposited a check Defendant tendered to Plaintiff for the full amount she sought under Count Eleven ($2,739.58), yet she refuses to withdraw her claim. Defendant requests that the Court not condone such bad-faith tactics, and should decline to exercise supplemental jurisdiction over Count Eleven.

1

Respectfully Submitted,

By: _____
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:  (203) 961-7400
Facsimile:  (203) 359-3031
Email   marydollarhide@paulhastings.com
        raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 20th day of June, 2005, a true and correct copy of the foregoing Motion in Limine Requesting That the Court Refuse to Exercise Supplemental Jurisdiction Over Plaintiff's State Law Claim for Unreimbursed Business Expenses was served on the following counsel of record hand delivery to:

>Brendan J. O'Rourke, Esq.
>Jeffrey M. McCormick, Esq.
>Ann H. Brickley, Esq.
>O'Rourke & Associates, LLP
>27 Pine Street
>New Canaan, CT 06840

_____
Raymond W. Bertrand

STM/298512.1