# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD<br><br>          Plaintiff,<br><br>      v.<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>          Defendant. | CIVIL ACTION NO.<br>3:03 CV 986(JCH)<br><br><br><br><br>June 20, 2005 |

## DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION IN LIMINE REQUESTING THAT THE COURT REFUSE TO EXERCISE SUPPLEMENTAL JURISDICTION OVER PLAINTIFF'S STATE LAW CLAIM FOR UNREIMBURSED BUSINESS EXPENSES

Defendant Sempra Energy Trading Corp. ("Sempra") respectfully requests that the Court refuse to exercise supplemental jurisdiction over Plaintiff's state law claim for alleged unreimbursed business expenses.  (See Complaint, Count Eleven).

## I.    BACKGROUND

Plaintiff alleges in Count Eleven of her Complaint that Sempra "breached the implied contract to reimburse Plaintiff for business expenses."  Complaint, Count Eleven.  Rather than incur the cost associated with moving for summary judgment on the state law claim, Sempra, through its counsel, tendered a check to Plaintiff for the full amount Plaintiff claims Sempra failed to reimburse her ($2,739.58).  (See P. Shultz ltr. to B. O'Rourke dtd. June 15, 2004 with enclosed check, attached hereto as Exhibit 1.).  Plaintiff has since endorsed and deposited the check, yet refuses to withdraw her claim for unreimbursed expenses.  See id.  Pursuant to the

Court's order, the parties have conferred in the course of trial preparations to coordinate the parties' Joint Trial Memorandum.  In the interest of streamlining the issues for trial, Sempra requested Plaintiff to withdraw her state law claim for unreimbursed business expenses now that Plaintiff has deposited the check Sempra issued to her for the full amount Plaintiff demanded in that claim.  Plaintiff's counsel refused.

On the eve of trial, Plaintiff lacks a legitimate basis upon which to pursue her claims for unreimbursed expenses.  Sempra therefore respectfully requests that the Court decline to exercise supplemental jurisdiction over Plaintiff's state law claim.

## II.    DISCUSSION

Plaintiff's gamesmanship should not be countenanced.  The parties and, more importantly the Court, will unnecessarily expend time, effort, and resources litigating a claim at trial that Sempra has fully satisfied.[1]

The Court "may decline to exercise supplemental jurisdiction over a claim . . . if in exceptional circumstances, there are other compelling reasons for declining jurisdiction." 28 U.S.C. § 1367(c)(4); see U.S. Fire Ins. Co. v. United Limousine Serv., Inc., 328 F. Supp. 2d 450, 454 (S.D.N.Y. 2004).  Defendant respectfully submits that Plaintiff's refusal to withdraw her claims for alleged unreimbursed business expenses despite endorsing and depositing Sempra's payment-in-full, compels application of 28 U.S.C. § 1367(c)(4) to decline exercising jurisdiction over Count Eleven.  Plaintiff's refusal not only manifests bad-faith, but also threatens to waste the Court's and Defendant's time and resources.

---

[1] Sempra denies Plaintiff's allegations.  However, it will take significantly more time, energy and resources to defend the claim than to simply pay Plaintiff the de minimus interest she claims she is owed.

For these reasons, Sempra respectfully requests that the Court refuse to exercise supplemental jurisdiction over Count Eleven of the Complaint.

Respectfully Submitted,

By: _____

Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:  (203) 961-7400
Facsimile:  (203) 359-3031
Email   marydollarhide@paulhastings.com
        raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 20th day of June, 2005, a true and correct copy of the foregoing Memorandum of Law in Support of its Motion in Limine Requesting that the Court Conditionally Refuse to exercise Supplemental Jurisdiction over Plaintiff's State Law Claim for Unreimbursed Business Expenses was served on the following counsel of record via hand delivery to:

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

Raymond W. Bertrand

STM/298283.5

-4-

# EXHIBIT 1

Paul, Hastings, Jano    . Walker LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

## Paul*Hastings*

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7495
peterschultz@paulhastings.com

June 15, 2004                                           28309.00004

**VIA UPS**

Brendan J. O'Rourke
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT 06840

Re:    *Susan E. Wood v. Sempra Energy Trading Corporation*
       Docket No. 3:03-CV-986 (JCH)

Dear Brendan:

Enclosed is a check in the amount of $2,739.58, which Sempra is offering to Susan Wood
as payment in full for the "unreimbursed business expenses" referenced in Count Eleven
of the Complaint.

Very truly yours,

*Peter M. Schultz*

Peter M. Schultz
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosure

STM/276136.1

SEMPRA ENERGY TRADING CORP.

VENDOR:                1455                                                    CHECK NO.        050957

| VOUCHER NO. | INVOICE NO. | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | DISCOUNT TAKEN | NET CHECK AMOUNT |
|---|---|---|---|---|---|---|
| 1900413 | 2002 | 05/27/2004 | 2,739.58 | 2,739.58 | 0.00 | 2,739.58 |
| | | | | | check total | 2,739.58 |

| CHECK NO. | CHECK DATE | VENDOR NO. |
|---|---|---|
| 50957 | 05/27/2004 | 1455 |

**SEMPRA ENERGY TRADING CORP.**
58 COMMERCE ROAD
STAMFORD, CT 06902

CHECK NO.   050957

CITIBANK F.S.B. CONNECTICUT BR.# 614
16-18 RAILROAD AVENUE
GREENWICH, CT 06830

51-7261
2211        614

**CHECK AMOUNT**

\*\*\* TWO THOUSAND SEVEN HUNDRED
THIRTY-NINE AND 58/100 USD\*\*\*

$******2,739.58*

PAY
TO THE
ORDER OF

WOOD, SUSAN
58 COMMERCE ROAD
STAMFORD CT 06902

*Ralph Todaro*
AUTHORIZED SIGNATURE

🔒 THE SECURITY FEATURES ON THIS DOCUMENT INCLUDE A GRAY BACKGROUND, BLEED THROUGH MICR NUMBERING AND A MICROPRINT SIGNATURE LINE NOTED BY MP

⑊050957⑊ ⑊221172610⑊ ⑊050447788⑊



Ⓜ THE SECURITY FEATURES ON THIS DOCUMENT INCLUDE A GRAY BACKGROUND, BLEED THROUGH MICR NUMBERING AND A MICROPRINT SIGNATURE LINE NOTED BY MP