UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SEMPRA ENERGY TRADING<br>CORPORATION,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>June 21, 2005 |

## MOTION IN LIMINE

　　　　Plaintiff, Susan E. Wood ("Plaintiff" or "Wood"), hereby respectfully moves this Court in limine to enter certain orders against Defendant Sempra Energy Trading Corporation ("Defendant" or "Sempra") in connection with the evidence to be entered in the trial scheduled in this matter. As set forth more fully in the accompanying Memorandum of Law, filed concurrently herewith, Plaintiff seeks a ruling prior to trial to preclude certain evidence, and/or for the entry of an adverse inference against Defendant, as a matter of law.

-2-

        PLAINTIFF,
        SUSAN E. WOOD


By:_____
        Brendan J. O'Rourke (ct00522)
        Jeffrey M. McCormick  (ct21185)
        O'ROURKE & ASSOCIATES LLC
        27 Pine Street
        New Canaan, CT  06840
        Telephone: (203) 966-6664
        Facsimile:  (203) 966-5710

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, to counsel of record as listed below this 21st day of June, 2005.

_____
Jeffrey M. McCormick

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

Mary C. Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130