# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>June 23, 2005 |

### AFFIDAVIT OF RAYMOND BERTRAND

STATE OF CONNECTICUT)
　　　　　　　　　　　) SS.
COUNTY OF FAIRFIELD　)

　　　I, RAYMOND BERTRAND, hereby affirm the following under penalty of perjury:

　　　1.　　I am over the age of eighteen years and recognize the obligations of an oath.

　　　2.　　This affidavit is submitted in connection with the Defendant Sempra Energy Trading Corp.'s Opposition to Plaintiff's Motion in Limine in the above-captioned action. It is based upon my personal knowledge.

　　　3.　　During the two-plus years this matter has been pending, Sempra Energy Trading Co. has produced in excess of seven hundred pages of documents to Plaintiff.

　　　4.　　All exhibits attached to Defendant's Opposition to Plaintiff's Motion in Limine are true and accurate copies of what they purport to be.

　　　I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

Executed this 23rd day of June, 2005, in Stamford, Connecticut.

_____
Raymond Bertrand

Subscribed and sworn to before me
this 23rd day of June, 2005.

_____
Notary Public

SCARLETT LEE MOORE
Notary Public of Connecticut
My Commission Expires
December 31, 2009
Notary # 140049

STM/298834.2