# Exhibit 2

JUN 20 200

# O'ROURKE & ASSOCIATES, LLC
ATTORNEYS AT LAW

27 Pine Street
New Canaan, Connecticut 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
www.orourkeandassoc.com

VIA FACSIMILE, E-MAIL, AND REGULAR MAIL

June 16, 2005

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky, & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Re: Wood v. Sempra Energy

Dear Raymond:

Following up on our conversation yesterday in which I advised we would provide a list of documents and information that we believe Sempra should supplement, we request that Sempra update the information with regard to Response to Interrogatory No. 3 of Sempra's January 23, 2004 response to Plaintiff's Interrogatories and Production Requests, setting forth updated employment status and bonus compensation (including Steven Soule).

If you have any questions, please do not hesitate to call me.

Very truly yours,

Brendan J. O'Rourke

BJO/cl

**Paul**Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard • Stamford, CT 06901
telephone 203 961 7400 • facsimile 203 359 3031 • www.paulhastings.com

(203) 961-7477
raymondbertrand@paulhastings.com

June 15, 2004

28309.00004

**VIA UPS**

Brendan J. O'Rourke
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT 06840

Re:  *Susan E. Wood v. Sempra Energy Trading Corporation*
     Docket No. 3:03-CV-986 (JCH)

Dear Attorney O'Rourke:

Following up on our conversation from yesterday in which you agreed to supplement your client's interrogatory responses and to produce certain documents, please provide the items listed below. Defendant requests Plaintiff supplement her responses and produce the requested documents sufficiently in advance of the pre-trial conference so that it can comply with the requirements set forth in the Court's pre-trial order.

1) Plaintiff's supplemental responses to Defendant's Interrogatory #s 2, 5, 6, 7, 8, and 11.

2) The following documents:

   a. Ms. Wood's 2003 and 2004 tax returns;

   b. Any documents that relate to Ms. Wood's efforts to mitigate her damages;

   c. Pay stubs from Ms. Wood's current employer;

   d. Any employment agreement entered into between Ms. Wood's and her current employer;

   e. Any documents relating to Ms. Wood's "equity share" in the "Environmental Company" referred to Plaintiff's Response to Defendant's Interrogatory number 2.

   f. Any documents relating to the valuation of the "Environmental Company" in which Ms. Wood owns an "equity share." See Plaintiff's Response to Defendant's Interrogatory number 2.

Paul Hastings
ATTORNEYS

Brendan J. O'Rourke
June 15, 2004
Page 2

    g.  Benefits information from Ms. Wood's current employer (e.g. financial, retirement, medical, dental, stock);

    h.  Any and all information regarding the Bonus plan referred to in the "Compensatory Damages Spreadsheet" provided to Defendant's counsel on or about June 8, 2005.

3) A non-privileged damages estimate.

Thank you in advance for your anticipated cooperation. If you have any questions, feel free to contact me at (203) 961-7477.

Very truly yours,

*[signature]*

Raymond Bertrand
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

STM/298203.1