# Exhibit 5

**Paul, Hastings, Janofsky & Walker LLP**
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

# PaulHastings

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7495
peterschultz@paulhastings.com

April 12, 2004

28309.00004

<u>VIA UPS</u>

Brendan J. O'Rourke
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT 06840

Re:   *Susan E. Wood v. Sempra Energy Trading Corporation*
      Docket No. 3:03-CV-986 (JCH)

Dear Brendan:

Enclosed are the Bates-stamp numbered copies of seven employment agreements which supplement Sempra's response to Document Request No. 4 in Plaintiff's First Set of Document Requests. You will note that the documents are stamped "Confidential." Pursuant to our January 2004 telephone conference with Judge Hall, certain pages are also stamped "Redacted" to reflect deletions of financial information (e.g., salary, relocation payments) unrelated to the calculation of bonuses and, except for the numbering, in all other aspects, are identical to the unnumbered set sent to you on April 9, 2004.

Very truly yours,

*Peter Schultz, GAC*

Peter M. Schultz
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosures
Signed, not read

STM/272197.1

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7495
peterschultz@paulhastings.com

April 13, 2004

28309.00004

**VIA UPS**

Brendan J. O'Rourke
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT 06840

Re: *Susan E. Wood v. Sempra Energy Trading Corporation*
    Docket No. 3:03-CV-986 (JCH)

Dear Brendan:

Enclosed are the Bates-stamp numbered copies (D00697 through D00716) of Quarterly Income Statements which were given to you at the Jackie Mitchell deposition without numbers. You will note that the documents are stamped "Confidential." Document Number D00698 was produced to you on legal size paper. For purposes of numbering, this document was reduced to letter size format. Except for the numbering and the one instance of paper size change, in all other aspects, these documents are identical to the unnumbered set you received on April 13, 2004.

Very truly yours,

*Peter Schultz* GAC

Peter M. Schultz
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosures
Signed, not read

STM/272296.1