# Exhibit 6

```
                                                                    1

                                          RECEIVED
   1
                                          MAY 6 - 2004
   2       UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT
   3

   4    ---------------------------------X

   5    SUSAN E. WOOD                    :      COPY

   6              Plaintiff    ,:

   7        VS.                          :   NO. 3:03CV 098(JCH)

   8    SEMPRA ENERGY TRADING CORP.      :

   9              Defendant    ,:

  10    ---------------------------------X

  11              D E P O S I T I O N

  12

  13              THE DEPOSITION OF SARATHI ROY, taken

  14    on behalf of the Plaintiff, pursuant to the

  15    Federal Rules of Civil Procedure, before Melodie

  16    Ajello, Registered Professional Reporter, Notary

  17    Public within the State of Connecticut, on the

  18    7th day of April, 2004, at 10 a.m, at the

  19    offices of Day, Berry & Howard, One Canterbury

  20    Green, Stamford, Connecticut.

  21

  22

  23         GOLDFARB AND AJELLO REPORTING SERVICES
                   24 East Avenue #1372
  24             New Canaan, Connecticut  06840

  25
```

GOLDFARB AND AJELLO (203) 972-8320

CONFIDENTIAL                                                    43

1  recall that testimony?
2       A.    Yes, sir.
3       Q.    Did you look for any handwritten notes in
4  connection with the discovery request that Ms. Wood has
5  made?
6       A.    Yes, sir.
7       Q.    Where did you look?
8       A.    Through my notepads, you know, whatever I
9  had from previous years.
10      Q.    And do you retain notepads?
11            MR. SCHULTZ:  Object to the form of
12            the question.
13      A.    In most cases, yes.
14      Q.    So what do your notepads look like?
15      A.    No different from your notepad.
16      Q.    And you're -- this is a yellow legal-size
17  pad.
18      A.    Yes.
19      Q.    You actually take notes on yellow legal-size
20  pads?
21      A.    Either that or spiral notebooks.
22      Q.    That spiral notebook in front of you, is
23  that a -- do you use that as sort of a daily log of
24  information you think is relevant?
25      A.    I don't always religiously end up putting

GOLDFARB AND AJELLO (203) 972-8320

CONFIDENTIAL                                                              50

1  performance review, compensation review.
2       Q.    But, I mean, whose reviews?
3       A.    Mine.
4       Q.    Oh, a supervisor that would be doing a
5  review of your performance?
6       A.    Yes, sir.
7       Q.    Okay.  When you assumed your marketing
8  function, did you make any handwritten notations on your
9  notepad about the performance of the people in the
10 department?
11      A.    No, sir.
12      Q.    Have you ever done that?
13      A.    No, sir.
14      Q.    Now, you testified that some of these
15 notepads may be in your office and some may be at home, is
16 that correct?
17      A.    Yes.
18      Q.    Is there a reason why you would bring some
19 home and leave some in the office?
20      A.    I usually -- if something were relevant that
21 I would like to work on at home, you know, bring it along
22 with me, and if it -- if there was reason to just leave it
23 at home, then I would just leave it at home, but, no,
24 there's no method to it at all.
25      Q.    With respect to your notepad, is it kept

GOLDFARB AND AJELLO (203) 972-8320

CONFIDENTIAL                                           51

1  chronologically?
2              MR. SCHULTZ:  Object to the form of
3          the question.
4      A.    How do you mean, sir?
5      Q.    Well, do you use random notepads when you
6  make an entry on a notepad, or do you have a habit of
7  dating a notepad and keeping it chronological?
8      A.    No, sir, I don't have that habit, no.
9      Q.    Now, is it your testimony that you searched
10 those notepads for documents that might be responsive to
11 Ms. Wood's discovery request?
12     A.    Yes, sir.
13     Q.    And when did you do that?
14     A.    In the last couple of months, three months.
15     Q.    Were you -- go ahead.
16     A.    No, that's what I was going to say, three
17 months.
18     Q.    Did you find anything relevant?
19     A.    No, sir.
20     Q.    So am I to conclude that Susan Wood's name
21 appears on none of the pages in these notepads?
22             MR. SCHULTZ:  Object to the form of
23         the question.  Mischaracterizes the
24         witness's testimony.
25     Q.    Do you understand the question?

GOLDFARB AND AJELLO (203) 972-8320

CONFIDENTIAL                                                                52

1      A.      Would you mind rephrasing?

2      Q.      Am I to understand that Ms. Wood's name does
3  not appear on any of these notepads?

4              MR. SCHULTZ:  Same objection.

5      A.      Correct.

6      Q.      That is correct?

7      A.      Correct.

8      Q.      Have you discarded any notepads in the last
9  three years?

10     A.      None that I recall.

11     Q.      How many notepads approximately are in your
12 possession, either at home or in the office?

13     A.      Five, I think.

14     Q.      So when I asked you whether you had taken
15 any notes in conversations that you had with David Messer
16 about Susan Wood after making your -- or after you were
17 appointed head of the marketing group, did I understand
18 you correctly to say you don't recall whether you made any
19 handwritten notations?

20             MR. SCHULTZ:  Object to the form of
21             the question.  Asked and answered.

22     A.      You're correct.

23     Q.      Okay.  But in the last three months when you
24 did your search of your notepads, that would mean that you
25 didn't see any handwritten notes concerning communications

GOLDFARB AND AJELLO (203) 972-8320

CONFIDENTIAL                                                              53

1   you had with David Messer about Susan Wood?
2       A.    Correct.
3       Q.    And you've also testified that you didn't
4   discard any notes in the last three years, correct?
5       A.    I don't think I did.
6       Q.    Okay.
7             MR. SCHULTZ:  I think the previous
8             testimony was regarding notepads.  If you're
9             talking about an individual sticky note now,
10            I think that there's a difference there.
11      Q.    Did David Messer tell you what criteria was
12  used to decide that you would be the person to head up the
13  marketing function of the petroleum derivatives group?
14      A.    No, sir.
15      Q.    In your function as a head of that group,
16  were you involved in setting compensation for the people
17  in the group?
18            MR. SCHULTZ:  Object to the form of
19            the question.
20      A.    Would you mind rephrasing, "setting"?
21      Q.    Did you have any involvement in either
22  setting base salary or determining bonuses for any of the
23  people, the professional people in the marketing group of
24  the petroleum derivatives department?
25      A.    No, sir.

GOLDFARB AND AJELLO (203) 972-8320

CONFIDENTIAL                                                           95

1    A.    Some could have been, could be at my place
2  and, you know, some could be here.  I don't know exactly
3  which are where.
4    Q.    Do you have a recollection of actually
5  looking through your notes?
6    A.    Yes.
7    Q.    You do?
8    A.    Yes.
9    Q.    Did you find anything in your notes that
10 assisted you in providing information in this answer?
11   A.    No.
12   Q.    In follow-up to your testimony, you said
13 that you didn't recall reviewing any records other than
14 your notes in providing information in the Answer,
15 correct?
16              MR. SCHULTZ:  Object to the form of
17          the question, asked and answered.
18   Q.    Is that correct?
19   A.    Correct.
20              MR. SCHULTZ:  Same objection.
21              MR. O'ROURKE:  If you can just wait
22          for me to finish the answer.
23              MR. SCHULTZ:  I think I did.
24              MR. O'ROURKE:  Actually, you didn't.
25              MR. SCHULTZ:  We can agree to

GOLDFARB AND AJELLO (203) 972-8320