# Exhibit 8

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 3
 4    ---------------------------------X         COPY
 5    SUSAN E. WOOD                    :
 6                Plaintiff       ,:
 7       VS.                          : NO. 3:03cv098(JCH)
 8    SEMPRA ENERGY TRADING CORP.     :
 9                Defendant       ,:
10    ---------------------------------X
11              D E P O S I T I O N
12
13
14              THE DEPOSITION OF DENISE FREDA, taken
15    on behalf of the Plaintiff, pursuant to the
16    Federal Rules of Civil Procedure, before Melodie
17    Ajello, Registered Professional Reporter, Notary
18    Public within the State of Connecticut, on the
19    5th day of April, 2004, at 11:10 a.m, at the
20    offices of O'Rourke & Associates, 27 Pine
21    Street, New Canaan, Connecticut  06840.
22
23
24          GOLDFARB AND AJELLO REPORTING SERVICES
                    24 East Avenue #1372
25            New Canaan, Connecticut  06840
```

Page 61

```
1    regarding Ms. Wood's employment at Sempra?
2                 MR. SHULTZ:  Object to the form of
3         the question.
4    A.   No.
5    Q.   You don't know?
6    A.   I would say no, I did not have any email
7    communication with anyone about Susan Wood's termination.
8    Q.   I didn't say her termination.
9    A.   Okay.
10   Q.   I said her employment.
11   A.   Okay, then I'm sorry.  That's a pretty broad
12   question.
13                MR. SHULTZ:  That's my objection.
14   Q.   What are you -- what question do you think I
15   asked you?
16   A.   If I had any email communication with anyone
17   about Susan Wood's termination, not her employment but her
18   termination.
19   Q.   No, let me ask the question again.
20   A.   Okay.
21   Q.   Do you know if you had any communications
22   via email with anyone at Sempra, other than Ms. Wood,
23   regarding Ms. Wood's employment at Sempra?
24                MR. SHULTZ:  Object to the form of
25        the question.
```