# Exhibit 9

APR 0 6 2004

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 3:03-CV-986 (JCH)

-------------------------------------------x

SUSAN E. WOOD,

        Plaintiff,

        Vs

SEMPRA ENERGY TRADING CORPORATION,

        Defendant.

-------------------------------------------x

COPY

## D E P O S I T I O N

        The VIDEO DEPOSITION of STEVEN J.
PRINCE, taken on behalf of the Plaintiff in the
hereinbefore entitled action, before Francine
Garb, a Certified Shorthand Reporter and Notary
Public within and for the State of Connecticut,
commencing at 10:40 a.m., on March 9, 2004, at the
law offices of Paul, Hastings, Janofsky & Walker,
LLP, 1055 Washington Boulevard, Stamford,
Connecticut 06901-2217.

Page 34

STEVEN J. PRINCE

1

2    Q    On what about Ms. Wood's employment

3  performance did you base that assessment of

4  Ms. Wood?

5    A    Lack of revenue production.

6    Q    And did you see any written reports on

7  that lack of revenue production?

8    A    There are profit center reports that are

9  issued, and she was in one of those profit

10  centers, the internal reports on profit

11  production.

12    Q    Are you telling me that that internal

13  report gives you the ability to assess Susan

14  Wood's performance?

15    A    A profitability report on her area

16  assesses her profitability, yes.

17    Q    Is there more than one person in her

18  area?

19    A    Yes.

20    Q    Explain to me how you can assess an

21  individual's performance by a profitability report

22  that involves other individuals.

23    A    Because there were certain discussions

24  around what customers she was working on and what

25  revenue was being produced by them.

Page 35

1                    STEVEN J. PRINCE

2        Q    So, as I understand your testimony,

3    there are reports that Sempra produces that do

4    give you an ability to objectively measure Susan

5    Wood's performance?

6              MS. DOLLARHIDE:  Objection; overbroad.

7              You can respond.

8        A    There were reports that would portray

9    the group, and there were discussions about the

10   customers or people within that group and what

11   revenue they were producing.

12       Q    And my question is:  Do you use those

13   reports, those profit reports that you have

14   testified about, to objectively assess employees

15   like Susan Wood?

16             MS. DOLLARHIDE:  Objection; overbroad.

17             The reports independent of any discussion or

18             other information?

19             MR. O'ROURKE:  Just the group report.

20       Q    Let me ask it this way, and if you have

21   trouble understanding the question, Mr. Prince,

22   please advise me.

23             If I understand, you indicated to me in

24   response to how Susan Wood was being assessed,

25   that you looked at profitability reports.  Did I

Page 36

STEVEN J. PRINCE

1

2  understand you correctly?

3      A     No.   I said there were profitability

4  reports on her area and not specifically solely on

5  her as an individual contributor, which I think

6  you had asked me also.

7      Q     Right.   I'm not asking that question

8  now.   What I'm asking you is:   Is it accurate to

9  say that you based at least in part your

10  assessment of Ms. Wood on these profitability

11  reports that you have testified about?

12           THE WITNESS:   Can I speak to you for a

13      moment?

14           MS. DOLLARHIDE:   There is a question

15      pending.

16           THE WITNESS:   Sure.

17           MS. DOLLARHIDE:   Answer it.

18      A     Not solely.

19           Could you repeat the question again?

20      Q     I said -- what the question said, and

21  I'll repeat the question, do I understand you

22  correctly to say at least in part you relied on

23  your review of this profitability report to assess

24  Susan Wood's employment performance?

25      A     In part, yes.

1                    STEVEN J. PRINCE

2        Q    Do you remember reviewing those

3    profitability reports more than one time in

4    connection with an assessment of Susan Wood?

5            MS. DOLLARHIDE:  Objection; assumes

6            facts not in evidence.  There is no

7            indication he went out and actually assessed

8            her performance income.

9            MR. O'ROURKE:  Yes, he did.  He

10           testified earlier that he had arrived at an

11           opinion that Susan Wood's employment was not

12           working out.

13           MS. DOLLARHIDE:  That may be a different

14           kettle of fish.  I think you better let him

15           address that.

16       Q    Well, is it your testimony that you

17   didn't assess Susan Wood's employment performance?

18       A    I had an opinion on her performance

19   based on a combination of factors, including

20   profitability reports of the area and discussions

21   with David Messer about what was -- what Susan

22   Wood was contributing to that area.

23       Q    Now, this opinion that you arrived at

24   after you considered the information you just

25   testified about, did this occur at one particular