# Exhibit 10

```
                                              RECEIVED
 1
                                              MAY 7 - 2004
 2              *** CONFIDENTIAL ***

 3          UNITED STATES DISTRICT COURT

            DISTRICT OF CONNECTICUT
 4                                      COPY

 5   ------------------------------X

 6   SUSAN E. WOOD                  :

 7              Plaintiff        ,:

 8        VS.                       :   NO. 3:03CV098(JCH)

 9   SEMPRA ENERGY TRADING CORP.    :

10              Defendant        ,:

11   ------------------------------X

12                D E P O S I T I O N

13

14        THE DEPOSITION OF JACQUELINE K. MITCHELL,

15   taken on behalf of the Plaintiff, pursuant to

16   the Federal Rules of Civil Procedure, before

17   Melodie Ajello, Registered Professional

18   Reporter, Notary Public within the State of

19   Connecticut, on the 13th day of April, 2004, at

20   2 p.m, at the offices of Brendan O'Rourke &

21   Associates, 27 Pine Street, New Canaan,

22   Connecticut.

23

24

25        GOLDFARB AND AJELLO REPORTING SERVICES

              24 East Avenue #1372
```

1   them, and they're tied out each -- at the end of each
2   month with a marketer, and really this is the way it goes:
3   The trader puts it together and ties it out with the
4   marketer at the end of each week, or if he doesn't get to
5   it by the end of the month.  And usually by the end of
6   each quarter, I review it.
7       Q.    Do those reports enable you to determine the
8   profitability of each individual marketer?
9       A.    Yes.  In my business, because I get -- I get
10  cost allocated to my business unit, so I throw in -- add
11  all the cost associated with each book of business, and so
12  I can determine whether or not one of my units is
13  profitable.
14      Q.    Well, when you say units?
15      A.    I run a couple of different -- a few
16  different businesses.
17      Q.    I'm just going to take a brief moment for
18  you to go back and give me your educational background
19  from starting with college and a summary of your career
20  path through Sempra.  If you would do that now, I would
21  appreciate it.
22      A.    Okay.  I graduated from University of
23  Houston with a degree in business.  I started -- I was
24  with an energy company.  I'm from Texas.  I was with an
25  energy company in Texas.  I started in '88, moved to