# Exhibit 11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------x
SUSAN E. WOOD,                      :
                                    :
             Plaintiff,             :
                                    :    CIVIL ACTION NO.
         Versus                     :    3:03 CV 986 (JCH)
                                    :
SEMPRA ENERGY TRADING CORPORATION,  :
                                    :
             Defendant.             :
------------------------------------x

COPY

D E P O S I T I O N

Deposition of JOSEPH HOWLEY taken on behalf of the Plaintiff before Donna M. Miani, CSR, a Notary Public, in and for the State of Connecticut, on Friday, March 5, 2004, at 11:04 a.m., at the law offices of DAY, BERRY & HOWARD, One Canterbury Green, Stamford, Connecticut.

GOLDFARB & AJELLO REPORTING SERVICES
24 EAST AVENUE #1372
NEW CANAAN, CONNECTICUT 06840
(203) 972-8320

1   that Miss Wood requested that Sempra deliver certain
2   documents in response to this production request?
3       A.   Can you ask the question again?
4       Q.   Sure.
5            Did you have any familiarity or knowledge
6   that Miss Wood had requested certain documents of Sempra in
7   connection with this litigation?
8       A.   Yes.
9       Q.   And how did you become so familiar?
10      A.   I work -- our counsel said that --
11           MR. SCHULTZ:  I think the answer is
12           that counsel spoke to, I'll direct the
13           witness not to discuss the specific
14           information that counsel discussed with you.
15      Q.   I'm not asking you what the counsel said.
16  I'm trying to find out how it came about that you understood
17  that documents were supposed to be delivered.
18      A.   I was -- I was notified that there was a
19  lawsuit pending by Susan Wood and that document -- and that
20  Sempra had been responding to requests for documents.
21      Q.   And were you asked to assist in locating
22  documents that would be responsive to Miss Wood's request?
23      A.   Yes.
24      Q.   And what did you do in that regard?
25      A.   I looked in my cabinets for -- through my

1  files, and I didn't have anything.
2      Q.   You didn't have anything?
3      A.   No.
4      Q.   So you provided no documents from your own
5  files that were responsive to Miss Wood's production
6  request; is that correct?
7      A.   That's correct?
8          MR. SCHULTZ:  Object to the form of
9          the question.
10         I don't think the witness has
11         testified that he's reviewed all of the
12         requests that he could say whether he's
13         produced documents that are responsive to --
14         whether he's reviewed them and therefore, did
15         not produce any documents despite having any
16         knowledge of that, but I think he has
17         indicated he hasn't produced any documents
18         based on the fact that he understood that
19         certain things were requested.
20         He has not indicated he knew exactly
21         what -- you know, he hasn't indicated that
22         he's read all these requests and understood
23         the full content of all of them.
24     Q.   Mr. Howley, did I understand you correctly
25  when you said you understood that Miss Wood had made request

1  of Sempra for certain documents?
2      A.   Yes.
3      Q.   And did anyone show you the list of documents
4  that were requested that are set forth on page nineteen and
5  run through the end of this document?
6      A.   No.
7      Q.   Were you given any type of list, whether in
8  oral or in written form?
9      A.   No.
10     Q.   What documents were you looking for if you
11 didn't have a list?
12     A.   There was an incident that occurred between
13 Susan Wood and I and asked if I had any of that -- of any
14 notes on that, and I didn't.
15     Q.   Did you limit your review of documents to the
16 incident that you just testified about?
17     A.   No.
18     Q.   What else did you look for?
19     A.   Any other documents.
20     Q.   Excuse me?
21     A.   Any other information that I might have had.
22     Q.   About what?
23     A.   About Susan Wood.
24     Q.   Did you make any search of your historic
25 e-mails regarding communications that you had with Sarathi