# Exhibit 13

# Paul Hastings

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Diego
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7495
peterschultz@paulhastings.com

April 19, 2004

28309.00004

**VIA FACSIMILE AND REGULAR MAIL**

Brendan J. O'Rourke
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT 06840

Re:   *Susan E. Wood v. Sempra Energy Trading Corporation*
      Docket No. 3:03-CV-986 (JCH)

Dear Brendan:

I am writing to follow-up on Sempra's request for information regarding Ms. Wood's bonus entitlement and equity interest with respect to her new employer, AgCert International LLC. In your March 10, 2004 letter regarding this subject, you enclosed what appears to be an offer letter signed by your client in connection with her AgCert employment. The offer letter refers to a "Commission and Bonus Plan" as well as "Operating and Unit Grant Agreements." However, those documents were not included with your correspondence. Since they are clearly relevant to our assessment of your client's bonus and equity interest, please produce those materials as soon as possible in order to obviate the need for a subpoena.

Very truly yours,

*Peter M. Schultz*

Peter M. Schultz
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

STM/272602.1