UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>      Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>      Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>July 18, 2005 |

**MOTION TO FILE SUPPLEMENTAL AFFIDAVITS IN FURTHER SUPPORT
OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

In accordance with the Court's order issued during the July 14, 2005 telephonic conference with the parties in the above-captioned matter, the Defendant Sempra Energy Trading Corp. hereby submits the attached Affidavits of Wayne Kubicek and Denise Freda.

              Respectfully Submitted,

              By: _/s/ Raymond W. Bertrand_
              Mary C. Dollarhide (ct12251)
              Raymond W. Bertrand (ct22968)
              PAUL, HASTINGS, JANOFSKY &
              WALKER LLP
              1055 Washington Boulevard
              Stamford, CT 06901-2217
              Telephone: (203) 961-7400
              Facsimile: (203) 359-3031
              Email: marydollarhide@paulhastings.com
                  raymondbertrand@paulhastings.com

              Counsel for Defendant
              Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 18th day of July, 2005, a true and correct copy of the foregoing Motion to File Supplemental Affidavits in Further Support of Its Opposition to Plaintiff's Motion in Limine was served on the following counsel of record via hand delivery to:

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

_____
Raymond W. Bertrand

STM/300048.1