UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                 Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>                 Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>July 18, 2005 |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION**
**TO INTRODUCE DEMONSTRATIVE EXHIBIT 37**

Pursuant to the Court's order during the July 15, 2005 telephonic conference in the above-captioned matter, the Defendant, Sempra Energy Trading Corp. ("Sempra") hereby resubmits in pleading format its July 12, 2005 correspondence to the Court. Sempra opposes Plaintiff's introduction of Exhibit 37 as a demonstrative exhibit. Allowing this exhibit would circumvent the foundation and relevancy requirements of the Federal Rules of Evidence. As set forth fully in the appended correspondence, Sempra requests that the Court deny introduction of Exhibit 37 as a matter of law.

Respectfully Submitted,

By: _____
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email   marydollarhide@paulhastings.com
            raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 18th day of July, 2005, a true and correct copy of the foregoing Defendant's Objection to Plaintiff's Motion to Introduce Demonstrative Exhibit 37 was served on the following counsel of record via UPS overnight delivery to:

>Brendan J. O'Rourke, Esq.
>Jeffrey M. McCormick, Esq.
>Ann H. Brickley, Esq.
>O'Rourke & Associates, LLP
>27 Pine Street
>New Canaan, CT  06840

_____
Raymond W. Bertrand

STM/300029.1

**Paul Hastings**
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard • Stamford, CT 06901
telephone 203 961 7400 • facsimile 203 359 3031 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(203) 961-7477
raymondbertrand@paulhastings.com

July 12, 2005

28309.00004

**VIA FACSIMILE AND OVERNIGHT MAIL**

The Honorable Janet C. Hall
The United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   *Susan E. Wood v. Sempra Energy Trading Corp.*
      Docket No. 3:03-CV-986 (JCH)

Dear Judge Hall:

We write in response to Plaintiff's July 6, 2005 letter to the Court (attached hereto as Exhibit A). In her letter, Plaintiff proffers Exhibit 37 as a demonstrative exhibit, except for the information regarding her post-Sempra income, which she intends to offer as a compilation document. *See* Plaintiff's Trial Exhibit No. 37 (attached hereto as Exhibit B). For the reasons set forth below, Sempra objects to the introduction of Plaintiff's Exhibit 37, except for that portion which Plaintiff intends to use as a compilation document of her actual earnings at AgCert.

Plaintiff's Exhibit 37 is nothing more than an attempt by Plaintiff to circumvent the foundation and relevancy requirements set forth in the Federal Rules of Evidence. As the Court is well aware, "'[d]emonstratives' have been recognized as having a 'secondary' or 'derivative' function at trial – serving to <u>explain or clarify previously introduced, relevant substantive evidence</u>." *Blue Cross & Blue Shield of New Jersey, Inc. v. Philip Morris, Inc.*, 138 F. Supp. 2d 357, 369 (E.D.N.Y. 2001) (citation omitted) (emphasis added).

Here, Plaintiff proffers Exhibit 37 as a demonstrative exhibit of her purported future damages. However, Plaintiff's "estimates" of her future earnings are based on nothing more than wild speculation. Plaintiff herself provides three different estimates of what these purported damages might be in her "High", "Medium" and "Low" estimate charts. Notably, none of these numbers correspond to the damages spreadsheet Plaintiff produced to Defendant during the course of litigation. *See* Plaintiff's Response to Interrogatory Number 5 (attached hereto as Exhibit C).

Furthermore, Plaintiff's estimates are entirely self-serving. For example, Plaintiff estimates that Sempra would have paid her $220,000, $120,000, or $70,000 in bonus for 2002 (or $130,000 according to her Interrogatory response), notwithstanding the fact that

Paul*Hastings*
ATTORNEYS

The Honorable Janet C. Hall
July 12, 2005
Page 2

every other Vice President in the Petroleum Derivatives department who worked in same position as Plaintiff earned $20,000 or less in bonus for 2002. Notably, every one of these Vice Presidents received more than twice the bonus Sempra paid Plaintiff for 2001. In addition, Plaintiff speculates Sempra would have paid her a $350,000 bonus in a future year when her bonus for 2001 was just $50,000 and her base salary in the low $100,000's. There is simply no ground for concluding Sempra would have paid Plaintiff the bonuses she is claiming in future years.

Lastly, for the reasons set forth in Defendant's Motion in Limine to Exclude Evidence of Damages Post-2002, any bonus or salary estimate past 2002 is entirely irrelevant because the department Plaintiff worked in was dissolved in December 2002.

Thank you for your consideration of this matter.

Respectfully submitted,

*[signature]*

Raymond W. Bertrand
for PAUL, HASTINGS, JANOFSKY & WALKER LLP


cc: Brendan O'Rourke, Esq.

STM/299583.2

# EXHIBIT A

Case 3:03-cv-00986-JCH   Document 111   Filed 07/19/2005   Page 6 of 16

# O'Rourke & Associates, LLC

Attorneys at Law
27 Pine Street
New Canaan, CT 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710

## FACSIMILE TRANSMISSION SHEET

TO: Raymond W. Bertrand, Esq.

FAX NO: (203) 359-3031

FROM: Marianne F. Murray

NUMBER OF PAGES BEING TRANSMITTED (including transmission sheet): 2

WE ARE TRANSMITTING FROM A hp 1230

DATE: July 6 2005

COMMENTS:

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# O'ROURKE & ASSOCIATES, LLC

ATTORNEYS AT LAW

27 Pine Street
New Canaan, Connecticut 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
www.orourkeandassoc.com

**BY HAND DELIVERY**

July 6, 2005

The Honorable Janet C. Hall
United States District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT   06604

     RE:    **Susan E. Wood v. Sempra Energy Trading Corporation
Docket Number 3:03-CV-986 (JCH)**

Dear Judge Hall:

We write in response to the Court's direction at the pre-trial conference on June 28th concerning Plaintiff's position as to the purpose for which Plaintiff seeks to introduce proposed Exhibit 37 (Wood's Damage Exhibit).

We write to advise that Plaintiff intends to introduce this exhibit as a demonstrative exhibit except to the extent that such exhibit is based upon documents as to Plaintiff's actual annualized salary at Sempra for 2002 and her actual earnings at AgCert for the period 2002 to date where she remains employed. As to such information, Plaintiff plans to use it as a compilation document since all underlying documents as to such information have been produced to Defendant's counsel.

Most respectfully,

/s/ Marianne F. Murray

Marianne F. Murray

cc by fax:    Raymond Bertrand, Esq.
                 Mary C. Dollarhide, Esq.
                 Ms. Susan Wood

# EXHIBIT B

Case 3:03-cv-00986-JCH   Document 111   Filed 07/19/2005   Page 9 of 16

## Average Estimate
## Compensatory Damages Spreadsheet

| Age | Year | Sempra Est. Salary | Sempra Est. Bonus | Sempra Est. Other | Sempra (2002) Unemployment/Consulting AgCert Salary | AgCert Bonus | AgCert Ownership | Compensatory Damages |
|---|---|---|---|---|---|---|---|---|
| 32 | 2002 | $125,000 | $120,000 | $6,720 | $43,262 | $0 | $0 | $208,458 |
| 33 | 2003 | $131,250 | $130,000 | $6,720 | $38,641 | $7,500 | $0 | $221,829 |
| 34 | 2004 | $137,813 | $150,000 | $6,720 | $90,000 | $30,000 | $0 | $174,533 |
| 35 | 2005 | $144,703 | $170,000 | $6,720 | $90,000 | $30,000 | $0 | $201,423 |
|   |   |   |   |   |   |   |   | **$806,243** |
| 36 | 2006 | $151,938 | $190,000 | $6,720 | $94,500 | $40,000 | $5,100 | $209,058 |
| 37 | 2007 | $159,535 | $210,000 | $6,720 | $99,225 | $50,000 | $6,630 | $220,400 |
| 38 | 2008 | $167,512 | $210,000 | $6,720 | $104,186 | $60,000 | $8,619 | $211,427 |
| 39 | 2009 | $175,888 | $210,000 | $6,720 | $109,396 | $70,000 | $11,205 | $202,007 |
| 40 | 2010 | $184,682 | $210,000 | $6,720 | $114,865 | $80,000 | $14,566 | $191,970 |
|   |   | $1,378,321 | $1,600,000 | $60,480 | $784,075 | $367,500 | $46,120 | **$1,841,106** |

Assumes annual percent salary increase of: 5%

Bonus assumes earnings minus $800k (for "my desk*")

Gym ($1,200/yr)
Health ins. ($200/month)
Dental ($100/month)
Lunch ($1,920/yr)

Assumes annual percent salary increase of (starting in 2006): 5%

Assumes $10k bonus increase per year starting in 2006

Assumes 0.17% ownership in company. Profits start at $3 million in 2006 and increase 30% per year
$3,000,000
$3,900,000
$5,070,000
$6,591,000
$8,568,300
$11,138,790

Starting in 2002:
Estimated total annual earnings for "my desk"**
$2,000,000
$2,100,000
$2,300,000
$2,500,000
$2,700,000
$2,900,000
$2,900,000
$2,900,000

**Assumes a $100,000 Annual increase in earnings

Sempra 1/02 - 3/02 ($31,250)
Unemployment 2002 ($16,141)
Consulting 2003 ($12,012)
AgCert start 10/03 ($22,500)

| NPV Calculation | |
|---|---|
| NPV Rate | 2006 - 2015 NPV |
|  | 5% |
| NPV Value ('06 - '10) | $898,257 |
| Total Discounted Value | $1,704,499 |

# High Estimate
## Compensatory Damages Spreadsheet

| Age | Year | Sempra Est. Salary | Sempra Est. Bonus | Sempra Est. Other | Sempra (2002) Unemployment/Consulting AgCert Salary | AgCert Bonus | AgCert Ownership | Compensatory Damages |
|---|---|---|---|---|---|---|---|---|
| 32 | 2002 | $125,000 | $220,000 | $6,720 | $43,262 | $0 | $0 | $308,458 |
| 33 | 2003 | $137,500 | $270,000 | $6,720 | $38,641 | $7,500 | $0 | $368,079 |
| 34 | 2004 | $151,250 | $290,000 | $6,720 | $90,000 | $30,000 | $0 | $327,970 |
| 35 | 2005 | $166,375 | $310,000 | $6,720 | $90,000 | $30,000 | $0 | $363,095 |
|    |      |          |          |        |          |          |          | $1,367,602 |
| 36 | 2006 | $183,013 | $330,000 | $6,720 | $99,000  | $40,000 | $5,100  | $375,633 |
| 37 | 2007 | $201,314 | $350,000 | $6,720 | $108,900 | $50,000 | $6,630  | $392,504 |
| 38 | 2008 | $221,445 | $350,000 | $6,720 | $119,790 | $60,000 | $8,619  | $389,756 |
| 39 | 2009 | $243,590 | $350,000 | $6,720 | $131,769 | $70,000 | $11,205 | $387,336 |
| 40 | 2010 | $267,949 | $350,000 | $6,720 | $144,946 | $80,000 | $14,566 | $385,157 |
|    |      | $1,697,435 | $2,820,000 | $60,480 | $866,308 | $367,500 | $46,120 | $3,297,987 |

Assumes annual percent salary increase of: 10%

Bonuses are calculated based on comparable Sempra employees (see Sempra interrogatory responses)

Bonus assumes earnings minus $800k (cost of my place on the desk)

Starting in 2002 estimated total annual earnings for "my desk"***

***Assumes a $500,000 Annual increase in earnings

Assumes annual percent salary increase of (starting in 2006): 10%

Sempra 1/02 - 3/02 ($31,250)
Unemployment 2002 ($16,141)
Consulting 2003 ($12,012)
AgCert start 10/03 ($22,500)

Assumes $10k bonus increase per year starting in 2006

Assumes 0.17% ownership in company. Profits start at $3 million in 2006 and increase 30% per year

$3,000,000
$3,900,000
$5,070,000
$6,591,000
$8,568,300
$11,138,790

### NPV Calculation
| | |
|---|---|
| NPV Rate | 3% |
| NPV Value ('06 - '10) | $1,767,729 |
| Total Discounted Value | $3,135,331 |

## Low Estimate
## Compensatory Damages Spreadsheet

| Age | Year | Sempra Est. Salary | Sempra Est. Bonus | Sempra Est. Other | Sempra (2002) Unemployment/Consulting AgCert Salary | AgCert Bonus | AgCert Ownership | Compensatory Damages |
|---|---|---|---|---|---|---|---|---|
| 32 | 2002 | $125,000 | $70,000 | $6,720 | $43,262 | $0 | $0 | $158,458 |
| 33 | 2003 | $128,750 | $72,500 | $6,720 | $38,641 | $7,500 | $0 | $161,829 |
| 34 | 2004 | $132,613 | $92,500 | $6,720 | $90,000 | $30,000 | $0 | $111,833 |
| 35 | 2005 | $136,591 | $112,500 | $6,720 | $90,000 | $30,000 | $0 | $135,811 |
|    |      |          |          |        |          |          |          | $567,930 |
| 36 | 2006 | $140,689 | $132,500 | $6,720 | $92,700 | $40,000 | $5,100 | $142,109 |
| 37 | 2007 | $144,909 | $152,500 | $6,720 | $95,481 | $50,000 | $6,630 | $152,018 |
| 38 | 2008 | $149,257 | $152,500 | $6,720 | $98,345 | $60,000 | $8,619 | $141,512 |
| 39 | 2009 | $153,734 | $152,500 | $6,720 | $101,296 | $70,000 | $11,205 | $130,454 |
| 40 | 2010 | $158,346 | $152,500 | $6,720 | $104,335 | $80,000 | $14,566 | $118,665 |
|    |      | $1,269,888 | $1,090,000 | $60,480 | $754,060 | $367,500 | $46,120 | $1,252,689 |

Assumes annual percent salary increase of: 3%

Bonuses are calculated based on comparable Sempra employees (see Sempra interrogatory responses)

Bonus assumes earnings minus $800k (cost of my place on the desk)

Starting in 2002 estimated total annual earnings for "my desk"***

$1,500,000
$1,525,000
$1,725,000
$1,925,000
$2,125,000
$2,325,000
$2,325,000
$2,325,000

***Assumes a $25,000 Annual increase in earnings

Gym ($1,200/yr)
Health ins. ($200/month)
Dental ($100/month)
Lunch ($1,920/yr)

Assumes annual percent salary increase of (starting in 2006): 3%

Sempra 1/02 - 3/02 ($31,250)
Unemployment 2002 ($12,012)
Consulting 2003 ($16,141)
AgCert start 10/03 ($22,500)

Assumes $10k bonus increase per year starting in 2006

Assumes 0.17% ownership in company. Profits start at $3 million in 2006 and increase 30% per year

$3,000,000
$3,900,000
$5,070,000
$6,591,000
$8,568,300
$11,138,790

**NPV Calculation**

| NPV Rate | 7% |
|---|---|
| NPV Value ('06 - '10) | $565,236 |
| Total Discounted Value | $1,133,166 |

## Summary of Compensatory Damage Estimates

|  | High | Low | Average |
|---|---|---|---|
| Compensation through 2005 | $1,367,602 | $567,930 | $806,243 |
| Compensation through 2015 | $3,297,987 | $1,252,689 | $1,841,106 |
| NPV of Compensation through 2015 | $3,135,331 | $1,133,166 | $1,704,499 |



# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>       Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>       Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>October 2, 2003 |

### PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES

To: Mary C. Dollarhide, Esq.
   Peter M. Schultz, Esq.
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1055 Washington Boulevard
   Stamford, CT 06901-2217

Pursuant to the Federal Rules of Civil Procedure, Plaintiff Susan E. Wood ("Wood" or "Plaintiff") hereby responds to Defendant Sempra Energy Trading Corporation's ("Sempra" or "Defendant") First Set of Interrogatories ("Interrogatories") as follows:

### GENERAL OBJECTIONS

1. Plaintiff objects to Sempra's Interrogatories insofar as their instructions and definitions exceed, enlarge or modify the requirements of the Federal Rules of Civil Procedure.

2. Plaintiff objects to Sempra's Interrogatories to the extent that they call information that is protected from disclosure by the attorney-client privilege.

3. Plaintiff objects to Sempra's Interrogatories to the extent that they call for information that

## Compensatory Damages Spreadsheet

| Age | Year | Sempra Est. Salary | Sempra Est. Bonus | Sempra Est. Other | Employment Salary | Employment Bonus | Employment Other | Compensatory Damages |
|---|---|---|---|---|---|---|---|---|
| 32 | 2002 | $125,000 | $130,000 | $6,720 | $43,262 | $0 | -$2,700 | $221,158 |
| 33 | 2003 | $135,000 | $230,000 | $6,720 | $38,641 | $0 | -$3,600 | $336,679 |
| 34 | 2004 | $145,000 | $330,000 | $6,720 | $90,000 | $7,500 | $3,600 | $380,620 |
| 35 | 2005 | $155,000 | $430,000 | $6,720 | $95,000 | $35,100 | $3,600 | $458,020 |
| 36 | 2006 | $165,000 | $430,000 | $6,720 | $100,000 | $50,710 | $3,600 | $447,410 |
| 37 | 2007 | $175,000 | $430,000 | $6,720 | $105,000 | $66,881 | $3,600 | $436,239 |
| 38 | 2008 | $185,000 | $430,000 | $6,720 | $110,000 | $83,669 | $3,600 | $424,451 |
| 39 | 2009 | $195,000 | $430,000 | $6,720 | $115,000 | $101,136 | $3,600 | $411,984 |
| 40 | 2010 | $205,000 | $430,000 | $6,720 | $120,000 | $119,350 | $3,600 | $398,770 |
| 41 | 2011 | $215,000 | $430,000 | $6,720 | $125,000 | $138,385 | $3,600 | $384,735 |
| 42 | 2012 | $225,000 | $430,000 | $6,720 | $130,000 | $158,323 | $3,600 | $369,797 |
| 43 | 2013 | $235,000 | $430,000 | $6,720 | $135,000 | $179,255 | $3,600 | $353,865 |
| 44 | 2014 | $245,000 | $430,000 | $6,720 | $140,000 | $201,281 | $3,600 | $336,839 |
| 45 | 2015 | $250,000 | $430,000 | $6,720 | $145,000 | $224,509 | $3,600 | $313,611 |
| 46 | 2016 | $250,000 | $430,000 | $6,720 | $150,000 | $249,060 | $3,600 | $284,060 |
| 47 | 2017 | $250,000 | $430,000 | $6,720 | $155,000 | $275,066 | $3,600 | $253,054 |
| 48 | 2018 | $250,000 | $430,000 | $6,720 | $160,000 | $302,672 | $3,600 | $220,448 |
| 49 | 2019 | $250,000 | $430,000 | $6,720 | $165,000 | $332,040 | $3,600 | $186,080 |
| 50 | 2020 | $250,000 | $430,000 | $6,720 | $170,000 | $363,344 | $3,600 | $149,776 |
|  |  | $3,905,000 | $7,570,000 | $127,680 | $2,291,903 | $2,888,280 | $54,900 | $6,367,597 |

Sempra Est. Salary: Assumes $10k salary increase/yr up to $250k

Sempra Est. Bonus: Assumes max revenue generation of $5,000,000. Bonus paid following year

Sempra Est. Other: Gym ($1,200/yr), Health ins. ($200/month), Dental ($100/month), Lunch ($1,920/yr)

Employment Salary: Assumes $5k salary increase/yr. Sempra 1/02 - 3/02 ($31,250), Unemployment 2002 ($12,012), Consulting 2003 ($16,141), Employment start 10/03 ($22,500)

Employment Bonus: Assumes $30k start bonus and $10k bonus increase/yr. Assumes 0.17% ownership in company. Profits start at $3 million in 2004 and increase 10% per year

Employment Other: Health ins. ($200/month), Dental ($100/month)

Susan Wood

v.

Sempra Engergy Trading Corporation

Civil Action No.
3:03-CV-986 (JCH)

Plaintiff's Response to Interrogatory Number 5