UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                    Plaintiff,<br><br>          v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>July 20, 2005 |

PLAINTIFF'S NOTICE OF FILING CERTAIN CORRESPONDENCE
TO THE COURT

Plaintiff Susan E. Wood, respectfully files the attached correspondence to the Court as part of the case record in this matter.

1.  Letter to Honorable Janet C. Hall dated July 11, 2005;
2.  Letter to Honorable Janet C. Hall dated July12, 2005;
3.  Letter to Honorable Janet C. Hall dated July 14, 2005.

                                        PLAINTIFF,
                                        SUSAN E. WOOD


                              By:_____
                                        Brendan J. O'Rourke (ct00522)
                                        Jeffrey M. McCormick (ct21185)
                                        O'ROURKE AND ASSOCIATES
                                        27 Pine Street
                                        New Canaan, CT  06840
                                        Telephone: (203) 966-6664
                                        Facsimile:  (203) 966-5710

## CERTIFICATION

This is to certify that a copy of the foregoing was served via first class mail, postage pre-paid, to counsel of record as listed below this 20th day of July, 2005.

 

_____
Jeffrey M. McCormick

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

Mary C. Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130