UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>       Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>       Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>July 22, 2005 |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF PAGE LIMITATION (Local Rule 7(d)**

  Plaintiff, Susan E. Wood ("Plaintiff" or "Wood"), hereby respectfully moves this Court for an Order granting leave to file a reply memorandum in excess of the page limitations of Local Rule 7(d) in response to Defendant's Supplemental Affidavits In Further Support of Defendant's Opposition to Plaintiff's Motion In Limine.

  Defendant has submitted a lengthy affidavit in response to this Court's July 14th ruling directing it to file affidavits in response to Plaintiff's Motion in Limine. Plaintiff has necessarily submitted concurrent herewith a detailed response that, because of its requisite detail, exceeds the page limitation for reply memoranda. However, such detailed response is necessary for the Court to appreciate the misleading nature of Defendant's submissions.

  Accordingly, Plaintiff respectfully requests that this Motion be granted and Plaintiff be permitted to file a reply memorandum in excess of the page limitation under the Local Rules.

                PLAINTIFF,
                SUSAN E. WOOD

By: _____
     Brendan J. O'Rourke (ct00522)
     Jeffrey M. McCormick (ct21185)
     O'ROURKE & ASSOCIATES, LLC
     27 Pine Street
     New Canaan, CT  06840
     Telephone:  (203) 966-6664
     Facsimile:  (203) 966-5710
     Email: brendan@orourkeandassoc.com
     Counsel for Plaintiff

## CERTIFICATION

      This is to certify that a copy of the foregoing was served via first class mail, postage pre-paid, to counsel of record as listed below this 22nd day of July, 2005.

                                                                               _____

                                                                               Jeffrey M. McCormick

Mary C. Dollarhide, Esq.
Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901