UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD<br><br>      Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY<br>TRADING CORPORATION<br><br>      Defendant. | CIVIL ACTION NO.<br>3:03 CV 986(JCH)<br><br><br><br><br><br><br><br>July 22, 2005 |

## MOTION FOR TRIAL SCHEDULING ORDER

The Court previously designated three days for trial of this matter, set to commence on July 25, 2005. In order to insure the timely and complete presentation of evidence by both parties, Defendant Sempra Energy Trading Corp. requests the Court to issue a scheduling order directing Plaintiff to close her presentation of evidence by no later than 2:00 P.M. on Tuesday, July 26, 205, with the sole exception of one videotape conference on Wednesday, July 27, 2005 at 9:00 A.M.

STM/300405.1

Respectfully Submitted,

By: /s/ Victoria S. Shin

Victoria S. Shin
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email: victoriashin@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corporation

## CERTIFICATE OF SERVICE

This is to certify that the Motion for Trial Scheduling Order was sent on this 22nd day of July, 2005, via U.S. mail, postage prepaid to:

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

*/s/ Victoria S. Shin*
Victoria S. Shin

**Carter, Erin**

---

**From:** Marianne Murray [marianne@orourkeandassoc.com]
**Sent:** Friday, July 22, 2005 1:02 PM
**To:** Bertrand, Raymond W.
**Cc:** 'Brendan O'Rourke'

Ray, we received your letter at 12:30 demanding a response by 1:00 or you will deem its terms acceptable by us. We will respond as soon as practicable to the letter. We do not and will not adhere to your arbitrary deadlines for a response.

Marianne

7/22/2005

# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard • Stamford, CT 06901
telephone 203 961 7400 • facsimile 203 359 3031 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(203) 961-7477
raymondbertrand@paulhastings.com

July 22, 2005

28309.00004

**VIA FACSIMILE AND REGULAR MAIL**

Brendan O'Rourke
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT 06840

Re:   *Susan E. Wood v. Sempra Energy Trading Corp.*
      Docket No. 3:03-CV-986 (JCH)

Dear Marianne:

I am writing in response to your letter misdated July 15, 2005 and as a follow up to my July 19 letter and our conversation yesterday evening. As a preliminary matter, we intend to call our witnesses in the following order: Brian Cumming (Tuesday morning – subject to change), Jamie Evans (Tuesday morning), Jackie Mitchell (Tuesday at 2:00 p.m.), Elizabeth Dwyer (Wednesday at 10:30 a.m.), Brian Rickers, Mel Solis, Alberto Vogel, Mary Rose Malchow, Vincent Cookingham, Steve Soule, and Christine Cantor. Of course, we reserve the right to modify this schedule and we may elect not to call certain witnesses.

During our telephone conference yesterday evening we also discussed allocating trial time to each party. Mary Dollarhide and I proposed that Sempra be allocated a single day, Wednesday, to present its case. You did not disagree with this proposal, except to state that you had an arranged for one of Plaintiff's witnesses testify via videoconference on Wednesday. The compromise we discussed was that Plaintiff will call this witness out of turn on Wednesday, but that Sempra will be allocated the last hour-and-a-half on Tuesday. Since the trial day on Tuesday is scheduled to end at 3:30 p.m., <u>Sempra will commence it case beginning at 2:00 p.m. on Tuesday. Therefore, Plaintiff's case will close, subject to the single witness being called on Wednesday morning, at 2:00 p.m. on Tuesday.</u>

Please contact us by 1:00 p.m. today if this allocation of trial time does not meet with your understanding. We recognize that the parties will need to raise the issue of how Brian Cumming will be handled with the Court on Monday morning. Our position is that because neither Jamie Evans nor Patricia Cumming are subject to subpoena in this action, they are appearing voluntarily and at Defendant's exclusive request and expense. Defendant is, therefore, entitled to conduct its direct examination before any cross-examination by Plaintiff.

**Paul**Hastings
ATTORNEYS

Brendan O'Rourke
July 22, 2005
Page 2

Lastly, we request that you identify which witnesses you will call via videoconference and what time slots.

Sincerely,

*[signature]*

Raymond W. Bertrand
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

STM/300368.1

# O'ROURKE & ASSOCIATES, LLC
ATTORNEYS AT LAW

27 Pine Street
New Canaan, Connecticut 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
www.orourkeandassoc.com

VIA FASCIMILE AND REGULAR MAIL

July 15, 2005

Mary C. Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

RE: Susan E. Wood v. Sempra Energy Trading Corporation ("Sempra")

Dear Mary:

This confirms my conversation with Ray last evening. We strongly object to any effort to call Brian Cumming as a Sempra witness prior to him being called by Plaintiff on her direct case. He appears on Plaintiff's witness list and you made representations to the Court during the teleconference on July 14th that you would make him available as Plaintiff's witness in lieu of use of his deposition testimony. Thus, we object to any effort to violate that agreement, and will have no choice but to take this matter up with the Court.

In addition, we are still awaiting the list of the order that Sempra intends to call its witnesses.

Finally, we are still awaiting the interest check, the delivery of which was a condition to withdrawal of that claim.

Very truly yours,

Marianne F. Murray

cc: Ms. Susan Wood

# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard • Stamford, CT 06901
telephone 203 961 7400 • facsimile 203 359 3031 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(203) 961-7477
raymondbertrand@paulhastings.com

July 19, 2005

28309.00004

**VIA FACSIMILE AND REGULAR MAIL**

Brendan O'Rourke
O'Rourke & Associates, LLC
27 Pine Street
New Canaan, CT 06840

Re:   *Susan E. Wood v. Sempra Energy Trading Corp.*
      Docket No. 3:03-CV-986 (JCH)

Dear Brendan:

I am writing in response to your July 18, 2005 letter regarding the order you intend to call witnesses and the expected length of these witnesses' testimony. The schedule you have proposed contemplates Plaintiff's case lasting through the afternoon on Wednesday, July 27th.

As you know, Judge Hall expects this case to be completed by the end of Wednesday. The schedule you have proposed is overly ambitious in light of the witnesses' expected testimony and does not allow Sempra the opportunity to present its witnesses. Specifically, we believe Plaintiff's case will last through the morning, and possibly into the afternoon, of Thursday, July 28th. Furthermore, in addition to questioning the witnesses identified in your letter, Sempra anticipates calling the following witnesses: Jackie Mitchell, Christine Cantor, Vincent Cookingham, Beth Dwyer, Brian Rickers, Mary Rose Malchow and Alberto Vogel. We anticipate it will take between four (4) to seven (7) hours for these witnesses' examination, depending on the extent of the cross examination.

Please contact us at your earliest convenience so that we can discuss whether we need to seek the Court's involvement.

Sincerely,

Raymond W. Bertrand
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

STM/300175.1

JUL 2 1 200

# O'ROURKE & ASSOCIATES, LLC
ATTORNEYS AT LAW

27 Pine Street
New Canaan, Connecticut 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
www.orourkeandassoc.com

VIA FACSIMILE AND REGULAR MAIL

July 18, 2005

Mary C. Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker, LLP
3579 Valley Centre Drive
San Diego, CA 92130

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901

  RE: Wood v. Sempra Energy Trading Corp.

Dear Mary and Raymond:

This letter is written to set forth the order of witnesses that the Plaintiff intends to call at trial, and an estimate as to the time of day:

  1. Susan Wood (Monday AM)
  2. Sarathi Roy (Monday PM)
  3. Michael Goldstein (Monday PM)
  4. Jonathan Pardoe (Tuesday AM – via video-conference)
  5. Brian Cumming (Tuesday AM)
  6. Jamie Evans (Tuesday AM/PM – Defendant's witness out of turn)

Mary Dollarhide, Esq.
Raymond Bertrand, Esq.
July 18, 2005
Page Two

7. Denise Freda (Tuesday PM)
8. David Messer (Tuesday PM)
9. Steven Prince (Tuesday PM/Wednesday AM)
10. David Stowe (Wednesday AM – via video-conference)
11. Gary Barth (Wednesday AM – via video-conference)
12. Steven Soule (Wednesday AM)
13. Mel Solis (Wednesday AM)
14. Lynda Clemmons (Wednesday AM/PM)

Depending on the restrictions of time placed upon the parties by the Court, we reserve the right to request a modification and we may elect not to call certain witnesses on our case in chief.

Very truly yours,

Brendan J. O'Rourke

BJO/ead

cc: Susan Wood