UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



2005 JUL 25 P 1:33

U.S. DISTRICT COURT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING<br>CORPORATION,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>July 22, 2005 |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR
TRIAL SCHEDULING ORDER**

Plaintiff, Susan E. Wood ("Plaintiff" or "Wood"), hereby respectfully submits this Objection to Defendant's Motion for an Order unilaterally directing Plaintiff to close presentation of her case by Tuesday, July 26th at 2:00 p.m., except for one videotaped (sic) deposition on Wednesday, July 27th.

Plaintiff respectfully submits that Defendant is undertaking one final effort to strategically prevent Plaintiff from trying her case, particularly since Plaintiff has agreed that Defendant could call one of its witnesses out of turn on Tuesday. Plaintiff has the burden of proof and needs adequate time to meet her burden. Defendant has listed many of Plaintiff's witnesses as its own. In that light, Plaintiff has planned to present her case in chief in a carefully ordered and scheduled manner, and believes that the annexed letter dated July 22, 2005, proposes a fair and sufficient schedule to permit both parties to try their case within the time allotted by the Court.

PLAINTIFF
SUSAN E. WOOD

By: _____
Brendan J. O'Rourke  ct00522)
Jeffrey M. McCormick (ct21185)
O'ROURKE & ASSOCIATES, LLC
27 Pine Street
New Canaan, CT  06840
Telephone:  (203) 966-6664
Facsimile:  (203) 966-5710
Email: brendan@orourkeandassoc.com
Counsel for Plaintiff

## CERTIFICATION

This is to certify that a copy of the foregoing was served via facsimile and first class mail, postage pre-paid, to counsel of record as listed below this 22nd day of July, 2005.

Marianne F. Murray

Mary C. Dollarhide, Esq.
Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

# O'ROURKE & ASSOCIATES, LLC
ATTORNEYS AT LAW

27 Pine Street
New Canaan, Connecticut 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
www.orourkeandassoc.com

**VIA FACSIMILE**

July 22, 2005

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

Re: Susan E. Wood v. Sempra Energy Trading Corporation ("Sempra")
Case Number 3:03-CV-986 (JCH)

Dear Ray:

In follow up to your letter setting forth a proposed Trial Schedule, we respond.

First, take this opportunity to note that we are the Plaintiff in this case entitled to pursue our case in chief in view of the burden of proof. We have indicated that we will call Mr. Cumming on Tuesday morning, as an accommodation to Mr. Cumming based upon the representations of your firm. We have also agreed to allow you to call Jamie Evans on your case after Mr. Cumming on Tuesday morning as an accommodation to you and your client based upon your representation of the limited availability of Mr. Evans.

Second, in proceeding with the primary witnesses, Ms. Wood, Mr. Roy and Mr. Goldstein on Monday, both parties have named such individuals as their witnesses. We will proceed first and we will limit the total time for direct examination of those three witnesses to 3 hours and 45 minutes. Based upon such timing, you should be able to finish your examination of the witness with an equal allocation of time.

With respect to Tuesday, we will call Mr. Pardoe who has been scheduled to testify via videoconference at 9:15am. That schedule has already been set and cannot be disrupted. We will complete his direct examination with approximately 20 minutes of questioning. After your cross examination of Mr. Pardoe, we will examine Mr. Cumming on direct examination as our witness in our case in chief. We will limit the questioning of Mr. Cumming to approximately 45 minutes with your cross examination and questioning of equal amount of time, that will take the parties some time into the late morning to

approximately, 11:30am. At that point in time we will allow you to call Mr. Evans as your witness, and you will be entitled to do direct examination out of order. We would expect that the examination will be of limited time.

That would leave the remaining morning time and the afternoon time through 3:15pm as articulated by the Court, for our witnesses Mr. Messer, Ms. Freda, and Mr. Prince. We would limit our client examination of those remaining three witnesses to approximately 1 hour and 15 minutes, leaving you an approximate equal amount of time which would use up the entire day. Given that you have listed Ms. Freda and Mr. Prince as your witnesses, it would be assumed that you would be putting on your defense at the time you conduct your examination.

With respect to Wednesday, We have scheduled a videoconference at 9:15am to take the testimony of Mr. Stowe and Mr. Barth. We would anticipate limiting our total examination time for those video examinations to a half hour. That would leave our examination of Mr. Solis and Ms. Clemons for Wednesday. We would limit our direct examination of them to 45 minutes. We would not call Mr. Soule and wait to examine him on cross examination. Assuming that you would use an equal amount of time or no more, our case would then be concluded at approximately 11:30am – 12:00pm. At such time, Sempra would be entitled to put on its witnesses that are on the shared witness list.

We trust you accept this reasonable schedule.

Very truly yours,

Marianne F. Murray

MFM/dcn

cc: Ms. Susan Wood