UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL 25 A 9: 06
DISTRICT COURT

| | |
|---|---|
| SUSAN WOOD,<br><br>    Plaintiff,<br><br> -against-<br><br>SEMPRA ENERGY TRADING CORP.<br><br>    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br><br>July 25, 2005 |

## MOTION TO QUASH SUBPOENA DUCES TECUM OF CUSTODIAN OF RECORDS OF PAUL, HASTINGS, JANOFSKY & WALKER, LLP

Paul, Hastings, Janofksy & Walker respectfully moves to quash the subpoena duces tecum served on it by Plaintiffs on July 22, 2005, commanding its Custodian of Records to produce numerous documents at U.S. District Court in Bridgeport on July 25, 2005 at 9 a.m. The Court should quash the subpoena because (1) it was not served in a timely manner, as Plaintiff did not serve it until one business day before trial begins; (2) it seeks documents that constitute privileged attorney work product revealing legal theories, opinions and/or strategies; (3) it is unduly burdensome as it would require Movant, Defendant's attorney, to halt trial preparation and spend precious time complying with the document production request the day before trial begins; and (4) seeks irrelevant information and is more burdensome than probative.

Dated: July 25, 2005

Respectfully Submitted,

*[signature]*

Mary C. Dollarhide
Raymond Bertrand
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd., 10th Floor
Stamford, Connecticut 06902

Counsel for Defendant Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing Motion to Quash Subpoena Duces Tecum of Custodian of Records of Sempra Energy Trading Corp. was served on the following parties this 25th day of July, 2005 by U.S. mail upon:

>Brendan J. O'Rourke
>O'Rourke & Associates, LLC
>27 Pine Street
>New Canaan, CT 06840

_____
Raymond Bertrand

STM/300438.1
07/24/05