*Exhibit A*

# O'ROURKE & ASSOCIATES, LLC
ATTORNEYS AT LAW

27 Pine Street
New Canaan, Connecticut 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
www.orourkeandassoc.com

**VIA FACSIMILE**

July 14, 2005

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217

    **Re:  Wood v. Sempra**

Dear Ray:

In response to the Order issued by Judge Hall during today's teleconference regarding submission of an affidavit by Monday, July 18th, as to the efforts made by Sempra and its counsel to comply with Plaintiff's discovery requests in this matter, pursuant to Rule 11 of the Federal Rules of Civil Procedure, we request that a member of Paul Hastings, with personal knowledge thereof, execute a certification as to the accuracy and veracity of such affidavit.

Further, please contact me to discuss the details of our agreement regarding Sempra transmitting a check to Plaintiff for interest accrued upon her business expenses in exchange for her withdrawal of such claim from the suit.

I look forward to hearing from you concerning the foregoing.

Very truly yours,

*[signature]*

Jeffrey M. McCormick

JMM/j

cc:   Ms. Susan Wood