UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD<br><br>　　　　　　Plaintiff,<br><br>　- against -<br><br>SEMPRA ENERGY TRADING CORP.<br><br>　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03 CV 986(JCH)<br><br>August 16, 2005 |

### DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND TRIAL SCHEDULE

Defendant Sempra Energy Trading Corp. ("Sempra") respectfully submits this Opposition to Plaintiff's request to amend the trial schedule. See Notice to Counsel dated August 2, 2005 setting October 24, 2005 as date for trial to recommence.

**I.　BACKGROUND**

On the afternoon of July 27th, the Court directed the parties to confer to propose a date to recommence trial that comported with the Court's availability. Afterward Attorneys O'Rourke, Murray, McCormick, Dollarhide, Goldstein and Bertrand conferred with the Court's Clerk and agreed that October 24th was the first available date. On August 2, 2005, the Court issued a notice setting October 24, 2005 as the date for trial to recommence. Two weeks after the parties initially conferred and agreed on a date to recommence trial, Plaintiff filed this Motion for Order to Convene Scheduling Conference.

## II.     ARGUMENT

In addition to other conflicts, lead counsel for Sempra is scheduled to begin a trial on September 9, 2005, in the matter <u>Wheeler v. United Parcel Service</u>, GIC813450 in San Diego Superior Court. This trial is expected to last five weeks and has been assigned this trial date since March 2005.

More than forty (40) witnesses are likely to testify in the <u>UPS</u> matter. UPS has identified thirty-five (35) witnesses on its witness list alone. Besides preparing for these witnesses' examinations and meeting with the witnesses who will testify on UPS's behalf, counsel will need to prepare and respond to numerous motions in limine, as well as draft other pretrial pleadings. In connection with this trial, lead counsel for Sempra also needs to appear at a Trial Readiness conference on September 2, 2005. Further, lead counsel for Sempra is scheduled to be on a long-planned family vacation from August 19 to August 28th, the last day before school reconvenes for her children. Unquestionably, rescheduling trial for a date prior to September 9th would adversely affect lead counsel's ability to provide both Sempra and UPS with the representation to which they are entitled.

Rescheduling trial to begin on a date before October 24th would impose an undue hardship on Sempra, its attorneys, and Sempra's witnesses for other reasons. After confirming trial would recommence on October 24th, Sempra's counsel notified Sempra of the re-scheduled date, advised Sempra's employees and third-party witnesses that they would not need to appear until October 24th, and scheduled other work and personal matters for dates before October 24th. Numerous individuals – parties, witnesses and nonparties alike – would be adversely affected if trial is rescheduled for an earlier date.

Finally, contrary to Plaintiff's suggestion that this case can be completed in less than a day, Sempra expects it will call at least seven witnesses in its defense and rebuttal case, including Christine Cantor, Elizabeth Dwyer, Jackie Mitchell, Alberto Vogel, Brian Rickers, and Joseph Howley. Also, Plaintiff's signaled on July 27th that he may need time to present a rebuttal case. For these reasons, the parties <u>jointly</u> requested on July 27th that October 24 <u>and</u> 25th be reserved to ensure the parties had enough time to present their case.

### III. CONCLUSION

For the foregoing reasons, Sempra requests that the trial date previously agreed to and noticed by the Court <u>not</u> be rescheduled.

Respectfully submitted,

By: *[signature]*
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
Email  marydollarhide@paulhastings.com
            raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

This is to certify that Defendant's Opposition to Plaintiff's Motion to Amend Trial Schedule was sent on this 16th day of August, 2005, via regular U.S. mail and facsimile to:

    Brendan J. O'Rourke, Esq.
    O'Rourke & Associates, LLP
    27 Pine Street
    New Canaan, CT  06840

                                    Raymond W. Bertrand

STM/301588.1