UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD<br><br>　　　　　　　Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORP.<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03 CV 986(JCH)<br><br>August 17, 2005 |

### DEFENDANT'S MOTION FOR ORDER TO CONVENE SCHEDULING CONFERENCE

Defendant Sempra Energy Trading Corp. ("Sempra"), hereby moves that the Court order a scheduling conference be convened, via teleconference, to attempt to find an alternative date other than August 30, 2005, to recommence trial in the above matter.

Following the parties scheduling conference on August 16, 2005, counsel for Sempra contacted their client about the proposed scheduling change and attempted to contact the non-party witnesses. At least two of Sempra's witnesses have scheduling conflicts with the proposed August 30th trial date. In addition, Sempra's client representative and General Counsel is unavailable on that date. Elizabeth Dwyer is scheduled to be in Scotland with her family on August 30th. Jacqueline Mitchell is likewise scheduled to be on vacation with her family during the week of August 29th. Attorney Michael Goldstein will be returning on the morning of August 30th on an overnight flight from Israel.

Further, counsel has yet to be able to get in contact with the non-party witnesses to determine their availability. However, it is very possible that they may also have a conflict

given the fact that the last week in August is typically a time when people vacation with their families. For these reasons, Sempra respectfully requests that the Court convene a scheduling conference to determine an alterative date to recommence trial in the above matter.

Respectfully submitted,

By: _____
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard
Stamford, CT  06901-2217
Telephone:  (203) 961-7400
Facsimile:  (203) 359-3031
Email   marydollarhide@paulhastings.com
             raymondbertrand@paulhastings.com

Counsel for Defendant
Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

This is to certify that Defendant's Motion for Order to Convene Scheduling Conference was sent on this 17th day of August, 2005, via U.S. mail and facsimile to:

> Brendan J. O'Rourke, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

*(signature)*
Raymond W. Bertrand

STM/301588.1