UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                    Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>                    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH) |

## DEFENDANT'S MOTION TO AMEND WITNESS LIST

Defendant Sempra Energy Trading Corp. ("Sempra") hereby requests this Court's permission to amend its witness list to include two witnesses, who, if permitted to testify via videoconference, will contradict and impeach Plaintiff Susan Wood's trial testimony. These witnesses are: Gary Barth and Michael Casteel, employees of United Parcel Service. In support of this motion Sempra relies on the memorandum submitted herewith.

DATED: August 25, 2005

Respectfully submitted,

DEFENDANT SEMPRA ENERGY TRADING CORP.

By: _____
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
marydollarhide@paulhastings.com
raymondbertrand@paulhastings.com

## **CERTIFICATE OF SERVICE**

This is to certify that on this 25th day of August 2005, a copy of the foregoing was forwarded via hand deliver to counsel for the Plaintiff at the following address:

> Brendan J. O'Rourke, Esq.
> O'ROURKE & ASSOCIATES, LLC
> 27 Pine Street
> New Canaan, CT  06840

_____
Raymond W. Bertrand

STM/302004.1