UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>  Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>  Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH) |

### AFFIDAVIT OF GARY BARTH

I, Gary Barth, being duly sworn, depose and say:

1. I am over the age of eighteen years and understand the obligations of an oath. This affidavit is based upon my personal knowledge and, where indicated, my information and belief.

2. I work in the Treasury Group of UPS in Atlanta, Georgia.

3. I am acquainted with Susan Wood and was asked to testify on her behalf in a trial involving Sempra Energy Trading.

4. I had a conversation with Ms. Wood following a transaction between my company, UPS, and Sempra Energy Trading. I had reached out to her after UPS realized that it had overpaid Sempra in a deal, based on data supplied by Susan Wood, a marketer.

5. I have reviewed Ms. Wood's trial testimony concerning that trade at Transcript pages 144-151 attached to this affidavit.

SAN/120025.1

6. I do not agree with Ms. Wood's testimony regarding this matter. When she and I spoke about the transaction, she told me that she had made a mistake in calculating the price she quoted to UPS. She said that she was not familiar with this particular market, or with basis trading.

7. I have also read her deposition testimony where she states she was aware of the pricing discrepancy before the deal closed and actually sought approval to proceed knowing that UPS was about to overpay. This testimony surprised me because when I contacted her weeks after the deal closed, she sounded as if she knew nothing about it and said she would try to help undo the deal or otherwise correct the situation.

8. I am prepared to testify via videoconference on Tuesday, August 30, 2005, to the above facts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*/s/ Gary Barth*
Gary Barth