UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                 Plaintiff,<br><br>   - against -<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>                 Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH) |

## DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to L. Civ. R. 5(d) Defendant, Sempra Energy Trading Corp. ("Defendant"), hereby files this motion seeking this Court's permission to file documents under seal in the above-captioned matter. As stated in greater detail in the accompanying Memorandum of Law, the documents at issue are 35 exhibits (10 affidavits and 25 client documents) to be attached to Defendant's Memorandum in Opposition to Plaintiff's Motion in Limine (#96) (the "Sealed Exhibits").

Defendant hereby requests this Court consent to conduct an ex parte, *in camera* review of the Sealed Exhibits as they are directly relevant to Defendant's Opposition to Plaintiff's Motion in Limine. As this Court directed the undersigned counsel to provide information regarding the collection and preservation of documents related to this litigation, it is imperative that this Court review the Sealed Exhibits. These documents, however, contain Defendant's counsel's privileged work-product and attorney-client privileged communications. This Court's ex parte, *in camera* inspection of the Sealed Exhibits is necessary to maintain the privilege status of these records.

Therefore, for the reasons stated above, as well as those described in the accompanying Memorandum of Law, Defendant respectfully requests this Court consent to conduct an ex parte, *in camera* review of the Sealed Exhibits.

DATED: August 24, 2005

Respectfully submitted,

DEFENDANT SEMPRA ENERGY TRADING CORP.

By: _____
Mary C. Dollarhide (ct12251)
Raymond W. Bertrand (ct22968)
Paul, Hastings, Janofsky & Walker, LLP
1055 Washington Boulevard
Stamford, CT 06901-2217
Telephone: (203) 961-7400
Facsimile: (203) 359-3031
marydollarhide@paulhastings.com
raymondbertrand@paulhastings.com

## **CERTIFICATE OF SERVICE**

   This is to certify that on this 24th day of August 2005, a copy of the foregoing was forwarded via hand deliver to counsel for the Plaintiff at the following address:

     Brendan J. O'Rourke, Esq.
     O'ROURKE & ASSOCIATES, LLC
     27 Pine Street
     New Canaan, CT  06840

              Raymond W. Bertrand

STM/301898.1