UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN E. WOOD,

            Plaintiff,

- against -

SEMPRA ENERGY TRADING CORP.,

           Defendant.

CIVIL ACTION NO.
3:03-CV-986 (JCH)

FILED
2005 AUG 24  P 1:52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to L. Civ. R. 5(d) Defendant, Sempra Energy Trading Corp. ("Defendant"), hereby files this motion seeking this Court's permission to file documents under seal in the above-captioned matter. As stated in greater detail in the accompanying Memorandum of Law, the documents at issue are 35 exhibits (10 affidavits and 25 client documents) to be attached to Defendant's Memorandum in Opposition to Plaintiff's Motion in Limine (#96) (the "Sealed Exhibits").

Defendant hereby requests this Court consent to conduct an ex parte, *in camera* review of the Sealed Exhibits as they are directly relevant to Defendant's Opposition to Plaintiff's Motion in Limine. As this Court directed the undersigned counsel to provide information regarding the collection and preservation of documents related to this litigation, it is imperative that this Court review the Sealed Exhibits. These documents, however, contain Defendant's counsel's privileged work-product and attorney-client privileged communications. This Court's ex parte, *in camera* inspection of the Sealed Exhibits is necessary to maintain the privilege status of these records.

[Handwritten annotation in margin: Motion granted without prejudice to plaintiff's move to reconsider given that the sealed exhibits reply has not expired. So Ordered. /s/ JCH 8/25/05]