UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　　　　　Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORP.,<br><br>　　　　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH) |

## DEFENDANT'S MOTION FOR ORDER DECLARING ALBERTO VOGEL AS UNAVAILABLE WITNESS AND MOTION TO CONDUCT DEPOSITION OF ALBERTO VOGEL

Defendant Sempra Energy Trading Corp. ("Sempra") hereby requests an Order declaring Alberto Vogel as an unavailable witness and permission to conduct a his deposition on Saturday, August 27, 2005 at Paul, Hastings, Janofsky & Walker LLP's Stamford office at 12:00 p.m., so that Mr. Vogel's testimony can be introduced into evidence at trial pursuant to F.R.E. 804(b)(1).

Sempra previously identified Mr. Vogel as a witness in the Parties Joint Pre-trial memorandum. Mr. Vogel was available to testify from July 25 to July 27, 2005. Following the completion of trial on July 27, 2005, Sempra's counsel contacted Mr. Vogel and advised him that trial in this matter had been adjourned until October 24, 2005. Mr. Vogel agreed to make himself available on that date.

On August 9, 2005, Plaintiff filed her motion for an Order to convene a scheduling conference seeking to reschedule the October 24, 2005 trial date. On August 16, 2005, the Court granted Plaintiff's motion and the trial was rescheduled for August 30, 2005.

Alberto Vogel has advised counsel for Sempra that he is unavailable to testify on August 30, 2005. According to Mr. Vogel, he will be on vacation with his family in Hunter, New York from Sunday, August 30th through Thursday, September 1, 2005. Sempra has

subpoenaed Mr. Vogel to appear on August 30, 2005. However, Sempra requests that this accommodation be made for Mr. Vogel in light of the rescheduled trial date and Mr. Vogel's pre-existing family vacation plans.

Counsel for Sempra called Plaintiff's counsel on Thursday, August 25, 2005, immediately upon learning of this conflict, to seek Plaintiff's consent to this motion. Plaintiff's counsel indicated she would respond to this request, but has yet to do so.

Sempra respectfully submits that any inconvenience caused by deposing Mr. Vogel on Saturday, August 27, 2005, will be shared equally by both parties. Further, Plaintiff was represented at trial by three attorneys, one of whom can surely make themselves available to partake in this deposition. Finally, there will be no prejudice to Plaintiff, since Mr. Vogel was scheduled to appear to testify at trial.

DATED: August 26, 2005          Respectfully submitted,

                                DEFENDANT SEMPRA ENERGY TRADING
                                CORP.


                         By:    _____
                                Mary C. Dollarhide (ct12251)
                                Raymond W. Bertrand (ct22968)
                                Paul, Hastings, Janofsky & Walker, LLP
                                1055 Washington Boulevard
                                Stamford, CT 06901-2217
                                Telephone: (203) 961-7400
                                Facsimile: (203) 359-3031
                                marydollarhide@paulhastings.com
                                raymondbertrand@paulhastings.com

## CERTIFICATE OF SERVICE

This is to certify that on this 26th day of August 2005, a copy of the foregoing was forwarded via hand deliver to counsel for the Plaintiff at the following address:

> Brendan J. O'Rourke, Esq.
> O'ROURKE & ASSOCIATES, LLC
> 27 Pine Street
> New Canaan, CT  06840

_____
Raymond W. Bertrand

STM/302097.2