UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD, | CIVIL ACTION NO.<br>3:03-CV-986 (JCH) |
| Plaintiff, | |
| v. | |
| SEMPRA ENERGY TRADING<br>CORPORATION, | |
| Defendant. | September 30, 2005 |

**PLAINTIFF'S SUPPLEMENTAL CITATIONS TO PROPOSED FINDINGS OF
FACT AND CONCLUSIONS OF LAW**

Plaintiff, Susan E. Wood ("Plaintiff" or "Wood") hereby submit supplemental
case citations to Plaintiff's Proposed Findings of Fact and Conclusions of Law, dated
June 20th, 2005. The below citations provide recent case law further guidance of certain
of the legal issues made relevant in the trial in the above matter. In particular, Plaintiff
cites the following cases.

1.    Jacobs v. General Electric Company, 275 Conn. 395, (2000),
      (setting forth further guidance on the burden of proof on a
      Plaintiff's wrongful termination claim).

2.    Jute v Hamilton Sundstrand Corp., 420 F.3d 166, (2d Cir 2005),
      (setting forth the standard for consideration of relevant evidence to
      be considered by the trial court in connection with retaliation
      claims).

PLAINTIFF,
SUSAN E. WOOD


By: _____
    Brendan J. O'Rourke (ct00522)
    Jeffrey M. McCormick (ct21185)
    O'ROURKE & ASSOCIATES, LLC
    27 Pine Street
    New Canaan, CT  06840
    Telephone:  (203) 966-6664
    Facsimile:  (203) 966-5710
    Email: brendan@orourkeandassoc.com
    Counsel for Plaintiff

**CERTIFICATION**

This is to certify that a copy of the foregoing was served via first class mail, postage pre-paid, to counsel of record as listed below this 30th day of September, 2005.

_____
Brendan J. O'Rourke

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

Mary Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130