UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUSAN E. WOOD                                      3:03CV986JCH

v.

SEMPRA ENERGY TRADING
CORPORATION

## JUDGMENT

This case came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of a bench trial.

After reviewing the papers and the evidence, on December 12, 2005, the Court issued a Bench Trial Ruling in favor of the defendant, Sempra Energy Trading Corporation, on Counts 1,2,3,4, and 5

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport this 16th day of December, 2005.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
     Deputy Clerk

Entered on the docket_____