UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>January 17, 2006 |

## DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES

Pursuant to Federal Rule of Civil Procedure 54(d)(2), Local Rule 11 and 42 U.S.C. § 2000e-5(k), Defendant respectfully moves this Court for entry of an Order awarding Defendant its reasonable attorneys' fees incurred after it became obvious that Plaintiff's claims were frivolous, unreasonable and without foundation. This motion is supported by associated Memorandum of Law and by the Declaration of Raymond W. Bertrand.

Dated: January 17, 2006      PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                          /s/
                                  Mary C. Dollarhide (ct12251)
                                  Raymond W. Bertrand (ct22968)
                                  Paul, Hastings, Janofsky & Walker LLP
                                  1055 Washington Blvd.
                                  Stamford, CT 06901
                                  (203) 961-7477

                                  Attorneys for Defendant Sempra Energy Trading Corp.

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 17th day of January, 2006, a true and correct copy of the foregoing Motion for Award of Attorneys' Fees was served on the following counsel of record via hand delivery to:

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

_____
Raymond W. Bertrand

LEGAL_US_W # 53177648.1