PAUL, HASTINGS, JANOFSKY & WALKER LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn: Michael Goldstein, Esq.
      Vice President & General Counsel

June 27, 2003

Please refer to
Statement Number: 1293894
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2003

**Susan Wood vs.**                                                              $5,663.75

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 05/15/03 | MCD      | Redacted    | 0.50  |
| 05/15/03 | PMS2     |             | 0.25  |
| 05/16/03 | BPM      |             | 0.25  |
| 05/16/03 | MCD      |             | 0.00  |
| 05/19/03 | MCD      |             | 1.25  |
| 05/19/03 | PMU2     |             | 0.50  |
| 05/20/03 | MCD      |             | 0.25  |
| 05/20/03 | PMU2     |             | 2.75  |
| 05/22/03 | MCD      |             | 0.25  |
| 05/23/03 | PMU2     |             | 0.75  |
| 05/24/03 | PMS2     |             | 0.25  |
| 05/27/03 | MCD      |             | 0.25  |



Sempra Energy Trading  Page 2
Susan Wood vs.
28309-00004
Statement No. 1293894

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/28/03 | MCD | | 1.25 |
| 05/28/03 | PMU2 | | 5.75 |
| 05/29/03 | PMU2 | Redacted | 4.50 |
| 05/30/03 | PMU2 | | 3.00 |



**Total Hours** 21.75

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 3.75 | hours at | $420.00 |
| Bonnie Pierson-Murphy | 0.25 | hours at | $415.00 |
| Peter M. Schultz | 0.50 | hours at | $380.00 |
| Paula-Marie Uscilla | 17.25 | hours at | $220.00 |

### For Costs Incurred and Advanced

| | |
|---|---|
| Lexis/On Line Search | 359.55 |
| Photocopy Charges | 49.40 |
| Facsimile | 2.50 |
| **Total Costs** | **$411.45** |

| | |
|---|---|
| **Current Fees and Costs Due** | **$6,075.20** |
| **Total Balance Due** | **$6,075.20** |

PAUL HASTINGS JANOFSKY & WALKER LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading  
58 Commerce Road  
Stamford, CT 06902  

Attn: Michael Goldstein, Esq.  
Vice President & General Counsel

July 25, 2003

Please refer to  
Statement Number: 1299208  
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED  
for the period ending June 30, 2003

**Susan Wood vs.**                                                                 $12,912.50

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/02/03 | PMS2 | | 0.50 |
| 06/02/03 | GAC4 | | 2.50 |
| 06/03/03 | MCD | | 0.50 |
| 06/03/03 | PMS2 | | 2.50 |
| 06/03/03 | GAC4 | | 9.50 |
| 06/04/03 | MCD | | 0.25 |
| 06/04/03 | PMS2 | | 2.50 |
| 06/04/03 | GAC4 | Redacted | 5.00 |
| 06/05/03 | MCD | | 0.75 |
| 06/05/03 | PMU2 | | 5.75 |
| 06/05/03 | GAC4 | | 0.50 |
| 06/06/03 | PMS2 | | 1.00 |



Sempra Energy Trading                                                                                    Page 2
28309-00004
Statement No. 1299208

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/08/03 | PMU2 | | 1.50 |
| 06/09/03 | MCD | | 0.25 |
| 06/09/03 | PMS2 | | 4.75 |
| 06/10/03 | MCD | | 0.75 |
| 06/10/03 | PMS2 | | 2.50 |
| 06/11/03 | MCD | | 0.25 |
| 06/11/03 | PMS2 | Redacted | 0.75 |
| 06/23/03 | PMS2 | | 0.50 |
| 06/25/03 | MCD | | 0.25 |
| 06/25/03 | PMS2 | | 2.75 |
| 06/27/03 | MCD | | 0.00 |
| 06/30/03 | MCD | | 0.75 |
| 06/30/03 | PMS2 | | 0.75 |
| **Total Hours** | | | **47.00** |



### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 3.75 | hours at | $420.00 |
| Peter M. Schultz | 18.50 | hours at | $380.00 |
| Paula-Marie Uscilla | 7.25 | hours at | $220.00 |
| Gretchen A. Choate | 17.50 | hours at | $155.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Courier Service | 79.23 |
| Lexis/On Line Search | 275.91 |

Sempra Energy Trading                                                    Page 3
28309-00004
Statement No. 1299208

| | |
|---|---:|
| Photocopy Charges | 134.00 |
| Facsimile | 90.00 |
| | 150.00 |
| **Total Costs** | **$729.14** |

| | |
|---|---:|
| **Current Fees and Costs Due** | $13,641.64 |
| **Prior Balance Due** | $5,707.70 |
| **Total Balance Due** | $19,349.34 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT 06902

Attn: Michael Goldstein, Esq.
      Vice President & General Counsel

August 29, 2003

Please refer to
Statement Number: 1307037
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2003

**Susan Wood vs.**                                                          $5,245.00

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 07/03/03 | MCD      | Redacted    | 0.75  |
| 07/07/03 | PMS2     |             | 2.25  |
| 07/08/03 | MCD      |             | 0.25  |
| 07/08/03 | PMS2     |             | 1.00  |
| 07/10/03 | MCD      |             | 0.75  |
| 07/10/03 | PMS2     |             | 0.50  |
| 07/11/03 | MCD      |             | 0.25  |
| 07/11/03 | PMS2     |             | 1.25  |
| 07/17/03 | PMS2     |             | 0.75  |
| 07/25/03 | MCD      |             | 0.25  |
| 07/28/03 | PMS2     |             | 0.50  |
| 07/29/03 | PMS2     |             | 4.50  |
| **Total Hours** | |        | 13.00 |



Sempra Energy Trading                                                                                  Page 2
28309-00004
Statement No. 1307037

## Timekeeper Summary

| | | |
|---|---|---|
| Mary C. Dollarhide | 2.25 hours at | $420.00 |
| Peter M. Schultz | 10.75 hours at | $400.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Courier Service | 16.78 |
| Photocopy Charges | 5.00 |
| Facsimile | 13.75 |
| **Total Costs** | **$35.53** |

| | |
|---|---|
| **Current Fees and Costs Due** | $5,280.53 |
| **Total Balance Due** | $5,280.53 |

PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT 06902

Attn: Michael Goldstein, Esq.
    Vice President & General Counsel

September 19, 2003

Please refer to
Statement Number: 1311237
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2003

**Susan Wood vs.**                                                    $1,590.00

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 08/12/03 | PMS2     |             | 0.50  |
| 08/14/03 | MCD      |             | 1.00  |
| 08/15/03 | MCD      |             | 0.25  |
| 08/15/03 | PMS2     | Redacted    | 0.25  |
| 08/18/03 | PMS2     |             | 1.25  |
| 08/18/03 | GAC4     |             | 1.00  |
| 08/28/03 | MCD      |             | 0.25  |
| **Total Hours** | | | **4.50** |



### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 1.50 | hours at | $420.00 |
| Peter M. Schultz   | 2.00 | hours at | $400.00 |
| Gretchen A. Choate | 1.00 | hours at | $160.00 |

Sempra Energy Trading                                                                                           Page 2
28309-00004
Statement No. 1311237

**For Costs Incurred and Advanced**

Meals                                                                                                            18.14
Photocopy Charges                                                                                                39.40
**Total Costs**                                                                                                **$57.54**

        **Current Fees and Costs Due**                                  $1,647.54
        **Prior Balance Due**                                           $5,280.53
        **Total Balance Due**                                           $6,928.07

PAUL HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / Internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT 06902

Attn: Michael Goldstein, Esq.
Vice President & General Counsel

October 29, 2003

Please refer to
Statement Number: 1319679
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2003

**Susan Wood vs.**                                                                 $3,010.00

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/17/03 | MCD | Redacted | 0.25 |
| 09/18/03 | PMS2 | | 0.75 |
| 09/22/03 | MCD | | 0.00 |
| 09/29/03 | MCD | | 0.25 |
| 09/29/03 | PMS2 | | 3.50 |
| 09/30/03 | PMS2 | | 2.75 |
| **Total Hours** | | | **7.50** |

**Timekeeper Summary**

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 0.50 | hours at | $420.00 |
| Peter M. Schultz | 7.00 | hours at | $400.00 |

Sempra Energy Trading  Page 2
28309-00004
Statement No. 1319679

### For Costs Incurred and Advanced

| | |
|---|---:|
| Courier Service | 8.39 |
| Lexis/On Line Search | 1,180.32 |
| Photocopy Charges | 77.00 |
| **Total Costs** | **$1,265.71** |

| | |
|---|---:|
| **Current Fees and Costs Due** | $4,275.71 |
| **Prior Balance Due** | $1,647.54 |
| **Total Balance Due** | $5,923.25 |

PAUL HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
      Vice President & General Counsel

November 30, 2003

Please refer to
Statement Number: 1328937
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2003

**Susan Wood vs.**                                                                                                             $11,607.50

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/01/03 | PMS2 | Redacted | 0.50 |
| 10/02/03 | PMS2 | | 5.50 |
| 10/03/03 | PMS2 | | 4.50 |
| 10/06/03 | PMS2 | | 0.25 |
| 10/06/03 | GAC4 | | 1.50 |
| 10/13/03 | MCD | | 0.25 |
| 10/13/03 | RJM2 | | 0.50 |
| 10/13/03 | RJM2 | | 2.75 |
| 10/14/03 | PMS2 | | 0.50 |



Sempra Energy Trading  Page 2
28309-00004
Statement No. 1328937

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/14/03 | GAC4 | Redacted | 4.00 |
| 10/14/03 | RJM2 | | 0.25 |
| 10/14/03 | RJM2 | | 0.25 |
| 10/15/03 | GAC4 | | 1.00 |
| 10/27/03 | PMS2 | | 1.50 |
| 10/28/03 | PMS2 | | 1.25 |
| 10/29/03 | MCD | | 0.25 |
| 10/29/03 | PMS2 | | 6.00 |
| 10/29/03 | PMS2 | | 1.75 |
| 10/29/03 | GAC4 | | 1.00 |
| 10/29/03 | RJM2 | | 1.00 |

Sempra Energy Trading                                                                 Page 3
28309-00004
Statement No. 1328937

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/30/03 | PMS2 | | 0.75 |
| 10/31/03 | PMS2 | Redacted | 0.50 |
| **Total Hours** | | | **35.75** |



### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 0.50 | hours at | $420.00 |
| Peter M. Schultz | 23.00 | hours at | $400.00 |
| Gretchen A. Choate | 7.50 | hours at | $160.00 |
| Ron J. Marino | 4.75 | hours at | $210.00 |

### For Costs Incurred and Advanced

| | |
|---|---|
| Meals | 13.68 |
| Courier Service | 43.23 |
| Lexis/On Line Search | 181.84 |
| Long Distance Telephone Charges | 1.49 |
| Photocopy Charges | 381.00 |
| Facsimile | 5.00 |
| **Total Costs** | **$626.24** |

| | |
|---|---|
| **Current Fees and Costs Due** | $12,233.74 |
| **Prior Balance Due** | $5,923.25 |
| **Total Balance Due** | $18,156.99 |

# PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
       Vice President & General Counsel

December 31, 2003

Please refer to
Statement Number: 1333612
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2003

**Susan Wood vs.**                                                      $11,335.00

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 11/03/03 | MCD      | Redacted    | 0.75  |
| 11/05/03 | MCD      |             | 0.50  |
| 11/05/03 | PMS2     |             | 2.25  |
| 11/06/03 | PMS2     |             | 6.25  |
| 11/11/03 | MCD      |             | 0.25  |
| 11/12/03 | PMS2     |             | 0.75  |
| 11/13/03 | MCD      |             | 0.25  |
| 11/17/03 | PMS2     |             | 1.25  |
| 11/19/03 | PMS2     |             | 3.75  |
| 11/20/03 | PMS2     |             | 1.75  |



Sempra Energy Trading                                                Page 2
28309-00004
Statement No. 1333612

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/21/03 | PMS2 | Redacted | 2.25 |
| 11/25/03 | PMS2 | | 3.75 |
| 11/26/03 | PMS2 | | 4.50 |
| **Total Hours** | | | **28.25** |

## Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 1.75 | hours at | $420.00 |
| Peter M. Schultz | 26.50 | hours at | $400.00 |

### For Costs Incurred and Advanced

| | |
|---|---|
| Filing Fee | 156.30 |
| Courier Service | 52.19 |
| Lexis/On Line Search | 1,520.05 |
| Long Distance Telephone Charges | 8.95 |
| Photocopy Charges | 17.20 |
| Facsimile | 27.50 |
| Outside Professional Services - -Pacer Service Center 10/08/03 Customer #PH0062 | 0.14 |
| **Total Costs** | **$1,782.33** |

Sempra Energy Trading                                                                                          Page 3
28309-00004
Statement No. 1333612

| | |
|---|---:|
| **Current Fees and Costs Due** | $13,117.33 |
| **Prior Balance Due** | $12,233.74 |
| **Total Balance Due** | $25,351.07 |

PAUL HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
　　　　Vice President & General Counsel

January 22, 2004

Please refer to
Statement Number: 1339018
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2003

**Susan Wood vs.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　$27,637.50

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/02/03 | MCD | Redacted | 0.25 |
| 12/02/03 | PMS2 |  | 1.00 |
| 12/03/03 | PMS2 |  | 1.75 |
| 12/04/03 | PMS2 |  | 1.00 |
| 12/05/03 | MCD |  | 0.25 |
| 12/05/03 | PMS2 |  | 1.50 |
| 12/08/03 | PMS2 |  | 6.75 |
| 12/09/03 | MCD |  | 0.25 |
| 12/09/03 | PMS2 |  | 4.75 |
| 12/10/03 | PMS2 |  | 3.75 |

Sempra Energy Trading  
28309-00004  
Statement No. 1339018

Page 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/10/03 | RJM2 | Redacted | 1.00 |
| 12/11/03 | PMS2 | | 9.00 |
| 12/12/03 | PMS2 | | 9.25 |
| 12/14/03 | PMS2 | | 2.75 |
| 12/16/03 | MCD | | 0.75 |
| 12/16/03 | PMS2 | | 1.25 |
| 12/17/03 | PMS2 | | 1.75 |
| 12/18/03 | PMS2 | | 0.25 |
| 12/18/03 | GAC4 | | 2.50 |
| 12/19/03 | PMS2 | | 3.25 |
| 12/22/03 | MCD | | 0.25 |
| 12/22/03 | PMS2 | | 1.50 |
| 12/23/03 | MCD | | 0.75 |
| 12/23/03 | PMS2 | | 5.50 |
| 12/24/03 | PMS2 | | 3.00 |

Sempra Energy Trading  Page 3
28309-00004
Statement No. 1339018

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/29/03 | PMS2 | | 2.50 |
| 12/30/03 | PMS2 | | 3.75 |
| 12/30/03 | GAC4 | Redacted | 1.00 |
| 12/31/03 | PMS2 | | 0.25 |
| **Total Hours** | | | **71.50** |



## Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 2.50 | hours at | $420.00 |
| Peter M. Schultz | 64.50 | hours at | $400.00 |
| Gretchen A. Choate | 3.50 | hours at | $165.00 |
| Ron J. Marino | 1.00 | hours at | $210.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Courier Service | 18.80 |
| Lexis/On Line Search | 1,059.10 |
| Long Distance Telephone Charges | 19.56 |
| Photocopy Charges | 191.40 |
| **Total Costs** | **$1,288.86** |

| | |
|---|---|
| **Current Fees and Costs Due** | $28,926.36 |
| **Prior Balance Due** | $13,117.33 |
| **Total Balance Due** | $42,043.69 |