PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
       Vice President & General Counsel

March 31, 2004

Please refer to
Statement Number: 1352100
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending February 29, 2004

<u>Susan Wood vs.</u>                                                             $34,228.75

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/02/04 | PMS2 | Redacted | 5.75 |
| 01/05/04 | PMS2 | | 6.00 |
| 01/05/04 | GAC4 | | 4.25 |
| 01/06/04 | PMS2 | | 5.50 |
| 01/06/04 | RJM2 | | 0.75 |
| 01/06/04 | RJM2 | | 4.50 |
| 01/07/04 | MCD  | | 0.25 |
| 01/07/04 | PMS2 | | 5.25 |



Sempra Energy Trading  Page 2
28309-00004
Statement No. 1352100

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/07/04 | GAC4 | | 2.50 |
| 01/08/04 | PMS2 | | 4.00 |
| 01/09/04 | PMS2 | | 3.25 |
| 01/09/04 | RJM2 | | 0.50 |
| 01/12/04 | PMS2 | | 0.25 |
| 01/14/04 | MCD | | 0.25 |
| 01/15/04 | MCD | | 0.25 |
| 01/15/04 | PMS2 | Redacted | 2.75 |
| 01/16/04 | PMS2 | | 1.75 |
| 01/20/04 | PMS2 | | 2.50 |
| 01/21/04 | MCD | | 0.25 |
| 01/21/04 | PMS2 | | 7.50 |
| 01/22/04 | PMS2 | | 0.75 |
| 01/23/04 | PMS2 | | 3.50 |

Sempra Energy Trading   Page 3
28309-00004
Statement No. 1352100

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/26/04 | PMS2 | Redacted | 1.75 |
| 01/27/04 | PMS2 | | 2.00 |
| 01/28/04 | PMS2 | | 1.25 |
| 01/29/04 | MCD | | 0.25 |
| 01/30/04 | PMS2 | | 0.25 |
| 01/30/04 | RJM2 | | 0.50 |
| 01/30/04 | RJM2 | | 4.00 |
| 02/02/04 | PMS2 | | 0.75 |
| 02/03/04 | MCD | | 0.25 |
| 02/03/04 | PMS2 | | 0.75 |
| 02/04/04 | PMS2 | | 0.25 |
| 02/09/04 | MCD | | 0.25 |
| 02/24/04 | MCD | | 0.25 |
| 02/24/04 | PMS2 | | 2.00 |
| 02/25/04 | MCD | | 1.25 |



Sempra Energy Trading                                                                 Page 4
28309-00004
Statement No. 1352100

| Date | Initials | Description | Hours |
|---|---|---|---|
| 02/25/04 | PMS2 | | 5.00 |
| 02/25/04 | GAC4 | | 4.50 |
| 02/26/04 | PMS2 | Redacted | 2.25 |
| 02/26/04 | GAC4 | | 9.00 |
| 02/27/04 | PMS2 | | 0.50 |
| 02/27/04 | GAC4 | | 6.50 |



**Total Hours**                                                                       **105.75**

### Timekeeper Summary

| | | |
|---|---|---|
| Mary C. Dollarhide | 3.25 hours at | $450.00 |
| Peter M. Schultz | 65.50 hours at | $400.00 |
| Gretchen A. Choate | 26.75 hours at | $165.00 |
| Ron J. Marino | 10.25 hours at | $210.00 |

### For Costs Incurred and Advanced

| | |
|---|---|
| Court Reporting Services | 1,225.22 |
| Meals | 138.17 |
| Courier Service | 184.34 |
| Lexis/On Line Search | 4,002.88 |
| Long Distance Telephone Charges | 76.46 |
| Photocopy Charges | 380.40 |
| Facsimile | 22.50 |

Sempra Energy Trading                                                                                       Page 5
28309-00004
Statement No. 1352100

| | |
|---|---:|
| Kevin McNeill 01/02/04 Service of Subpoena Served on Daniel Losito (XL America) Regarding Informatin on Susan Wood's Employment. | 50.00 |
| Outside Professional Services - -Geomatrix Productions Ltd., Inv# 8642, Videotaped deposition of Ms. Susan Wood recorded on 12/12/03, 12-18-03 | 1,286.38 |
| **Total Costs** | **$7,366.35** |

| | |
|---|---:|
| **Current Fees and Costs Due** | **$41,595.10** |
| **Prior Balance Due** | **$28,926.36** |
| **Total Balance Due** | **$70,521.46** |

PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT 06902

Attn: Michael Goldstein, Esq.
Vice President & General Counsel

April 26, 2004

Please refer to
Statement Number: 1356977
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2004

<u>Susan Wood vs.</u>                                                    $38,310.00

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 03/01/04 | MCD      |             | 0.50  |
| 03/01/04 | PMS2     |             | 4.75  |
| 03/01/04 | GAC4     |             | 6.50  |
| 03/01/04 | RJM2     |             | 0.50  |
| 03/02/04 | PMS2     |             | 3.25  |
| 03/03/04 | PMS2     |             | 5.50  |
| 03/04/04 | PMS2     |             | 7.00  |
| 03/05/04 | MCD      |             | 0.25  |
| 03/05/04 | PMS2     |             | 6.25  |



Redacted

Sempra Energy Trading                                                Page 2
28309-00004
Statement No. 1356977

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/07/04 | MCD | | 8.00 |
| 03/08/04 | MCD | | 7.50 |
| 03/08/04 | PMS2 | | 2.00 |
| 03/08/04 | GAC4 | Redacted | 1.00 |
| 03/09/04 | MCD | | 10.00 |
| 03/09/04 | PMS2 | | 0.75 |
| 03/10/04 | MCD | | 1.50 |
| 03/11/04 | MCD | | 3.00 |
| 03/15/04 | PMS2 | | 2.25 |
| 03/16/04 | JM12 | | 1.00 |
| 03/17/04 | MCD | | 0.25 |
| 03/17/04 | PMS2 | | 0.75 |

Sempra Energy Trading  Page 3
28309-00004
Statement No. 1356977

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/18/04 | PMS2 | | 1.75 |
| 03/19/04 | PMS2 | | 2.50 |
| 03/22/04 | MCD | | 0.25 |
| 03/22/04 | PMS2 | | 2.00 |
| 03/25/04 | PMS2 | Redacted | 3.50 |
| 03/26/04 | PMS2 | | 5.25 |
| 03/29/04 | PMS2 | | 5.50 |
| 03/30/04 | PMS2 | | 3.75 |
| 03/30/04 | RJM2 | | 0.50 |
| **Total Hours** | | | **97.50** |



### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 31.25 | hours at | $450.00 |
| Peter M. Schultz | 56.75 | hours at | $400.00 |
| Gretchen A. Choate | 7.50 | hours at | $165.00 |
| Judith Miller | 1.00 | hours at | $100.00 |
| Ron J. Marino | 1.00 | hours at | $210.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Meals | 17.37 |
| Parking | 36.00 |

Sempra Energy Trading                                                                                    Page 4
28309-00004
Statement No. 1356977

| | |
|---|---:|
| Lexis/On Line Search | 5,809.15 |
| Long Distance Telephone Charges | 6.95 |
| Photocopy Charges | 257.40 |
| **Total Costs** | **$6,126.87** |

| | |
|---|---:|
| **Current Fees and Costs Due** | **$44,436.87** |
| **Prior Balance Due** | **$41,595.10** |
| **Total Balance Due** | **$86,031.97** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
Paris/ San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
       Vice President & General Counsel

May 31, 2004

Please refer to
Invoice Number: 1365274
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2004

<u>Susan Wood vs.</u>                                                                 $43,521.25

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/04 | MCD | Redacted | 0.25 |
| 04/02/04 | MCD |  | 0.25 |
| 04/02/04 | PMS2 |  | 7.00 |
| 04/04/04 | PWS |  | 0.25 |
| 04/05/04 | PMS2 |  | 5.50 |
| 04/06/04 | MCD |  | 0.25 |
| 04/06/04 | PMS2 |  | 7.50 |
| 04/07/04 | MCD |  | 0.25 |
| 04/07/04 | PMS2 |  | 8.75 |



Sempra Energy Trading  Page 2
28309-00004
Invoice No. 1365274

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/08/04 | PMS2 | Redacted | 0.50 |
| 04/09/04 | PMS2 | | 2.25 |
| 04/12/04 | RJM2 | | 0.50 |
| 04/13/04 | PMS2 | | 9.75 |
| 04/13/04 | GAC4 | | 1.00 |
| ~~04/13/04~~ | ~~RJM2~~ | | ~~0.50~~ |
| 04/14/04 | PMS2 | | 0.00 |
| 04/14/04 | PMS2 | | 5.75 |
| 04/15/04 | MCD | | 0.50 |
| 04/16/04 | PMS2 | | 1.25 |
| 04/17/04 | PMS2 | | 3.75 |
| 04/19/04 | PMS2 | | 0.25 |
| 04/23/04 | MCD | | 0.25 |
| 04/23/04 | PMS2 | | 1.50 |
| 04/26/04 | MCD | | 0.25 |
| 04/26/04 | PMS2 | | 0.50 |



Sempra Energy Trading                                                Page 3
28309-00004
Invoice No. 1365274

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/26/04 | JM12 | Redacted | 5.75 |
| 04/26/04 | RJM2 | | 0.75 |
| 04/27/04 | MCD | | 9.00 |
| 04/27/04 | PMS2 | | 0.25 |
| 04/27/04 | JM12 | | 1.50 |
| 04/28/04 | MCD | | 10.00 |
| 04/28/04 | PMS2 | | 7.00 |
| 04/29/04 | MCD | | 6.75 |
| 04/29/04 | PMS2 | | 4.25 |
| 04/30/04 | MCD | | 1.00 |
| 04/30/04 | PMS2 | | 7.25 |
| **Total Hours** | | | **112.00** |

Sempra Energy Trading                                                           Page 4
28309-00004
Invoice No. 1365274

## Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 28.75 | hours at | $450.00 |
| Patrick W. Shea | 0.25 | hours at | $505.00 |
| Peter M. Schultz | 73.00 | hours at | $400.00 |
| Gretchen A. Choate | 1.00 | hours at | $165.00 |
| Judith Miller | 7.25 | hours at | $100.00 |
| Ron J. Marino | 1.75 | hours at | $210.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Court Reporting Services | 1,164.42 |
| ~~Meals~~ | ~~115.39~~ |
| Courier Service | 57.94 |
| Parking | 12.00 |
| Lexis/On Line Search | 2,193.61 |
| Long Distance Telephone Charges | 2.16 |
| Photocopy Charges | 460.80 |
| Outside Professional Services - -Geomatrix Productions Ltd., Inv #8844, 1 copy set of the videotaped deposition of Ms. Sarathi Roy recorded on 4/7/04, 4-13-04 | 243.80 |
| **Total Costs** | **$4,250.12** |

| | |
|---|---|
| **Current Fees and Costs Due** | $47,771.37 |
| **Prior Balance Due** | $44,436.87 |
| **Total Balance Due** | $92,208.24 |

**PaulHastings**

PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
       Vice President & General Counsel

April 26, 2004

Please refer to
Statement Number: 1356977
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2004

<u>Susan Wood vs.</u>                                                               $38,310.00

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 03/01/04 | MCD      | Redacted    | 0.50  |
| 03/01/04 | PMS2     |             | 4.75  |
| 03/01/04 | GAC4     |             | 6.50  |
| 03/01/04 | RJM2     |             | 0.50  |
| 03/02/04 | PMS2     |             | 3.25  |
| 03/03/04 | PMS2     |             | 5.50  |
| 03/04/04 | PMS2     |             | 7.00  |
| 03/05/04 | MCD      |             | 0.25  |
| 03/05/04 | PMS2     |             | 6.25  |



Sempra Energy Trading  Page 2
28309-00004
Statement No. 1356977

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/07/04 | MCD | Redacted | 8.00 |
| 03/08/04 | MCD | | 7.50 |
| 03/08/04 | PMS2 | | 2.00 |
| 03/08/04 | GAC4 | | 1.00 |
| 03/09/04 | MCD | | 10.00 |
| 03/09/04 | PMS2 | | 0.75 |
| 03/10/04 | MCD | | 1.50 |
| 03/11/04 | MCD | | 3.00 |
| 03/15/04 | PMS2 | | 2.25 |
| 03/16/04 | JM12 | | 1.00 |
| 03/17/04 | MCD | | 0.25 |
| 03/17/04 | PMS2 | | 0.75 |

Sempra Energy Trading  Page 3
28309-00004
Statement No. 1356977

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/18/04 | PMS2 | Redacted | 1.75 |
| 03/19/04 | PMS2 | | 2.50 |
| 03/22/04 | MCD | | 0.25 |
| 03/22/04 | PMS2 | | 2.00 |
| 03/25/04 | PMS2 | | 3.50 |
| 03/26/04 | PMS2 | | 5.25 |
| 03/29/04 | PMS2 | | 5.50 |
| 03/30/04 | PMS2 | | 3.75 |
| 03/30/04 | RJM2 | | 0.50 |
| **Total Hours** | | | **97.50** |



### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 31.25 | hours at | $450.00 |
| Peter M. Schultz | 56.75 | hours at | $400.00 |
| Gretchen A. Choate | 7.50 | hours at | $165.00 |
| Judith Miller | 1.00 | hours at | $100.00 |
| Ron J. Marino | 1.00 | hours at | $210.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Meals | 17.37 |
| Parking | 36.00 |

Sempra Energy Trading                                                        Page 4
28309-00004
Statement No. 1356977


| | |
|---|---:|
| Lexis/On Line Search | 5,809.15 |
| Long Distance Telephone Charges | 6.95 |
| Photocopy Charges | 257.40 |
| **Total Costs** | **$6,126.87** |

| | |
|---|---:|
| **Current Fees and Costs Due** | $44,436.87 |
| **Prior Balance Due** | $41,595.10 |
| **Total Balance Due** | $86,031.97 |

PAUL HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
Paris/ San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
       Vice President & General Counsel

May 31, 2004

Please refer to
Invoice Number: 1365274
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2004

**Susan Wood vs.**                                                                 $43,521.25

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/01/04 | MCD | | 0.25 |
| 04/02/04 | MCD | | 0.25 |
| 04/02/04 | PMS2 | | 7.00 |
| 04/04/04 | PWS | | 0.25 |
| 04/05/04 | PMS2 | | 5.50 |
| 04/06/04 | MCD | Redacted | 0.25 |
| 04/06/04 | PMS2 | | 7.50 |
| 04/07/04 | MCD | | 0.25 |
| 04/07/04 | PMS2 | | 8.75 |



Sempra Energy Trading  
28309-00004  
Invoice No. 1365274  

Page 2

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/08/04 | PMS2 | Redacted | 0.50 |
| 04/09/04 | PMS2 | | 2.25 |
| 04/12/04 | RJM2 | | 0.50 |
| 04/13/04 | PMS2 | | 9.75 |
| 04/13/04 | GAC4 | | 1.00 |
| ~~04/13/04~~ | ~~RJM2~~ | | ~~0.50~~ |
| 04/14/04 | PMS2 | | 0.00 |
| 04/14/04 | PMS2 | | 5.75 |
| 04/15/04 | MCD | | 0.50 |
| 04/16/04 | PMS2 | | 1.25 |
| 04/17/04 | PMS2 | | 3.75 |
| 04/19/04 | PMS2 | | 0.25 |
| 04/23/04 | MCD | | 0.25 |
| 04/23/04 | PMS2 | | 1.50 |
| 04/26/04 | MCD | | 0.25 |
| 04/26/04 | PMS2 | | 0.50 |



Sempra Energy Trading  
28309-00004  
Invoice No. 1365274

Page 3

| Date | Initials | Description | Hours |
|---|---|---|---|
| 04/26/04 | JM12 | Redacted | 5.75 |
| 04/26/04 | RJM2 |  | 0.75 |
| 04/27/04 | MCD |  | 9.00 |
| 04/27/04 | PMS2 |  | 0.25 |
| 04/27/04 | JM12 |  | 1.50 |
| 04/28/04 | MCD |  | 10.00 |
| 04/28/04 | PMS2 |  | 7.00 |
| 04/29/04 | MCD |  | 6.75 |
| 04/29/04 | PMS2 |  | 4.25 |
| 04/30/04 | MCD |  | 1.00 |
| 04/30/04 | PMS2 |  | 7.25 |
| **Total Hours** | | | **112.00** |