Sempra Energy Trading  Page 4
28309-00004
Invoice No. 1365274

## Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 28.75 | hours at | $450.00 |
| Patrick W. Shea | 0.25 | hours at | $505.00 |
| Peter M. Schultz | 73.00 | hours at | $400.00 |
| Gretchen A. Choate | 1.00 | hours at | $165.00 |
| Judith Miller | 7.25 | hours at | $100.00 |
| Ron J. Marino | 1.75 | hours at | $210.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Court Reporting Services | 1,164.42 |
| Meals | 115.39 |
| Courier Service | 57.94 |
| Parking | 12.00 |
| Lexis/On Line Search | 2,193.61 |
| Long Distance Telephone Charges | 2.16 |
| Photocopy Charges | 460.80 |
| Outside Professional Services - -Geomatrix Productions Ltd., Inv #8844, 1 copy set of the videotaped deposition of Ms. Sarathi Roy recorded on 4/7/04, 4-13-04 | 243.80 |
| **Total Costs** | **$4,250.12** |

| | |
|---|---|
| **Current Fees and Costs Due** | $47,771.37 |
| **Prior Balance Due** | $44,436.87 |
| **Total Balance Due** | $92,208.24 |

PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
Paris/ San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT 06902

Attn: Michael Goldstein, Esq.
Vice President & General Counsel

June 28, 2004

Please refer to
Invoice Number: 1371409
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2004

**Susan Wood vs.**                                                                   $35,258.75

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/02/04 | SDC5 | Redacted | 1.00 |
| 01/05/04 | SDC5 |  | 1.00 |
| 05/03/04 | JM12 |  | 4.75 |
| 05/04/04 | PMS2 |  | 4.75 |
| 05/05/04 | PMS2 |  | 8.75 |
| 05/06/04 | PMS2 |  | 7.25 |
| 05/07/04 | MCD |  | 0.25 |
| 05/07/04 | PMS2 |  | 4.25 |
| 05/08/04 | MCD |  | 1.75 |
| 05/08/04 | PMS2 |  | 6.00 |
| 05/10/04 | MCD |  | 0.25 |
| 05/10/04 | PMS2 |  | 8.00 |

Sempra Energy Trading                                                                 Page 2
28309-00004
Invoice No. 1371409

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/10/04 | JM12 | Redacted | 3.50 |
| 05/10/04 | RJM2 | | 0.75 |
| 05/11/04 | MCD | | 0.50 |
| 05/11/04 | PMS2 | | 9.00 |
| 05/11/04 | JM12 | | 1.50 |
| 05/11/04 | RJM2 | | 0.50 |
| 05/12/04 | MCD | | 1.75 |
| 05/12/04 | PMS2 | | 6.00 |
| 05/12/04 | GAC4 | | 3.50 |
| 05/12/04 | JCC4 | | 1.25 |
| 05/13/04 | PMS2 | | 11.25 |
| 05/13/04 | GAC4 | | 8.00 |
| 05/14/04 | PMS2 | | 4.50 |



Sempra Energy Trading                                                                                             Page 3
28309-00004
Invoice No. 1371409

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/14/04 | RJM2 | Redacted | 0.25 |
| 05/17/04 | PMS2 | | 2.50 |
| 05/17/04 | JM12 | | 0.75 |
| 05/18/04 | MCD | | 0.25 |
| 05/20/04 | PMS2 | | 0.25 |
| 05/21/04 | JM12 | | 0.25 |
| 05/24/04 | JM12 | | 0.75 |
| 05/25/04 | PMS2 | | 0.25 |
| 05/25/04 | JM12 | | 0.25 |
| 05/26/04 | JM12 | | 0.75 |
| 05/26/04 | RJM2 | | 0.50 |
| 05/27/04 | MCD | | 0.25 |
| 05/27/04 | RJM2 | | 0.25 |
| **Total Hours** | | | **107.25** |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 5.00 | hours at | $450.00 |
| Peter M. Schultz | 72.75 | hours at | $400.00 |
| Gretchen A. Choate | 11.50 | hours at | $165.00 |
| Judith Miller | 12.50 | hours at | $100.00 |
| Joanne C. Camejo | 1.25 | hours at | $135.00 |
| Ron J. Marino | 2.25 | hours at | $210.00 |
| Sandra D. Cole | 2.00 | hours at | $60.00 |



Sempra Energy Trading                                                                    Page 4
28309-00004
Invoice No. 1371409

### For Costs Incurred and Advanced

| | |
|---|---:|
| Meals | 57.69 |
| Courier Service | 196.35 |
| Lexis/On Line Search | 4,662.74 |
| Long Distance Telephone Charges | 3.71 |
| Photocopy Charges | 941.40 |
| Outside Professional Services - Goldfarb & Ajello Court Reporting Services, Inv# DM708, 03/12/04 | 1,033.71 |
| **Total Costs** | **$6,895.60** |

| | |
|---|---:|
| **Current Fees and Costs Due** | $42,154.35 |
| **Prior Balance Due** | $44,436.87 |
| **Total Balance Due** | $86,591.22 |

PAUL HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.

August 31, 2004

Please refer to
Invoice Number: 1385957
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2004

**Susan Wood vs.**                                                               $26,796.25

| Date | Initials | Description | Hours |
|---|---|---|---|
| 06/01/04 | MCD | Redacted | 0.25 |
| 06/01/04 | JM12 | | 3.00 |
| 06/02/04 | JM12 | | 0.25 |
| 06/08/04 | PMS2 | | 1.25 |
| 06/09/04 | PMS2 | | 2.00 |
| 06/14/04 | MCD | | 0.25 |
| 06/15/04 | PMS2 | | 0.50 |
| 06/16/04 | JM12 | | 0.75 |
| 07/02/04 | PMS2 | | 0.75 |
| 07/14/04 | RJM2 | | 0.50 |

Sempra Energy Trading  Page 2
28309-00004
Invoice No. 1385957

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/16/04 | PMS2 | Redacted | 8.25 |
| 07/19/04 | PMS2 | | 0.50 |
| 07/20/04 | PMS2 | | 7.00 |
| 07/21/04 | MCD | | 1.25 |
| 07/21/04 | PMS2 | | 3.00 |
| 07/22/04 | PMS2 | | 0.25 |
| 07/23/04 | PMS2 | | 2.25 |
| 07/26/04 | PMS2 | | 5.00 |
| 07/26/04 | JM12 | | 0.75 |
| 07/27/04 | PMS2 | | 2.00 |
| 07/28/04 | PMS2 | | 5.75 |
| 07/28/04 | JM12 | | 0.50 |
| 07/29/04 | PMS2 | | 7.75 |
| 07/30/04 | PMS2 | | 6.75 |
| 07/31/04 | PMS2 | | 5.00 |

Sempra Energy Trading  Page 3
28309-00004
Invoice No. 1385957

| Date | Initials | Description | Hours |
|---|---|---|---|
| **Total Hours** | | | **65.50** |

## Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 1.75 | hours at | $450.00 |
| Peter M. Schultz | 3.75 | hours at | $400.00 |
| Peter M. Schultz | 54.25 | hours at | $440.00 |
| Judith Miller | 4.00 | hours at | $100.00 |
| Judith Miller | 1.25 | hours at | $105.00 |
| Ron J. Marino | 0.50 | hours at | $215.00 |

### For Costs Incurred and Advanced

| | |
|---|---|
| Copies of Documents | 31.80 |
| Court Reporting Services | 1,945.90 |
| Courier Service | 81.28 |
| Lexis/On Line Search he 1385955 | 4,366.05 |
| Long Distance Telephone Charges | 0.26 |
| Photocopy Charges | 60.80 |
| **Total Costs** | **$6,486.09** |

| | |
|---|---|
| **Current Fees and Costs Due** | $33,282.34 |
| **Total Balance Due** | $33,282.34 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
12390 El Camino Real, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn: Michael Goldstein, Esq.
     Vice President & General Counsel

September 30, 2004

Please refer to
Invoice Number: 1392097
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2004

**Susan Wood vs.**                                        **$14,928.75**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/02/04 | PMS2 | Redacted | 8.75 |
| 08/03/04 | MCD |  | 1.50 |
| 08/03/04 | PMS2 |  | 6.75 |
| 08/04/04 | PMS2 |  | 7.75 |
| 08/05/04 | PMS2 |  | 3.75 |
| 08/05/04 | KW2 |  | 3.00 |
| 08/06/04 | PMS2 |  | 2.50 |
| 08/06/04 | KW2 |  | 1.50 |
| 08/10/04 | JM12 |  | 0.25 |



Sempra Energy Trading  Page 2
28309-00004
Invoice No. 1392097

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/19/04 | PMS2 | | 1.00 |
| 08/31/04 | KW2 | Redacted | 0.25 |
| **Total Hours** | | | **37.00** |



### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 1.50 | hours at | $450.00 |
| Peter M. Schultz | 30.50 | hours at | $440.00 |
| Judith Miller | 0.25 | hours at | $105.00 |
| Karen Warshauer | 4.75 | hours at | $170.00 |

### For Costs Incurred and Advanced

| | |
|---|---|
| Court Reporting Services | (39.40) |
| Courier Service | 98.95 |
| Lexis/On Line Search | 493.69 |
| Photocopy Charges | 350.00 |
| **Total Costs** | **$903.24** |

| | |
|---|---|
| **Current Fees and Costs Due** | **$15,831.99** |
| **Total Balance Due** | **$15,831.99** |

PAUL HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT 06902

Attn: Michael Goldstein, Esq.
   Vice President & General Counsel

October 31, 2004

Please refer to
Invoice Number: 1399387
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2004

**Susan Wood vs.**                                                                          $5,432.50

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 09/01/04 | JM12     |             | 1.75  |
| 09/07/04 | MCD      |             | 0.25  |
| 09/07/04 | PMS2     |             | 0.50  |
| 09/08/04 | PMS2     |             | 3.25  |
| 09/10/04 | MCD      |             | 0.25  |
| 09/10/04 | PMS2     |             | 0.75  |
| 09/14/04 | PMS2     |             | 0.50  |
| 09/14/04 | KW2      |             | 0.25  |
| 09/20/04 | KW2      |             | 0.50  |
| 09/21/04 | KW2      |             | 4.50  |


Redacted

Sempra Energy Trading  Page 2
28309-00004
Invoice No. 1399387

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/23/04 | KW2 | | 1.50 |
| 09/23/04 | SDC5 | Redacted | 4.00 |
| 09/24/04 | KW2 | | 5.00 |
| 09/24/04 | SDC5 | | 0.25 |
| 09/30/04 | PMS2 | | 1.25 |
| **Total Hours** | | | **24.50** |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 0.50 | hours at | $450.00 |
| Peter M. Schultz | 6.25 | hours at | $440.00 |
| Judith Miller | 1.75 | hours at | $105.00 |
| Karen Warshauer | 11.75 | hours at | $170.00 |
| Sandra D. Cole | 4.25 | hours at | $65.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Meals | 6.29 |
| Lexis/On Line Search | 368.41 |
| Long Distance Telephone Charges | 1.87 |
| Photocopy Charges | 105.60 |
| **Total Costs** | **$482.17** |

Sempra Energy Trading  
28309-00004  
Invoice No. 1399387

Page 3

| | |
|---|---:|
| **Current Fees and Costs Due** | $5,914.67 |
| **Prior Balance Due** | $15,831.99 |
| **Total Balance Due** | $21,746.66 |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn: Michael Goldstein, Esq.
      Vice President & General Counsel

November 30, 2004

Please refer to
Invoice Number: 1406391
PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2004

**Susan Wood vs.**                                                     $9,985.00

---

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 10/01/04 | PMS2     | Redacted    | 1.25  |
| 10/07/04 | PMS2     |             | 6.00  |
| 10/08/04 | PMS2     |             | 2.75  |
| 10/11/04 | PMS2     |             | 5.50  |
| 10/13/04 | JM12     |             | 0.25  |
| 10/19/04 | MCD      |             | 0.25  |
| 10/19/04 | PMS2     |             | 3.25  |
| 10/20/04 | KW2      |             | 0.25  |
| 10/20/04 | PMS2     |             | 0.25  |
| 10/21/04 | PMS2     |             | 0.25  |
| 10/22/04 | JM12     |             | 3.25  |
| 10/25/04 | JM12     |             | 1.00  |



Sempra Energy Trading  Page 2
28309-00004
Invoice No. 1406391

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/27/04 | MCD | Redacted | 0.75 |
| 10/29/04 | PMS2 | | 1.25 |
| **Total Hours** | | | **26.25** |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 1.00 | hours at | $450.00 |
| Peter M. Schultz | 20.50 | hours at | $440.00 |
| Judith Miller | 4.50 | hours at | $105.00 |
| ~~Karen Warshauer~~ | ~~0.25~~ | ~~hours at~~ | ~~$170.00~~ |

### For Costs Incurred and Advanced

| | |
|---|---|
| Courier Service | 6.73 |
| Lexis/On Line Search | 672.22 |
| Photocopy Charges | 131.80 |
| Facsimile | 3.75 |
| **Total Costs** | **$814.50** |

| | |
|---|---|
| Current Fees and Costs Due | $10,799.50 |
| Prior Balance Due | $5,914.67 |
| **Total Balance Due** | **$16,714.17** |

PAUL HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn: Michael Goldstein, Esq.
    Vice President & General Counsel

December 29, 2004

Please refer to
Invoice Number: 1413075
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending November 30, 2004

**Susan Wood vs.**                                                                $2,675.00

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/01/04 | PMS2 | Redacted | 4.00 |
| 11/04/04 | PMS2 | | 1.50 |
| 11/09/04 | KW2 | | 1.00 |
| 11/15/04 | KW2 | | 0.50 |
| **Total Hours** | | | **7.00** |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Peter M. Schultz | 5.50 | hours at | $440.00 |
| Karen Warshauer | 1.50 | hours at | $170.00 |

### For Costs Incurred and Advanced

| | |
|---|---|
| Courier Service | 7.81 |
| Lexis/On Line Search | 234.41 |

Sempra Energy Trading                                                            Page 2
28309-00004
Invoice No. 1413075

| | |
|---|---:|
| **Total Costs** | $242.22 |
| | |
| **Current Fees and Costs Due** | $2,917.22 |
| **Prior Balance Due** | $10,799.50 |
| **Total Balance Due** | $13,716.72 |

# PaulHastings

PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

Sempra Energy Trading
58 Commerce Road
Stamford, CT 06902

Attn: Michael Goldstein, Esq.
      Vice President & General Counsel

January 11, 2005

Please refer to
Invoice Number: 1415599
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending December 31, 2004

**Susan Wood vs.**                                                                              **$990.00**

| Date     | Initials | Description | Hours |
|----------|----------|-------------|-------|
| 12/27/04 | PMS2     | Redacted    | 2.25  |
| **Total Hours** |   |             | **2.25** |

### Timekeeper Summary

Peter M. Schultz                       2.25 hours at                    $440.00

**For Costs Incurred and Advanced**

Photocopy Charges                                                                                  7.60
**Total Costs**                                                                                **$7.60**

Sempra Energy Trading                                                                                           Page 2
28309-00004
Invoice No. 1415599

| | |
|---|---:|
| **Current Fees and Costs Due** | $997.60 |
| **Prior Balance Due** | $2,917.22 |
| **Total Balance Due** | $3,914.82 |