PAUL HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# Paul Hastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
        Vice President & General Counsel

April 26, 2005

Please refer to
Invoice Number: 1437128
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending March 31, 2005

**<u>Susan Wood vs.</u>**                                            **$6,717.50**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/31/05 | PMS2 | | 2.50 |
| 02/03/05 | MCD | | 0.25 |
| 02/14/05 | PMS2 | | 2.00 |
| 02/15/05 | PMS2 | | 2.00 |
| 02/16/05 | KW2 | | 0.50 |
| 02/16/05 | PMS2 | Redacted | 4.00 |
| 02/25/05 | MCD | | 0.50 |
| 03/08/05 | MCD | | 0.25 |
| 03/09/05 | MCD | | 0.25 |
| 03/15/05 | MCD | | 0.25 |
| 03/21/05 | MCD | | 1.25 |

Sempra Energy Trading                                                Page 2
28309-00004
Invoice No. 1437128

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 03/24/05 | MCD | | 0.25 |
| 03/28/05 | MCD | Redacted | 0.50 |
| 03/30/05 | MCD | | 0.25 |
| **Total Hours** | | | **14.75** |

### Timekeeper Summary

| | | | |
|--|--|--|--|
| Mary C. Dollarhide | 3.75 | hours at | $480.00 |
| Peter M. Schultz | 10.50 | hours at | $460.00 |
| Karen Warshauer | 0.50 | hours at | $175.00 |

**For Costs Incurred and Advanced**

| | |
|--|--|
| Courier Service | 43.29 |
| Lexis/On Line Search | 261.08 |
| Long Distance Telephone Charges | 2.10 |
| Photocopy Charges | 16.00 |
| Facsimile | 8.75 |
| **Total Costs** | **$331.22** |

| | |
|--|--|
| **Current Fees and Costs Due** | **$7,048.72** |
| **Prior Balance Due** | **$997.60** |
| **Total Balance Due** | **$8,046.32** |

**PaulHastings**

PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

Sempra Energy Trading
58 Commerce Road
Stamford, CT 06902

Attn: Michael Goldstein, Esq.
        Vice President & General Counsel

May 26, 2005

Please refer to
Invoice Number: 1444927
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending April 30, 2005

<u>Susan Wood vs.</u>                                           **$1,320.00**

| <u>Date</u> | <u>Initials</u> | <u>Description</u> | <u>Hours</u> |
|------|---------|-------------|-------|
| 03/31/05 | MCD | | 0.25 |
| 04/11/05 | MCD | | 0.25 |
| 04/28/05 | MCD | | 2.00 |
| 04/29/05 | MCD | | 0.25 |
| **Total Hours** | | | **2.75** |



Redacted

**Timekeeper Summary**

Mary C. Dollarhide                    2.75  hours at          $480.00

**For Costs Incurred and Advanced**

Sempra Energy Trading                                                          Page 2
28309-00004
Invoice No. 1444927


Long Distance Telephone Charges                                                1.26
Photocopy Charges                                                              1.00
Facsimile                                                                      2.50
**Total Costs**                                                              **$4.76**


**Current Fees and Costs Due**                                          **$1,324.76**

**Prior Balance Due**                                                   **$8,046.32**

**Total Balance Due**                                                   **$9,371.08**

PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# Paul Hastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
         Vice President & General Counsel

June 30, 2005

Please refer to
Invoice Number: 1453338
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending May 31, 2005

**Susan Wood vs.**                                    **$13,930.00**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/09/05 | MCD | | 0.75 |
| 05/10/05 | JM12 | | 0.50 |
| 05/20/05 | KW2 | | 0.25 |
| 05/25/05 | MCD | | 11.25 |
| 05/26/05 | MCD | | 9.75 |
| 05/27/05 | MCD | | 7.00 |
| 05/31/05 | JM12 | | 0.25 |
| **Total Hours** | | | **29.75** |



Redacted

Sempra Energy Trading                                           Page 2
28309-00004
Invoice No. 1453338

## Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 28.75 | hours at | $480.00 |
| Judith Miller | 0.75 | hours at | $115.00 |
| Karen Warshauer | 0.25 | hours at | $175.00 |

## For Costs Incurred and Advanced

| | |
|---|---|
| Filing Fee | 167.91 |
| Courier Service | 110.53 |
| Long Distance Telephone Charges | 8.40 |
| Photocopy Charges | 63.40 |
| Facsimile | 151.25 |
| Pacer Service Center, Login ID: PH0062, 04/05/05 | 6.56 |
| **Total Costs** | **$508.05** |

| | |
|---|---|
| **Current Fees and Costs Due** | **$14,438.05** |
| **Prior Balance Due** | **$997.60** |
| **Total Balance Due** | **$15,435.65** |

PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# Paul Hastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

July 31, 2005

Please refer to
Invoice Number: 1460171
PHJ&W Tax ID No. 95-2209675

Attn:  Michael Goldstein, Esq.
          Vice President & General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2005

**Susan Wood vs.**                                                            $134,228.75

---

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 05/10/05 | MCD | | 1.00 |
| 05/11/05 | MCD | | 0.25 |
| 05/12/05 | MCD | | 0.25 |
| 05/13/05 | MCD | | 0.50 |
| 05/16/05 | MCD | | 0.25 |
| 05/17/05 | MCD | | 0.25 |
| 05/19/05 | MCD | | 3.50 |
| 05/20/05 | MCD | | 2.75 |
| 05/23/05 | MCD | | 0.50 |
| 05/31/05 | MCD | | 0.50 |
| 06/01/05 | JM12 | | 0.50 |
| 06/01/05 | MCD | | 0.75 |



Redacted

Sempra Energy Trading                                          Page 2
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/01/05 | RJM2 | | 1.00 |
| 06/02/05 | JM12 | | 3.25 |
| 06/02/05 | MCD | | 1.25 |
| 06/02/05 | RWB2 | | 1.25 |
| 06/03/05 | CRW | | 0.75 |
| 06/03/05 | JM12 | | 5.25 |
| 06/03/05 | KW2 | | 2.50 |
| 06/03/05 | MCD | Redacted | 0.50 |
| 06/03/05 | MCD | | 0.25 |
| 06/03/05 | RWB2 | | 4.75 |
| 06/04/05 | RWB2 | | 7.25 |
| 06/05/05 | RWB2 | | 4.25 |
| 06/06/05 | JM12 | | 6.25 |



Sempra Energy Trading                                          Page 3
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/06/05 | KW2 | | 1.00 |
| 06/06/05 | KW2 | | 1.00 |
| 06/06/05 | MCD | | 3.25 |
| 06/06/05 | RWB2 | | 5.50 |
| 06/07/05 | JM12 | | 0.75 |
| 06/07/05 | MCD | | 0.50 |
| 06/07/05 | RJM2 | | 1.00 |
| 06/08/05 | JM12 | | 2.75 |
| 06/08/05 | MCD | | 1.00 |
| 06/08/05 | RJM2 | | 1.75 |
| 06/08/05 | RWB2 | | 2.50 |
| 06/09/05 | JJI | | 1.00 |



Redacted

Sempra Energy Trading                                                    Page 4
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/09/05 | JM12 | | 4.50 |
| 06/09/05 | RWB2 | | 6.50 |
| 06/09/05 | VSS | | 4.75 |
| 06/09/05 | VSS | | 1.25 |
| 06/10/05 | JJI | | 1.50 |
| 06/10/05 | JM12 | | 0.50 |
| 06/10/05 | MCD | | 6.25 |
| 06/10/05 | RJM2 | | 0.50 |
| 06/10/05 | RWB2 | | 8.75 |



Redacted

Sempra Energy Trading                                    Page 5
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/10/05 | VSS | | 7.50 |
| 06/10/05 | YYZ | | 3.00 |
| 06/11/05 | RWB2 | | 2.75 |
| 06/12/05 | RWB2 | | 1.25 |
| 06/13/05 | JJI | | 3.00 |
| 06/13/05 | MCD | | 0.25 |
| 06/13/05 | RJM2 | | 0.50 |
| 06/13/05 | RWB2 | | 5.00 |
| 06/13/05 | VSS | | 2.50 |
| 06/14/05 | JJI | | 3.00 |
| 06/14/05 | RJM2 | | 1.00 |
| 06/14/05 | RWB2 | | 9.75 |



Redacted

**Sempra Energy Trading**                                                Page 6
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/14/05 | VSS | | 3.50 |
| 06/14/05 | VSS | | 4.50 |
| 06/15/05 | JJI | Redacted | 2.50 |
| 06/15/05 | MCD | | 0.25 |
| 06/15/05 | RWB2 | | 10.25 |
| 06/15/05 | VSS | | 2.00 |
| 06/16/05 | MCD | | 1.50 |



Sempra Energy Trading                                                    Page 7
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/16/05 | RWB2 | | 10.50 |
| 06/16/05 | VSS | | 4.50 |
| 06/17/05 | MCD | | 2.00 |
| 06/17/05 | RWB2 | | 11.50 |
| 06/17/05 | VSS | | 0.50 |
| 06/17/05 | YYZ | | 1.25 |
| 06/18/05 | RWB2 | | 10.75 |
| 06/19/05 | MCD | | 1.25 |
| 06/19/05 | RWB2 | | 6.75 |



Redacted

Sempra Energy Trading                                      Page 8
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/19/05 | VSS | | 6.00 |
| 06/20/05 | JJI | | 1.00 |
| 06/20/05 | MCD | | 2.25 |
| 06/20/05 | RWB2 | | 9.75 |
| 06/20/05 | VSS | | 13.00 |
| 06/21/05 | JM12 | | 0.75 |
| 06/21/05 | MCD | | 0.75 |
| 06/21/05 | RWB2 | | 6.50 |
| 06/21/05 | VSS | | 0.50 |



Redacted

Sempra Energy Trading                                    Page 9
28309-00004
Invoice No. 1460171



| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/22/05 | KW2 | | 0.25 |
| 06/22/05 | MCD | | 0.75 |
| 06/22/05 | RWB2 | | 8.50 |
| 06/23/05 | RWB2 | | 9.25 |
| 06/23/05 | VSS | | 6.50 |
| 06/24/05 | JM12 | | 0.50 |
| 06/24/05 | MCD | | 1.25 |
| 06/24/05 | RWB2 | | 6.25 |

Redacted

Sempra Energy Trading                                    Page 10
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/24/05 | VSS | | 1.75 |
| 06/25/05 | MCD | | 1.75 |
| 06/27/05 | JM12 | | 4.75 |
| 06/27/05 | MCD | | 11.00 |
| 06/27/05 | RWB2 | | 5.25 |
| 06/27/05 | VSS | | 4.75 |
| 06/28/05 | BKS | | 0.25 |
| 06/28/05 | MCD | | 9.00 |
| 06/28/05 | RWB2 | | 9.75 |



Redacted

Sempra Energy Trading                                          Page 11
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/28/05 | VSS | | 2.25 |
| 06/29/05 | JJI | | 1.00 |
| 06/29/05 | JM12 | | 0.50 |
| 06/29/05 | MCD | | 6.00 |
| 06/29/05 | RJM2 | | 1.00 |
| 06/29/05 | RWB2 | | 6.25 |
| 06/29/05 | VSS | | 3.00 |
| 06/30/05 | JJI | | 0.50 |
| 06/30/05 | JM12 | | 2.75 |
| 06/30/05 | MCD | | 1.25 |
| 06/30/05 | RWB2 | | 9.00 |



Redacted

Sempra Energy Trading                                              Page 12
28309-00004
Invoice No. 1460171

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 06/30/05 | VSS | | 6.00 |



| | | |
|---|---|---|
| **Total Hours** | | **380.50** |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Carla R. Walworth | 0.75 | hours at | $540.00 |
| Mary C. Dollarhide | 62.75 | hours at | $480.00 |
| Raymond W. Bertrand | 179.75 | hours at | $415.00 |
| Victoria S. Shin | 74.75 | hours at | $275.00 |
| Brit K. Seifert | 0.25 | hours at | $375.00 |
| Judith Miller | 33.00 | hours at | $115.00 |
| Karen Warshauer | 4.75 | hours at | $175.00 |
| Jacqueline J. Imbrogno | 13.50 | hours at | $125.00 |
| Ron J. Marino | 6.75 | hours at | $220.00 |
| Yakov Y. Zylbershlag | 4.25 | hours at | $155.00 |

### For Costs Incurred and Advanced

| | |
|---|---|
| Court Reporting Services | 465.00 |
| Meals | 46.55 |
| Courier Service | 547.16 |
| Lexis/On Line Search | 4,450.68 |

Sempra Energy Trading                                                      Page 13
28309-00004
Invoice No. 1460171


| | |
|---|---:|
| Long Distance Telephone Charges | 11.90 |
| Photocopy Charges | 2,296.20 |
| Facsimile | 6.25 |
| **Total Costs** | **$7,823.74** |


| | |
|---|---:|
| **Current Fees and Costs Due** | **$142,052.49** |
| **Prior Balance Due** | **$997.60** |
| **Total Balance Due** | **$143,050.09** |