PaulHastings

PAUL HASTINGS JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
         Vice President & General Counsel

August 31, 2005

Please refer to
Invoice Number: 1465099
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending July 31, 2005

<u>Susan Wood vs.</u>                                                      $267,371.25

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/01/05 | JM12 | | 5.25 |
| 07/01/05 | MCD | | 1.00 |
| 07/01/05 | RJM2 | | 0.50 |
| 07/01/05 | RWB2 | | 6.25 |
| 07/01/05 | VSS | | 4.50 |
| 07/02/05 | RWB2 | | 3.25 |


Redacted

Sempra Energy Trading                                      Page 2
28309-00004
Invoice No. 1465099

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/05/05 | JM12 | | 3.25 |
| 07/05/05 | MCD | | 2.50 |
| 07/05/05 | RJM2 | | 5.00 |
| 07/05/05 | RWB2 | | 5.50 |
| 07/05/05 | VSS | | 5.75 |
| 07/06/05 | JM12 | | 1.25 |
| 07/06/05 | MCD | | 2.75 |
| 07/06/05 | RJM2 | | 4.50 |
| 07/06/05 | RWB2 | | 8.75 |
| 07/06/05 | VSS | | 2.00 |
| 07/07/05 | JM12 | | 0.25 |



Redacted

Sempra Energy Trading                                    Page 3
28309-00004
Invoice No. 1465099

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/07/05 | RJM2 | | 4.00 |
| 07/07/05 | RWB2 | | 5.75 |
| 07/07/05 | VSS | | 2.00 |
| 07/08/05 | MCD | | 0.25 |
| 07/08/05 | RJM2 | | 1.25 |
| 07/08/05 | RWB2 | | 8.25 |
| 07/08/05 | VSS | | 1.25 |
| 07/09/05 | RWB2 | | 6.50 |
| 07/10/05 | JM12 | | 1.75 |
| 07/10/05 | RWB2 | | 8.50 |
| 07/10/05 | VSS | | 6.50 |
| 07/11/05 | JM12 | | 0.75 |
| 07/11/05 | MCD | | 1.00 |



Redacted

Sempra Energy Trading                                                    Page 4
28309-00004
Invoice No. 1465099



| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/11/05 | RJM2 | | 5.00 |
| 07/11/05 | RWB2 | | 8.75 |
| 07/11/05 | VSS | | 3.50 |
| 07/12/05 | MCD | | 2.00 |
| 07/12/05 | RJM2 | | 4.00 |
| 07/12/05 | RWB2 | | 10.75 |
| 07/13/05 | JM12 | | 0.50 |
| 07/13/05 | MCD | | 9.75 |
| 07/13/05 | RJM2 | | 4.00 |
| 07/13/05 | RWB2 | | 8.75 |
| 07/13/05 | VSS | | 2.00 |
| 07/14/05 | JM12 | | 6.25 |
| 07/14/05 | MCD | | 6.00 |
| 07/14/05 | RJM2 | | 4.00 |

Redacted

Sempra Energy Trading                                              Page 5
28309-00004
Invoice No. 1465099

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/14/05 | RWB2 | | 12.75 |
| 07/14/05 | VSS | | 8.25 |
| 07/15/05 | JM12 | | 7.00 |
| 07/15/05 | MCD | | 6.25 |
| 07/15/05 | RJM2 | | 5.00 |
| 07/15/05 | RWB2 | | 12.25 |
| 07/15/05 | VSS | | 8.00 |
| 07/16/05 | JM12 | | 5.00 |
| 07/16/05 | MCD | | 0.50 |



Redacted

Sempra Energy Trading                                                    Page 6
28309-00004
Invoice No. 1465099

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/16/05 | RWB2 | | 6.50 |
| 07/16/05 | VSS | | 6.00 |
| 07/17/05 | MCD | | 6.50 |
| 07/17/05 | RJM2 | | 2.00 |
| 07/17/05 | RWB2 | | 7.75 |
| 07/18/05 | JM12 | | 4.75 |
| 07/18/05 | MCD | | 7.75 |
| 07/18/05 | RWB2 | | 12.25 |
| 07/18/05 | VSS | | 7.75 |
| 07/19/05 | JM12 | | 3.25 |
| 07/19/05 | MCD | | 9.75 |
| 07/19/05 | RJM2 | | 6.00 |



Redacted

Sempra Energy Trading                                                              Page 7
28309-00004
Invoice No. 1465099

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/19/05 | RWB2 | | 12.75 |
| 07/19/05 | VSS | | 10.25 |
| 07/20/05 | JM12 | | 0.25 |
| 07/20/05 | MCD | | 12.50 |
| 07/20/05 | RJM2 | | 6.00 |
| 07/20/05 | RWB2 | | 13.75 |
| 07/21/05 | MCD | | 11.00 |
| 07/21/05 | RJM2 | | 5.00 |
| 07/21/05 | RWB2 | | 11.75 |
| 07/22/05 | MCD | | 16.50 |



Redacted

Sempra Energy Trading                                                Page 8
28309-00004
Invoice No. 1465099

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/22/05 | RJM2 | | 6.00 |
| 07/22/05 | RWB2 | | 13.75 |
| 07/22/05 | VSS | | 2.50 |
| 07/23/05 | JM12 | | 14.50 |
| 07/23/05 | MCD | | 14.25 |
| 07/23/05 | RJM2 | | 2.50 |
| 07/23/05 | RWB2 | | 15.25 |
| 07/24/05 | JM12 | | 11.25 |
| 07/24/05 | MCD | | 14.50 |
| 07/24/05 | RJM2 | | 3.00 |
| 07/24/05 | RWB2 | | 14.50 |
| 07/24/05 | VSS | | 2.00 |
| 07/25/05 | JM12 | | 7.00 |
| 07/25/05 | JM12 | | 6.50 |
| 07/25/05 | MCD | | 16.00 |
| 07/25/05 | RJM2 | | 9.00 |
| 07/25/05 | RWB2 | | 19.25 |



Redacted

Sempra Energy Trading                                          Page 9
28309-00004
Invoice No. 1465099



| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 07/25/05 | VSS | | 2.00 |
| 07/26/05 | JM12 | | 8.25 |
| 07/26/05 | JM12 | | 3.50 |
| 07/26/05 | MCD | | 12.00 |
| 07/26/05 | RJM2 | | 11.50 |
| 07/26/05 | RWB2 | | 12.25 |
| 07/26/05 | VSS | | 1.25 |
| 07/27/05 | JM12 | | 8.25 |
| 07/27/05 | JM12 | | 0.50 |
| 07/27/05 | MCD | | 11.75 |
| 07/27/05 | RJM2 | | 10.00 |
| 07/27/05 | RWB2 | Redacted | 9.75 |
| 07/28/05 | JM12 | | 3.50 |
| 07/28/05 | JM12 | | 6.50 |
| 07/28/05 | MCD | | 10.25 |
| 07/28/05 | RWB2 | | 9.00 |
| 07/29/05 | MCD | | 3.00 |
| 07/29/05 | RJM2 | | 0.50 |
| **Total Hours** | | | **725.75** |

Sempra Energy Trading                                                              Page 10
28309-00004
Invoice No. 1465099

## Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 177.75 | hours at | $510.00 |
| Raymond W. Bertrand | 264.50 | hours at | $450.00 |
| Victoria S. Shin | 75.50 | hours at | $310.00 |
| Judith Miller | 109.25 | hours at | $115.00 |
| Ron J. Marino | 98.75 | hours at | $220.00 |

## For Costs Incurred and Advanced

| | |
|---|---|
| Court Reporting Services | 584.96 |
| Meals | 565.41 |
| Courier Service | 336.32 |
| Mileage | 4.78 |
| Parking | 12.00 |
| Lexis/On Line Search | 3,425.82 |
| Long Distance Telephone Charges | 208.87 |
| Photocopy Charges | 2,255.80 |
| Secretarial Overtime Charges | 218.75 |
| Facsimile | 26.25 |
| Outside Professional Services - - Terri Fidanza Inv#071105MD  07/11/2005 | 4,197.60 |
| HC-Misc - - Officemax, 6/2/05, binders, Inv# 011297 | 46.16 |
| HC-Misc - - OFFICEMAX, 6/14/05, file pockets, Inv# 216224 | 26.40 |
| Outside Professional Services - - 1-800-SERVE-EM - Inv No. 2005057658, 07/20/05, Subpoena served on M. Solis | 247.00 |
| Outside Professional Services - - 1-800-SERVE-EM - Inv No. 2005057869, 07/21/05, Subpoena served on A. Vogel | 260.00 |
| Outside Professional Services - - 1-800-SERVE-EM - Inv No. 2005057483, 7/20/05, Subpoena served on S. Soule | 268.00 |
| Outside Professional Services - - 1-800-SERVE-EM - Inv No. 2005057851, 7/21/05, Subpoena served on M. Malchow | 268.00 |

Sempra Energy Trading                                                    Page 11
28309-00004
Invoice No. 1465099


Outside Professional Services - - 1-800-SERVE-EM - Inv No. 2005057851/1, dated          464.00
07/22/05, Subpoena served on M. Malchow

**Total Costs**                                                                      **$13,416.12**


| | |
|---|---:|
| **Current Fees and Costs Due** | **$280,787.37** |
| **Prior Balance Due** | **$143,050.09** |
| **Total Balance Due** | **$423,837.46** |

PAUL, HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading                           September 30, 2005
58 Commerce Road
Stamford, CT  06902                             Please refer to
                                                Invoice Number: 1472920
Attn:  Michael Goldstein, Esq.                  PHJ&W Tax ID No. 95-2209675
       Vice President & General Counsel

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending August 31, 2005

<u>Susan Wood vs.</u>                                        $144,861.25

---

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/01/05 | MCD | | 1.25 |
| 08/01/05 | RWB2 | | 4.25 |
| 08/02/05 | MCD | | 1.00 |
| 08/02/05 | RWB2 | | 3.00 |
| 08/03/05 | BKS | | 0.00 |
| 08/03/05 | JM12 | | 2.75 |



Redacted

Sempra Energy Trading                                                        Page 2
28309-00004
Invoice No. 1472920

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/03/05 | JM15 | | 4.50 |
| 08/03/05 | MCD | | 2.00 |
| 08/03/05 | RWB2 | | 3.50 |
| 08/04/05 | JM12 | | 3.75 |
| 08/04/05 | JM15 | | 2.75 |
| 08/04/05 | KW2 | | 0.25 |
| 08/04/05 | MCD | | 5.50 |
| 08/05/05 | JM12 | | 0.25 |
| 08/05/05 | JM15 | | 1.75 |
| 08/05/05 | MCD | | 1.75 |
| 08/05/05 | RWB2 | | 6.75 |
| 08/06/05 | MCD | | 0.75 |
| 08/06/05 | RWB2 | | 4.25 |
| 08/07/05 | JM12 | | 0.50 |



Redacted

Sempra Energy Trading                                                      Page 3
28309-00004
Invoice No. 1472920



| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/08/05 | JM12 | | 1.75 |
| 08/08/05 | JM15 | | 2.00 |
| 08/08/05 | MCD | | 2.50 |
| 08/08/05 | RWB2 | | 4.75 |
| 08/09/05 | JM12 | | 3.75 |
| 08/09/05 | MCD | | 0.50 |
| 08/10/05 | JM12 | | 0.75 |
| 08/10/05 | MCD | | 0.50 |
| 08/10/05 | YYZ | | 0.75 |
| 08/11/05 | MCD | | 0.50 |
| 08/12/05 | MCD | | 1.75 |
| 08/13/05 | MCD | | 0.25 |
| 08/15/05 | MCD | | 3.25 |

Redacted

Sempra Energy Trading                                          Page 4
28309-00004
Invoice No. 1472920

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/15/05 | RJM2 | | 1.50 |
| 08/15/05 | RWB2 | | 7.75 |
| 08/16/05 | MCD | | 4.75 |
| 08/16/05 | RJM2 | | 1.00 |
| 08/16/05 | RWB2 | | 11.75 |
| 08/17/05 | JM12 | | 4.75 |
| 08/17/05 | MCD | | 1.75 |



Redacted

Sempra Energy Trading                                                    Page 5
28309-00004
Invoice No. 1472920

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/17/05 | RWB2 | | 12.25 |
| 08/18/05 | JM12 | | 7.25 |
| 08/18/05 | KW2 | | 0.50 |
| 08/18/05 | MCD | | 1.50 |
| 08/18/05 | RWB2 | | 9.75 |
| 08/19/05 | JM12 | | 6.25 |
| 08/19/05 | KW2 | | 0.50 |
| 08/19/05 | MCD | | 11.75 |
| 08/19/05 | RWB2 | | 10.25 |
| 08/20/05 | JM12 | | 4.00 |
| 08/20/05 | RWB2 | | 6.25 |



Redacted

Sempra Energy Trading                                      Page 6
28309-00004
Invoice No. 1472920

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/21/05 | RWB2 | | 10.75 |
| 08/22/05 | JM12 | | 3.75 |
| 08/22/05 | MCD | | 2.50 |
| 08/22/05 | RWB2 | | 10.50 |
| 08/23/05 | JM12 | | 1.75 |
| 08/23/05 | MCD | | 1.50 |
| 08/23/05 | RWB2 | | 9.25 |
| 08/24/05 | JJI | | 2.00 |
| 08/24/05 | KW2 | | 0.25 |
| 08/24/05 | MCD | | 0.25 |



Redacted

Sempra Energy Trading                                                    Page 7
28309-00004
Invoice No. 1472920

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/24/05 | RWB2 | | 9.75 |
| 08/25/05 | JM12 | | 1.50 |
| 08/25/05 | KWG | | 0.50 |
| 08/25/05 | MCD | | 2.25 |
| 08/25/05 | RJM2 | | 1.50 |
| 08/25/05 | RWB2 | | 7.75 |
| 08/26/05 | JM12 | | 0.25 |
| 08/26/05 | MCD | | 0.25 |
| 08/26/05 | RJM2 | | 1.00 |



Redacted

Sempra Energy Trading                                     Page 8
28309-00004
Invoice No. 1472920

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/26/05 | RWB2 | | 9.50 |
| 08/27/05 | MCD | | 0.25 |
| 08/27/05 | RWB2 | | 6.25 |
| 08/28/05 | JM12 | | 1.00 |
| 08/28/05 | MCD | | 8.50 |
| 08/28/05 | RWB2 | | 7.00 |
| 08/29/05 | JM12 | | 12.25 |
| 08/29/05 | MCD | | 17.00 |
| 08/29/05 | RAW2 | | 2.50 |
| 08/29/05 | RJM2 | | 1.00 |
| 08/29/05 | RWB2 | | 15.50 |
| 08/30/05 | JM12 | | 7.50 |
| 08/30/05 | JM12 | | 5.25 |
| 08/30/05 | MCD | | 14.00 |
| 08/30/05 | RJM2 | | 10.00 |



Redacted

Sempra Energy Trading                                                    Page 9
28309-00004
Invoice No. 1472920

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/30/05 | RWB2 | | 12.25 |
| 08/31/05 | MCD | | 0.00 |
| 08/31/05 | RWB2 | | 6.25 |
| **Total Hours** | | | **380.25** |



Redacted

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Kenneth W. Gage | 0.50 | hours at | $525.00 |
| Mary C. Dollarhide | 87.75 | hours at | $510.00 |
| Ray A. Wynter | 2.50 | hours at | $380.00 |
| Raymond W. Bertrand | 189.25 | hours at | $450.00 |
| Judith Miller | 69.00 | hours at | $115.00 |
| Karen Warshauer | 1.50 | hours at | $175.00 |
| Jacqueline J. Imbrogno | 2.00 | hours at | $125.00 |
| Ron J. Marino | 16.00 | hours at | $220.00 |
| Yakov Y. Zylbershlag | 0.75 | hours at | $155.00 |
| Jeff Michalowski | 11.00 | hours at | $150.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Meals | 757.47 |
| Courier Service | 670.50 |
| Taxi/Ground Transportation | 225.00 |
| Witness Fee | 108.26 |
| Mileage | 91.94 |

Sempra Energy Trading                                                      Page 10
28309-00004
Invoice No. 1472920


| | |
|---|---:|
| Parking | 95.75 |
| Lexis/On Line Search | 1,575.67 |
| Long Distance Telephone Charges | 76.97 |
| Photocopy Charges | 1,626.80 |
| Secretarial Overtime Charges | 2,135.00 |
| Facsimile | 20.00 |
| Pacer Service Center, Invoice No. 070705/PH0062, 7/07/05 - Loging ID: PH0062 | 5.60 |
| Pacer Service Center, Invoice No. 070705/PH0062, 7/07/05 - Loging ID: PH0062 | 0.96 |
| Outside Professional Services - - 1-800-SERVE-EM - Inv No. 2005057580, 7/20/05, B. Rickers Subpoena | 251.00 |
| Outside Professional Services - - 1-800-SERVE-EM - 08/19/05, Ray Bertrand, A. Vogel Subpoena | 196.00 |
| **Total Costs** | **$7,836.92** |


| | |
|---|---:|
| **Current Fees and Costs Due** | **$152,698.17** |
| **Prior Balance Due** | **$997.60** |
| **Total Balance Due** | **$153,695.77** |

PAUL HASTINGS, JANOFSKY & WALKER LLP
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Hong Kong/ London/ Los Angeles/ New York/ Orange County/
San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# PaulHastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
         Vice President & General Counsel

October 24, 2005

Please refer to
Invoice Number: 1476782
PHJ&W Tax ID No. 95-2209675

FOR PROFESSIONAL SERVICES RENDERED
for the period ending September 30, 2005

**Susan Wood vs.**                                                      **$20,146.25**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/23/05 | TBE | Redacted | 0.50 |
| 09/01/05 | MCD | | 0.50 |
| 09/01/05 | RWB2 | | 3.75 |
| 09/02/05 | MCD | | 0.25 |
| 09/05/05 | RWB2 | | 1.00 |
| 09/06/05 | MCD | | 0.25 |
| 09/06/05 | RWB2 | | 7.50 |
| 09/07/05 | MCD | | 1.75 |

Sempra Energy Trading                                          Page 2
28309-00004
Invoice No. 1476782

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/07/05 | RJM2 | | 0.75 |
| 09/07/05 | RWB2 | | 3.25 |
| 09/09/05 | JM12 | | 0.25 |
| 09/09/05 | MCD | | 0.25 |
| 09/12/05 | RWB2 | | 0.25 |
| 09/13/05 | MCD | | 0.25 |
| 09/14/05 | MCD | | 1.00 |
| 09/14/05 | RWB2 | | 1.00 |
| 09/26/05 | MCD | | 0.75 |
| 09/27/05 | MCD | | 1.50 |
| 09/27/05 | RWB2 | | 8.50 |
| 09/28/05 | RWB2 | | 4.75 |
| 09/30/05 | MCD | | 0.75 |
| 09/30/05 | RWB2 | | 5.75 |



Redacted

Sempra Energy Trading                                              Page 3
28309-00004
Invoice No. 1476782

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| **Total Hours** | | | **44.50** |

## Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 7.25 | hours at | $510.00 |
| Raymond W. Bertrand | 35.75 | hours at | $450.00 |
| Traci B. Eskildsen | 0.50 | hours at | $335.00 |
| Judith Miller | 0.25 | hours at | $115.00 |
| Ron J. Marino | 0.75 | hours at | $220.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Court Reporting Services | 2,652.28 |
| Long Distance Telephone Charges | 1.49 |
| Meals | 317.10 |
| Lodging | 2,613.25 |
| Courier Service | 155.74 |
| Taxi/Ground Transportation | 439.49 |
| Parking | 8.50 |
| Long Distance Telephone Charges | 18.40 |
| Photocopy Charges | 233.40 |
| Secretarial Overtime Charges | 218.75 |
| **Total Costs** | **$6,658.40** |

| | |
|---|---|
| **Current Fees and Costs Due** | **$26,804.65** |
| **Prior Balance Due** | **$434,483.14** |
| **Total Balance Due** | **$461,287.79** |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
3579 Valley Centre Drive, San Diego, CA 92130
telephone 858-720-2500 / facsimile 858-720-2555 / internet www.paulhastings.com

Atlanta/ Beijing/ Brussels/ Hong Kong/ London/ Los Angeles/ Milan/ New York/ Orange County/
Palo Alto/ Paris/ San Diego/ San Francisco/ Shanghai/ Stamford/ Tokyo/ Washington, D.C.

# Paul Hastings

Sempra Energy Trading
58 Commerce Road
Stamford, CT  06902

Attn:  Michael Goldstein, Esq.
        Vice President & General Counsel

November 30, 2005

Please refer to
Invoice Number: 1485674
PHJ&W Tax ID No. 95-2209675

---

FOR PROFESSIONAL SERVICES RENDERED
for the period ending October 31, 2005

**Susan Wood vs.**                                                   **$945.00**

---

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/02/05 | RWB2 | | 1.25 |
| 10/03/05 | MCD | | 0.25 |
| 10/07/05 | MCD | Redacted | 0.25 |
| 10/26/05 | MCD | | 0.25 |
| **Total Hours** | | | **2.00** |

### Timekeeper Summary

| | | | |
|---|---|---|---|
| Mary C. Dollarhide | 0.75 | hours at | $510.00 |
| Raymond W. Bertrand | 1.25 | hours at | $450.00 |

**For Costs Incurred and Advanced**

| | |
|---|---|
| Meals | 38.14 |
| Courier Service | 89.05 |

Sempra Energy Trading                                                      Page 2
28309-00004
Invoice No. 1485674

| | |
|---|---:|
| Taxi/Ground Transportation | 144.00 |
| Lexis/On Line Search | 19.73 |
| Photocopy Charges | 55.60 |
| Facsimile | 6.25 |
| **Total Costs** | **$352.77** |

| | |
|---|---:|
| **Current Fees and Costs Due** | **$1,297.77** |
| **Prior Balance Due** | **$179,502.82** |
| **Total Balance Due** | **$180,800.59** |