**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320  FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/18/2004 | 3000 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Wood vs. Sempra Energy Trading Corp. | | |
|  | Wit. Denise Freda and Vincent Cookingham | | |
|  | Date: 4/5/04 | | |
| 70 | Copy of Transcript - Cookingham | 2.25 | 157.50T |
| 75 | Copy of Transcript - Freda | 2.25 | 168.75T |
| 2 | Condensed | 30.00 | 60.00T |
| 2 | Ascii Disc | 10.00 | 20.00T |
|  | Shipping and handling | 10.00 | 10.00T |
|  | CT Sales Tax | 6.00% | 24.98 |

PLEASE RETURN COPY OF BILL WITH PAYMENT
PLEASE DO NOT STAPLE CHECKS TO BIILS.

**Total** $441.23

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320   FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/3/2004 | 3009 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 127 | Wood vs. Schultz<br>Wit. Brian Cumming<br>Date: 4/14/04<br>Copy of Transcript | 2.25 | 285.75T |
|  | Condensed | 30.00 | 30.00T |
|  | Ascii Disc | 10.00 | 10.00T |
|  | Shipping and handling | 10.00 | 10.00T |
|  | CT Sales Tax | 6.00% | 20.15 |

PLEASE RETURN COPY OF BILL WITH PAYMENT
PLEASE DO NOT STAPLE CHECKS TO BIILS.

**Total**   $355.90

**Goldfarb & Ajello Court Reporting**
24 East Avenue; #1372
New Canaan, CT 06840
1-203-972-8320
Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/12/2004 | DM 708* |

**BILL TO:**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

| TERMS | REPORTER: |
|---|---|
| PAST DUE! | DONNA MIANI |

*URGENT*

| QTY: | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Wood vs. Sempra Energy on March 5, 2004 of Joseph Howley | | |
| 156 | Copy of Transcript | 2.25 | 351.00T |
| 156 | Surcharge for Overnight Expedite | 3.95 | 616.20T |
| | Shipping & Handling Charge | 8.00 | 8.00T |
| | SUBTOTAL OF ABOVE ITEMS | | 975.20 |
| | CT Sales Tax | 6.00% | 58.51 |

PLEASE RETURN COPY OF BILL WITH PAYMENT.
PLEASE DO NOT STAPLE CHECKS TO BIILS.

| | |
|---|---|
| Total | $1,033.71 |
| Payments/Credits | $0.00 |
| **BALANCE DUE:** | **$1,033.71** |

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT  06840
203-972-8320  FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/18/2004 | 3018 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT  06902

*Mary Dollarhide attended this Depo.*

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 154 | Susan Wood vs. Sempra Energy Trading<br>Wit. David Messer<br>Date: 4/28/04<br>Copy of Transcript | 2.25 | 346.50T |
| | Condensed | 30.00 | 30.00T |
| | Ascii Disc | 10.00 | 10.00T |
| | Shipping and handling | 10.00 | 10.00T |
| | CT Sales Tax | 6.00% | 23.79 |

PLEASE RETURN COPY OF BILL WITH PAYMENT.
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total**  $420.29

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
1-203-972-8320  FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/3/2004 | 3007 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

| TERMS | REPORTER: |
|---|---|
| **Due on receipt** | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 160 | Wood vs. Sempra<br>Wit. Jacqueline Mitchell<br>Date: 4/13/04<br>Copy of Transcript | 2.25 | 360.00T |
|  | Condensed | 30.00 | 30.00T |
|  | Ascii Disc | 10.00 | 10.00T |
|  | Shipping and handling | 10.00 | 10.00T |
|  | CT Sales Tax | 6.00% | 24.60 |

PLEASE RETURN COPY OF BILL WITH PAYMENT
PLEASE DO NOT STAPLE CHECKS TO BIILS.

**Total**  $434.60

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320 FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/27/2004 | 3002 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Susan Wood vs. Sempra Energy Trading | | |
|  | Wit. Sarathi Roy | | |
|  | Date: 4/7/04 | | |
| 286 | Copy of Transcript | 2.25 | 643.50T |
|  | Condensed | 30.00 | 30.00T |
|  | Ascii Disc | 10.00 | 10.00T |
| 1 | Shipping and handling | 10.00 | 10.00T |
|  | CT Sales Tax | 6.00% | 41.61 |

PLEASE RETURN COPY OF BILL WITH PAYMENT.
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total** $735.11



# Invoice

| Date | Invoice # |
|---|---|
| 4/13/2004 | 8844 |

**To:**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Boulevard
10th Floor
Stamford, CT 06901-2217

Project #

| Services Rendered | Rate | Quantity | Amount |
|---|---|---|---|
| **RE: Wood v. Sempra Energy** | | | |
| One (1) Copy Set of the Videotaped Deposition of Ms. Sarathi Roy recorded on April 7, 2004 | 220.00 | | 220.00T |
| Federal Express/Postage/Handling | 10.00 | | 10.00T |

Thank you for your business.

| | |
|---|---|
| Subtotal | $230.00 |
| Sales Tax (6.0%) | $13.80 |
| Total | $243.80 |
| **Balance Due** | **$243.80** |

DIVISION OF BAVIER, BULGER & GOODYEAR, INC. TAX ID #06-0859667



270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
1-203-972-8320

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/2004 | FG 401* |

2004 APR 15 AM 11:59

**BILL TO**

Paul, Hastings, Janofsky & Walker
Mary Dollarhide, Esquire
1055 Washington Blvd.
STAMFORD, CT 06901

| TERMS | | | REPORTER: | |
|---|---|---|---|---|
| Due on receipt | | | FRANCINE GARB | |
| QUANTITY | DESCRIPTION | | RATE | AMOUNT |
| | Susan E. Wood vs. Sempra Energy on March 9, 2004 of Steven J. Prince and Michael Goldstein | | | |
| 281 | Copy of Transcript | | 2.25 | 632.25T |
| | Ascii Disc | | 10.00 | 10.00T |
| | Condensed Version | | 30.00 | 30.00T |
| | Shipping & Handling Charge | | 10.00 | 10.00T |
| | SUBTOTAL OF ABOVE ITEMS | 1266608 | | 682.25 |
| | CT Sales Tax | | 6.00% | 40.94 |

no rt bil
4/15e

28309-00004

PLEASE RETURN COPY OF BILL WITH PAYMENT.
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total** $723.19

Docuserve - A LegaLink Company
388 Tarrytown Road
White Plains, NY 10607
(914) 949-4545   Fax (914) 949-4662

OCT 17 2005

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| PAULST01 | 10/11/2005 |

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 1,243.75 | .00 |
| **90 DAYS** | **120 DAYS & OVER** | **TOTAL DUE** |
| .00 | .00 | 1,243.75 |

Raymond Bertrand
Paul, Hastings, Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | CAPTION |
|---|---|---|---|---|---|
| 09/07/2005 | 25474 | 743.75 | 09/06/2005 | Alberto Vogel | Susan Wood v Sempre Eneray |
| 09/07/2005 | 25479 | 500.00 | 09/06/2005 | Alberto Vogel | Susan Wood v Sempre Eneray |

TAX ID NO.:   20-0540066



# Invoice

| Date | Invoice # |
|---|---|
| 12/18/2003 | 8642 |

**To:**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Boulevard
10th Floor
Stamford, CT  06901-2217

| Project # |
|---|
|  |

| Services Rendered | Rate | Quantity | Amount |
|---|---|---|---|
| RE: Wood v. Sempra Energy | | | |
| The Videotaped Deposition of: Ms. Susan Wood recorded on December 12, 2003 | 1,155.00 | | 1,155.00T |
| Federal Express/Postage/Handling | 28.00 | | 28.00T |
| SUBTOTAL: | | | 1,183.00 |
| Expenses - Auto-Travel | 32.40 | | 32.40 |

Thank you for your business.

| | |
|---|---|
| **Subtotal** | $1,215.40 |
| **Sales Tax (6.0%)** | $70.98 |
| **Total** | $1,286.38 |
| **Balance Due** | $1,286.38 |

DIVISION OF BAVIER, BULGER & GOODYEAR, INC. TAX ID #06-0859667



270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax (203) 387-8558

# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT  06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, December 29, 2003 | 7540BL |

Peter Schultz
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd.
Stamford, CT 06901

Phone:                    Fax:

| | |
|---|---|
| Witness: | Wood, Susan |
| Case: | Wood vs. Sempra |
| Venue: | |
| Case #: | |
| Date: | 12/12/2003 |
| Start Time: | 9:30 AM |
| End Time: | : 0 |
| Reporter: | James Scally |
| Claim #: | |
| File #: | *11131ss* |

| Description | Quan | Total |
|---|---|---|
| Original and One | 241 | $951.95 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Exhibits | 155 | $38.75 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $66.52 |

|  |  |
|---|---|
| Sub Total | $1,175.22 |
| Payments | $0.00 |
| Balance Due | $1,175.22 |

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*