

**Receipt Confirmation & Invoice**
Paper: 2005057869
Your Ref. No: 3:03-CV-986 (JCH)
Sent: 7/21/2005

Tel: 800.737.8336     process@1-800-serve-em.com
Fax: 888.737.8336    http://www.1-800-serve-em.com

| | | | |
|---|---|---|---|
| *From:* | Patricia Barron | *Court:* | United States District Court for the District of Connecticut |
| *To:* | Karen Warshauer Paul Hastings Janofsky & Walker, LLP | *Case:* | 3:03-CV-986 (JCH) |
| *Street:* | 1055 Washington Blvd. Stamford, CT 06901 | *Style:* | SUSAN E. WOOD |
| | | | Plaintiff |
| *Voice:* | 203.961.7400 | | -vs- |
| *Fax:* | 203.359.3031 | | SEMPRA ENERGY TRADING CORP. |
| | www.paulhastings.com | | Defendant |
| *Voice:* | 203.961.7440 | *Writ:* | Cover letter dated July 20, 2005 and Subpoena |
| | karenwarshauer@paulhastings.com | *Services:* | Serve |
| | | *Priority:* | ASAP |
| Total Fee: | $196.00 | *Target:* | Alberto Vogel |
| Total Cost: | $64.00 | *Business:* | 129 Davenport Ridge Road Stamford, CT 06903 |
| Total Paid: | $0.00 | *Phone:* | |
| Balance: | [redacted] $260.00 Due on Receipt | *Through:* | [redacted] Alberto Vogel |
| | | *Address:* | 129 Davenport Ridge Road Stamford, CT 06903 |

Remit Payment to 1-800-SERVE-EM
1711 Latham Road, 1st Floor, West Palm Beach, FL 33409

*Phone:*
**Notes:**
*Alternate:*

---

Thank you for choosing *1-800-SERVE-EM* to expedite your civil service of process request. You will receive an event notification in this form, upon any change of status or problem, and upon successful service of this paper. Proof of service in the appropriate form for the originating jurisdiction will be prepared, executed, and returned to you by overnight courier.

Additionally, you may visit *www.1-800-serve-em.com* to check the status of your paper by entering the tracking number **2005057869** in the track box.

Please, do not hesitate to call us at *1-800-SERVE-EM* (737-8336) should you have any further questions.

---

*Accountable Inter-Jurisdictional Process Service*

**Airport Process, Inc., d/b/a**
**1-800-serve-em**

1711 Latham Road
West Palm Beach, FL 33409-5134

# Invoice

| Date | Invoice # |
|---|---|
| 7/21/2005 | 2005057869 |

| Bill To |
|---|
| Paul Hastings Janofsky & Walker, LLP<br>ATTN: Karen Warshauer<br>1055 Washington Blvd.<br>Stamford, CT 06901 |

| Your Reference N... | Terms | Case Number |
|---|---|---|
|  | Due on receipt | 3:03-CV-986 (JCH) |

| Item | Paper Num... | Target | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| ASAP Pro... | 2005057869 | Alberto Vogel | ASAP Domestic Service of Process |  | 196.00 | 196.00 |
| Witness F... | 2005057869 | Alberto Vogel | Witness Fees Advanced For Client |  | 64.00 | 64.00 |

| | |
|---|---|
| **Total** | $260.00 |
| **Balance Due** | $260.00 |