**Airport Process, Inc., d/b/a** 
***1-800-serve-em***

1711 Latham Road 
West Palm Beach, FL 33409-5134

# Invoice

| Date | Invoice # |
|---|---|
| 7/20/2005 | 2005057580 |

**Bill To**

Paul Hastings Janofsky & Walker, LLP 
ATTN: Karen Warshauer 
1055 Washington Blvd. 
Stamford, CT 06901

| Your Reference N... | Terms | Case Number |
|---|---|---|
|  | Due on receipt | 3:03-CV-986 (JCH) |

| Item | Paper Num... | Target | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| ASAP Pro... | 2005057580 | Brian Rickers | ASAP Domestic Service of Process |  | 196.00 | 196.00 |
| Witness F... | 2005057580 | Brian Rickers | Witness Fees Advanced For Client |  | 55.00 | 55.00 |

| | |
|---|---|
| **Total** | $251.00 |
| **Balance Due** | $251.00 |

*Mailed on 8/15/05*