w new york the court and the tuscany
120 and 130 east 39th street
new york, ny 10016
212 685 1100
212 686 1600



W NEW YORK
THE COURT • THE TUSCANY

| guest | | room | 1011 | | travel agent | |
|---|---|---|---|---|---|---|
| Mr Brian Cumming | | rate | 309.00 | | | |
| | | no. pers | 1 | | | |
| 63 Julia Street L10 | | folio | 2594037 | A | | |
| Singapur, | | page | 2 | | charge to | |
| China | | arrive | 24-JUL-05 | 19:52 | | |
| | | depart | 26-JUL-05 | 07:57 | | |
| | | payment | MC | | | |

| DATE | REFERENCE | DESCRIPTION | | | CHARGES/CREDITS |
|---|---|---|---|---|---|
| 24-JUL-05 | H45850 | 896.10 | | | |
| 26-JUL-05 | H57944 | 93.06 | | | |
| | Total-Due | | | 0.00 | |

**EXPENSE REPORT SUMMARY**

| Date | Room & Tax | Food & Bev | Telephones | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 24-JUL-05 | 352.33 | 0.00 | 8.50 | 173.90 | 534.73 | 0.00 |
| 25-JUL-05 | 352.33 | 67.51 | 0.00 | 1.50 | 421.34 | 0.00 |
| 26-JUL-05 | 0.00 | 0.00 | 33.09 | 0.00 | 33.09 | 989.16- |
| Total | 704.66 | 67.51 | 41.59 | 175.40 | 989.16 | 989.16- |

We hope you enjoyed your experience at the W Court and hope to welcome you back soon.
Contact us at GMJeff.darnell@whotels.com 212.685.1100

As a Starwood Preferred Guest, you could have earned 1458
Starpoints for this visit. Please provide your member number
or enroll today.

| Mr Brian Cumming | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO 2594037 | 24-JUL-05 | 1011 | 26-JUL-05 | DSPENCE |

# Paul Hastings
ATTORNEYS

Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard • Stamford, CT 06901
telephone 203 961 7400 • facsimile 203 359 3031 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(203) 961-7477
raymondbertrand@paulhastings.com

August 1, 2005

28309.00004

**VIA UPS**

Wayne Kubicek
Sempra Energy Trading Corp.
58 Commerce Road
Stamford, CT 06902

Re: <u>Wood v. Sempra Energy Trading Corp.</u>

Dear Wayne:

Enclosed please find Jamie Evans' receipts for his trip to Connecticut for the trial. Please let me know if you have any questions.

Sincerely,

Raymond W. Bertrand
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosures

STM/300896.1

w new york
541 lexington avenue
new york, ny 10022
212 755 1200


W NEW YORK

| guest | | room | 1510 | | travel agent | |
|---|---|---|---|---|---|---|
| James Evans | | rate | 259.00 | | | |
| Canadian Imperial Bank Of C | | no. pers | 1 | | | |
| 1027 Prospect Ave Sw | | folio | 2591356 | EX-A | charge to | |
| Calgary, AB T2T 0W8 | | page | 1 | | | |
| Canada | | arrive | 25-JUL-05 | 17:28 | | |
| | | depart | 26-JUL-05 | | | |
| | | payment | AX | | | |

| DATE | REFERENCE | DESCRIPTION | | CHARGES/CREDITS |
|---|---|---|---|---|
| 25-JUL-05 | RT1510 | Room Chrg Corp Volume NLRA | | 259.00 |
| 25-JUL-05 | RT1510 | Room Tax | | 12.95 |
| 25-JUL-05 | RT1510 | State Tax | | 21.69 |
| 25-JUL-05 | RT1510 | Occupancy/Tourism Tax | | 2.00 |
| 25-JUL-05 | RT1510 | NYS Javits Ctr Tax | | 1.50 |
| 26-JUL-05 | AX | American Express | 297.14- | |
| | | Total-Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure. You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | room&tax | Food & Bev | Telephone | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 25-JUL-05 | 295.64 | 0.00 | 0.00 | 0.00 | 1.50 | 297.14 | 0.00 |
| Total | 295.64 | 0.00 | 0.00 | 0.00 | 1.50 | 297.14 | 0.00 |

Did we make your wishes come true? Let us know how we did! Give us a call at 212-755-1200
or email us at wwmanager.wny@whotels.com

As a Starwood Preferred Guest you have earned at least 782
Starpoints for this visit G400002183.

| James Evans | | ROOM | DEPART | AGENT |
|---|---|---|---|---|
| FOLIO | 2591356    25-JUL-05 | 1510 | | |