| | | |
|---|---|---|
| FLIGHT | $ 3,503.85 | Calgary/LGA Return |
| HOTEL | $ 959.44 | July 24, 25 and 26 |
| TIPS | $ 10.00 | No receipts |
| MEALS | $ 49.38 | |
| TAXI/TOLLS | $ 81.50 | |
| TAXI | $ 70.83 | $85.00 Canadian converted at 1.20 |
| | | |
| TOTAL | $ 4,675.00 | Please issue USD check |
| | | |
| | | James W. Evans |
| | | 1027 Prospect Avenue SW |
| | | Calgary, AB, Canada |
| | | T2W 0X8 |
| | | 403-205-3433 |
| | | |

**ELECTRONIC TICKET** — AIR CANADA

Class | Classe: EXECUTIVE CLASS/CLASSE AFFAIRES

| Flight & Date / Vol et date | Gate / Porte | Seat / Place |
|---|---|---|
| AC 0160  24JUL | A15 | ET  03D |

Boarding time / Heure d'embarquement: 06:50  AC0115595399A

From / De: CALGARY
To / Destination: MONTREAL

Name / Nom: EVANS AP
Airline use / À usage interne: 0085  KYYC276

Boarding Pass | Carte d'accès à bord

---

**ELECTRONIC TICKET** — AIR CANADA

Class | Classe: EXECUTIVE CLASS/CLASSE AFFAIRES

| Flight & Date / Vol et date | Gate / Porte | Seat / Place |
|---|---|---|
| AC 0748  24JUL | 74 | ET  02A |

Boarding time / Heure d'embarquement: CNX 14:25  AC0115595399A

From / De: MONTREAL
To / Destination: LAGUARDIA-M

Name / Nom: EVANS AP
Airline use / À usage interne: 0004  KYYC276

Boarding Pass | Carte d'accès à bord

---

**ELECTRONIC TICKET** — AIR CANADA

Class | Classe: EXECUTIVE CLASS/CLASSE AFFAIRES

| Flight & Date / Vol et date | Gate / Porte | Seat / Place |
|---|---|---|
| AC 0747  28JUL | A6 | ET  02A |

Boarding time / Heure d'embarquement: 14:55  AC0115595399A

From / De: LAGUARDIA-M
To / Destination: MONTREAL

Name / Nom: EVANS AP
Check-in / Enregistrement: AIRCANADA.COM
Airline use / À usage interne: 0008
Remarks / Observations: AC*A

Boarding Pass | Carte d'accès à bord

---

**ELECTRONIC TICKET** — AIR CANADA

Class | Classe: EXECUTIVE CLASS/CLASSE AFFAIRES

| Flight & Date / Vol et date | Gate / Porte | Seat / Place |
|---|---|---|
| AC 0155  28JUL | ET | 04D |

Boarding time / Heure d'embarquement: CNX 18:50  AC0115595399A

From / De: MONTREAL
To / Destination: CALGARY

Name / Nom: EVANS
Check-in / Enregistrement
Airline use / À usage interne

## Evans, James

| | |
|---|---|
| **From:** | Air Canada [confirmation@aircanada.com] |
| **Sent:** | Thursday, July 14, 2005 12:26 PM |
| **To:** | Evans, James |
| **Subject:** | Booking Confirmation |

**AIR CANADA**

# Itinerary / Receipt

###### ****** PLEASE DO NOT REPLY TO THIS EMAIL ******

Your booking is confirmed. Thank you for choosing Air Canada.
**Please print this itinerary/receipt for your reference.**

| Main Contact Information | Booking Reference: KY6N4V |
|---|---|
| Name: Mr James W Evans | Customer Care |
| Email: james.evans@cibc.ca | Air Canada Customer Technical Support Desk |
| Phone 1: 1-403-2212427 | 1-888-712-7786 |
| **Electronic Ticketing confirmed.** This is your official itinerary/receipt. | Air Canada Flight Info 1-888-422-7533 |
| | On the web aircanada.com |
| | Alert me of flight changes Flight notification |

Flight Itinerary

| Flight | From | To | Stops | Duration | Aircraft | Fare Type |
|---|---|---|---|---|---|---|
| AC160 | Calgary (YYC) Sun 24-Jul 2005 07:25 | Montreal (YUL) Sun 24-Jul 2005 13:24 | 0 | 6hr52 | 319 | Executive |
| AC748 | Montreal (YUL) Sun 24-Jul 2005 15:00 | New York (LGA) Sun 24-Jul 2005 16:17 - Terminal M | 0 | | 319 | Executive |
| AC709 | New York (LGA) Sat 30-Jul 2005 11:30 - Terminal M | Toronto (YYZ) Sat 30-Jul 2005 12:59 - Terminal 2 | 0 | 6hr35 | 319 | Executive |
| AC121 | Toronto (YYZ) Sat 30-Jul 2005 | Calgary (YYC) Sat 30-Jul 2005 | 0 | | 319 | Executive |

7/29/2005

14:00 - Terminal 1          16:05

Passenger Information

**Passenger 1 - Adult**

| | | | |
|---|---|---|---|
| Name: | **Mr James W Evans** | Ticket Number: | **0142127773040** |
| Frequent Flyer Pgm: | **Air Canada Aeroplan** | Program Number: | **0115595399** |
| Meal Preference: | **Regular** | Special Needs: | **None** |
| Seat Selection: | **AC160 3D , AC748 2A , AC709 2C , AC121 2D** | | |
| Credit Card: | **xxxx-xxxx-xxxx-9951** | | |

Fare Summary

| | |
|---|---:|
| Passenger Type | **Adult** |
| Flight 1 - Departing airfare (Executive) | 1590.99 |
| Flight 2 - Returning airfare (Executive) | 1590.99 |
| Navcan and Surcharges | 14.98 |
| **Taxes, Charges and Fees** | |
| Canada Airport Improvement Fee | 23.00 |
| U.S.A Transportation Tax | 34.64 |
| Canada Security Charge | 7.94 |
| Canada Goods and Services Tax (GST/HST #10009-2287) | 225.95 |
| U.S Passenger Facility Charge | 3.69 |
| September 11 Security Fee | 3.07 |
| U.S.A Immigration User Fee | 8.60 |
| Number of Passengers | 1 |
| **Total** | **3503.85** |

7/29/2005

# AIR CANADA

# Itinerary / Receipt

Your booking is confirmed. Thank you for choosing Air Canada.

Please print this itinerary / receipt for your reference.

## Main Contact Information

**Booking reference: KY6N4V**

| | |
|---|---|
| **Name:** | Mr James Evans |
| **E-mail** | JAMES.EVANS@CIBC.CA |
| **Form of payment:** | CCCAXXXXXXXXXXXX9951 |

**Electronic Ticketing confirmed.**
This is your official itinerary/receipt.

### Customer Care

Air Canada Reservations
1-888-247-2262

Air Canada Flight Information
1-888-422-7533

On the web
www.aircanada.com

Alert me of flight changes
Flight notification

## Flight Itinerary

| Flight | From | To | Aircraft | Booking class | Status |
|---|---|---|---|---|---|
| AC747 | La Guardia/New York (LGA)<br>Thu 28-Jul 2005<br>15:30  - TERMINAL M -MAIN | Montreal Trudeau  (YUL)<br>Thu 28-Jul 2005<br>16:49 | 319 | C | Confirmed |
| AC155 | Montreal Trudeau  (YUL)<br>Thu 28-Jul 2005<br>19:25 | Calgary (YYC)<br>Thu 28-Jul 2005<br>21:58 | 320 | C | Confirmed |

## Passenger Information

**Passenger 1**

| | | | |
|---|---|---|---|
| Name: | Mr James Evans | Ticket number: | 014 2128 001093 |
| Frequent Flyer Pgm: | Air Canada Aeroplan | Program number: | 0115595399 |

## Fare Summary



```
Driver # 4041      Car # 753
To: CALGARY AIRPORT
From: _____
Date: 07-24-05    Amount: 33.10
                         + 3.90 TIP
GST# _____    = 37.00
```

$^{15}85$ CAD
÷ 1.2
~~70.83~~

```
Driver # _____     Car # _____
To: PROSPECT AVE
From: YYC
Date: 7/28        Amount: $^4 8.00
GST# _____
```

```
I ♥ NEW YORK
MED #        8K46
TRIP #       6987
DATE JUL-27-2005
ST. TIME 07:48AM
END TIME 07:56AM
RATE            1
MILES        1.14
FARE $       5.30
Contact TLC Dial
      3-1-1
```

```
MED #        7G45
07/26/05 TR 9381
START   END MILES
06:40 06:42  0.5
FARE  :  $  3.30
EXTRA :  $  0.00
TOTAL :  $  3.30
     THANKS
TO CONTACT TLC
  DIAL 3-1-1
```

```
I ♥ NEW YORK
MED #        9C88
DATE: 07/29/2005
START TIME 07:41
END TIME   07:44
TRIP #      59546
RATE No.        1
MILES        0.55
FARE $       3.70
Contact TLC Dial
      3-1-1
```

TAXI/TOLLS NYC

  Date 7/24/5

**OFFICIAL TAXI RECEIPT**

FROM  LGA

TO  HOTEL

FARE PAID  25⁰⁰ + 4.50 Toll = 29.50

SIGNATURE ................................... # ...............

SEMPRA -

  Date ..........................

**OFFICIAL TAXI RECEIPT**

FROM  NYC

TO  LGA

FARE PAID  27.90 + 4.50 Toll + 3⁶⁰ Tip = 36.00

SIGNATURE ................................... # ...............



**Sempra Energy Trading Corp.**

| Voucher # | Phone #: 203-355-5417 | Report Date: 4-Aug-05 |
|---|---|---|
| Sig: | | Name: Brian Cumming |

| Departure Date | Return Date | Date | Company | Branch | Dept |
|---|---|---|---|---|---|
| 7/24/05 | 7/29/05 | 4-Aug-05 | SET | | |

Location

**Trip Purpose and Destination:** Traveled to US from Singapore to attend litigation hearing in Bridgeport, CT per the request of SET

| (11) Date | (12) Detail | (13) Transportation 11004 | (14) Hotel 11002 | (15) Meals (self) 11003 | (16) Meals other employee 11014 | (17) Entertainment 11001 |
|---|---|---|---|---|---|---|
| 7/24/05 | Singapore Airlines | $8,482.00 | | | | |
| 7/24/05 | W New York Hotel | | $989.16 | | | |
| 7/24/05 | Cinema Café on 34 | | | | | $115.00 |
| 7/26/05 | Four Seasons | | | | | $336.25 |

AMOUNT FORWARD FROM PAGE 2

| (20) Column Totals → | $8,482.00 | $989.16 | $0.00 | $0.00 | $451.25 |
|---|---|---|---|---|---|

| (22) Approver Code | (23) Repay Amount: | (24) Repay Check # |
|---|---|---|

Approver Signature

(25) Total Dollar Amount Due Employee

| (26) | | $8,482.00 |
| (27) GRAND TOTAL | | 989.16 |
| (28) Date Less Advance | | 115.00 |
| (29) Balance Due Company | | 336.25 |
| (30) Balance Due Employee | | $9,842.41 |
| | | $9,842.41 |

Handwritten notes:
```
       5,065. +
       989.16 +
       115.  +
       336.25 *
       ─────────
  004  6,505.41
```

Home Address:
63 Chulia Street L10
Singapore


**Travel**

THIS RECEIPT MAY BE REQUIRED AT CHECK-IN AND MUST BE
PRESENTED TO CUSTOMS AND IMMIGRATION IF REQUESTED

```
AMEX ABN AMRO ASIA P            ISSUED BY: SQ
ETKT ITINERARY / RECEIPT        PLACE OF ISSUE: SINGAPORE

TKT: 618 4140 424506     NAME: CUMMING/BRIANMR
CC: AX376220355481003    FF: 8083325437
ISSUED: 20JUL05          FOP:AX376220355481003-127977
PSEUDO: 75FB  PLATING CARRIER: SQ  ISO: SG  IATA: 32307881
    USE  CR FLT   CLS  DATE  BRDOFF TIME  ST F/B        FARE    CPN
    OPEN SQ 0022   C   24JUL SINEWR 1125  OK CSP                 1
    OPEN SQ 0317   C   29JUL LHRSIN 1200  OK CSP                 3

FARE SGD 8000.00 TAX  21.00 SG TAX  24.00 US TAX 357.00 XT
TOTAL SGD 8402.00
    VLD SQ ONLY.QS--
    FARE CONDS APPLY            USD = 5065

24 XT 9.00XA12.00XY9.00YC119.00GB36.00UB172.00YQ
TOUR CODE AMR
RLOC 1G QNGQTC    SQ JWSBMH
```

CARRIAGE AND OTHER SERVICES PROVIDED BY THE CARRIER ARE
SUBJECT TO CONDITIONS OF CARRIAGE WHICH ARE HEREBY
INCORPORATED BY REFERENCE. THESE CONDITIONS MAY BE
OBTAINED FROM THE ISSUING CARRIER.

NOTICE
IF THE PASSENGERS JOURNEY INVOLVES AN ULTIMATE DESTINATION
OR STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE THE
WARSAW CONVENTION MAY BE APPLICABLE AND THE CONVENTION
GOVERNS AND IN MOST CASES LIMITS THE LIABILITY OF CARRIERS
FOR DEATH OR PERSONAL INJURY AND IN RESPECT OF LOSS OF OR
DAMAGE TO BAGGAGE.

*Handwritten note:* Michael, I flew Singapore - NY, NY - London, and London - Singapore. I paid an additional $4157 for the NY - London leg. Ergo, the flight I am submitting to you Sing - NY, NY, and London - Singapore, Sing $8402, and is equivalent. Turn ticket.

**OANDA.COM**

# FXConverter - 164 Currency Converter Results

Sunday, July 24, 2005

**8,402. Singapore Dollar = 5,065.41 US Dollar**
8,402. US Dollar (USD) = 13,936.4 Singapore Dollar (SGD)

Median price = 0.60252 / 0.60288 (bid/ask)
Minimum price = 0.60223 / 0.60252
Maximum price = 0.60270 / 0.60306

Rate for previous or next day

Get exchange rates with amount:

- Print Travelers' Currency CheatSheet for Singapore Dollar and US Dollar.
- Print Friendly Conversion Results
- Understanding the results
- Add a currency converter to your Web site today.

## Also See...

- **FXTrade**: trade currencies with tight spreads, no minimum deposit and earn continuous interest on your money.
- **Order Currencies and Travelers Cheques** and get them delivered to your home with FXDelivery.
- **Travel Expense Report Manager** (FXPense): Create multi-currency expense reports online and save it in MS® Excel.
- **Link to Currency Converter**: Find out how to link to OANDA's FXConverter.

Recommend FXConverter to a friend!

FXConverter™: Classic 164 Currency Converter © 1997-2005 by OANDA.com.
   Terms of Use | Privacy Policy | Home Page | Register | Contact Us | Site Map | Search

© 1996 - 2005 OANDA Corporation. All rights reserved. All Registered Trade Marks used on this Website, whether marked as Trade Marks or not marked, are declared to belong to their respective owner(s). OANDA Corporation owns Trade Marks of all its "FX" products.

http://www.oanda.com/convert/classic                                              8/18/2005