# PaulHastings

Paul, Hastings, Janofsky, & Walker LLP
1055 Washington Boulevard, Stamford, CT 06901-2216
telephone 203-961-7400 / facsimile 203-359-3031 / internet www.paulhastings.com

Atlanta
Beijing
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Stamford
Tokyo
Washington, D.C.

(203) 961-7495
peterschultz@paulhastings.com

June 3, 2003

28309.00004

**VIA UPS**

Office of the Clerk of Court
United States District Court
District of Connecticut
450 Main Street
Hartford, CT 06103

Re:   *Susan E. Wood v. Sempra Energy Trading Corporation*
      Docket No. CV-03-0195225-S

Dear Sir or Madam:

We represent Defendant Sempra Energy Trading Corporations. in connection with the above-referenced matter. Enclosed please find one original and one copy of the following documents:

1.  Notice of Removal (with attachments).

2.  Appearance of Peter M. Schultz.

Please file the originals and date-stamp and return the copies in the prepaid self-addressed stamped envelope provided herein.

I also have enclosed a removal fee of $150.00 made payable to "Office of the Clerk of Court, United States District Court".

Thank you for your assistance in this matter, and please do not hesitate to call me at the above number or Gretchen Choate at (203) 961-7485 if you have any questions.

Very truly yours,

*Peter M. Schultz*

Peter Schultz
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

Enclosures

```
PAUL, HASTINGS,                                                              11258
   JANOFSKY & WALKER LLP                           FLEET
                                                  51-44-119
1055 Washington Blvd. • Stamford, CT 06901 • 203-961-7400                   6/3/2003
              Operating Account
```

PAY TO THE
ORDER OF    Office of the Clerk of Court, United States District Court          $ **150.00

One Hundred Fifty and 00/100************************************************************************   DOLLARS

District of Connecticut
450 Main Street
Hartford, Ct  06103

                                                  [signature: Agnes Cann Segaria]

MEMO    28309-00004/Removal Fee/Sempra/Wood

⑈011258⑈ ⑆011900445⑆ 00997 10750⑈