**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| SUSAN E. WOOD,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>Defendant. | CIVIL ACTION NO. 3:03-CV-986 (JCH)<br><br><br><br>January 17, 2006 |

**DEFENDANT'S MOTION TO TAX COSTS**

Pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54, Defendant respectfully moves this Court for entry of an Order awarding Defendant its costs. This motion is supported by the attached Verified Bill of Costs and Declaration of Raymond W. Bertrand.

Dated: January 17, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP

Mary C. Dollarhide
Raymond W. Bertrand
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Blvd.
Stamford, CT 06901
(203) 961-7477

Attorneys for Defendant Sempra Energy Trading Corp.

**CERTIFICATE OF SERVICE**

The undersigned, a member of the bar of this Court, hereby certifies that on this 17th day of January, 2006, a true and correct copy of the foregoing Motion to Tax Costs was served on the following counsel of record via UPS overnight delivery to:

Brendan J. O'Rourke, Esq.
Jeffrey M. McCormick, Esq.
Ann H. Brickley, Esq.
O'Rourke & Associates, LLP
27 Pine Street
New Canaan, CT 06840

Raymond W. Bertrand

LEGAL_US_W # 53184160.1