UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 JAN 17 P 12: 27



| | |
|---|---|
| SUSAN E. WOOD,<br><br>                Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>January 17, 2006 |

### NOTICE OF APPEAL

1. Pursuant to F.R.A.P. 4(a)(1), Plaintiff, Susan E. Wood, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the Judgment of the United States District Court for the District of Connecticut (Hall, J.).

2. The Judgment was dated and entered December 16, 2005.

Dated: New Canaan, Connecticut
       January 17, 2006

PLAINTIFF,
SUSAN E. WOOD

By: _____
Brendan J. O'Rourke (ct00522)
Marianne F. Murray (ct14393)
O'ROURKE & ASSOCIATES, LLC
27 Pine Street
New Canaan, CT 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
Email: brendan@orourkeandassoc.com
            marianne@orourkeandassoc.com

Counsel for Plaintiff

To:   Raymond W. Bertrand, Esq.
      Paul, Hastings, Janofsky & Walker LLP
      1055 Washington Boulevard
      Stamford, CT  06901

      Mary Dollarhide, Esq.
      Paul, Hastings, Janofsky & Walker LLP
      3579 Valley Centre Drive
      San Diego, CA  92130

Attorneys for Defendant Sempra Energy Trading Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUSAN E. WOOD                                   3:03CV986JCH

v.

SEMPRA ENERGY TRADING
CORPORATION

## JUDGMENT

This case came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of a bench trial.

After reviewing the papers and the evidence, on December 12, 2005, the Court issued a Bench Trial Ruling in favor of the defendant, Sempra Energy Trading Corporation, on Counts 1,2,3,4, and 5

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport this 16th day of December, 2005.

KEVIN F. ROWE, Clerk

By  /s/Catherine Boroskey
Deputy Clerk

Entered on the docket_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following by first class mail, postage prepaid, this 17th day of January 2006.

Marianne F. Murray

To: Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Mary Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130

Attorneys for Defendant Sempra Energy Trading Corp.