UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                      Plaintiff,<br><br>     v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                      Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>January 23, 2006 |

## PLAINTIFF'S OBJECTION
## TO DEFENDANT'S BILL OF COSTS

      Pursuant to F.R.Civ.P. Rule 54 and Local Rule 54(b), Plaintiff, Susan E. Wood hereby objects to the taxing of the following costs as requested by Defendant Sempra Energy Trading Corporation:

**Deposition Transcripts:**

      Defendant seeks reimbursement for the cost of expenses in connection with certain depositions taken by Plaintiff. F.R.Civ.P. Rule 54 c (2) provides that the cost of an original and one copy of deposition transcripts are recoverable as costs if: (i) used at trial in lieu of live testimony; (ii) for cross-examination or impeachment; (iii) if used in support of a successful summary judgment motion; or (iv) if they are necessarily obtained for the preparation of the case *and not for the convenience of counsel*.

      Costs should not be awarded for the following deposition transcripts, since these were Defendant's own witnesses, deposed by the Plaintiff, and thus the transcripts were provided to Defendant's counsel by Plaintiff when served upon counsel for execution, and thus any additional copies ordered by Defendant was solely for the purpose of convenience of counsel:

| | |
|---|---|
| Vincent Cookingham | $214.99 |
| Denise Freda | $226.24 |
| Brian Cumming | $355.90 |
| Joseph Howley | $351.00 |
| David Messer | $420.29 |

| | |
|---|---|
| Jacqueline Mitchell | $434.60 |
| Sarathi Roy | $735.11 |
| Deposition of Steve Prince | $723.19[1] |
| **TOTAL** | **$3,461.32** |

Moreover, there is no provision under Local Rule 54 for recoupment of the cost of videotaping a deposition. Accordingly, the following costs should be denied:

| | |
|---|---|
| Videotaping of Sarathi Roy | $ 243.80 |
| Videotaping of Susan Wood | $1,175.22 |
| **TOTAL** | **$1,419.02** |

**Trial Transcripts**

While Local Rule 54c(2) provides for reimbursement of the cost of trial transcripts, the costs of an expedited or daily copy of the transcript is explicitly excluded as an allowable cost pursuant to Local Rule 54c(7)(iv). Thus, the costs for expedited transcripts should be disallowed as follows:

| | |
|---|---|
| July 25-27 trial | $ 945.45 |
| 1-6-04 and 4th day of trial | $1,328.80 |
| **TOTAL** | **$2,274.25** |

**Witness Fees for Common Carriers**

Defendant seeks to recover the airfare for two witnesses it called to testify at trial: Brian Cumming, and Jamie Evans. Local Rule 54c (4)(iii) provides that fees paid to common carriers for witnesses who are called to testify at trial, shall be taxed at the coach fare rate. The receipt for Mr. Evans' travel indicates the ticket was purchased at the Executive Class fare, and not the coach rate, and thus should be disallowed. Mr. Cumming testified at the trial that Sempra paid business class airfare for him, not coach rate (7/26/06 Trial Transcript at p. 42), thus Mr. Cumming's plane fare should likewise be disallowed under Local Rule 54c(4)(iii).

---

[1] Even if allowed, these deposition costs should nonetheless be reduced by the amounts included for overnight delivery and shipping and handling, and surcharges for expedited delivery, that are excluded by Local Rule 54 c(2)(7)(xvi) as recoverable costs.

2

| | |
|---|---|
| Evans Airfare | $3,503.85 |
| Cumming airfare | $5,065.00 |
| **TOTAL** | **$8,568.85** |

## CONCLUSION

Accordingly, and for the foregoing reasons, Plaintiff respectfully requests that the following requested costs be disallowed:

| | |
|---|---|
| Deposition Transcripts | $3,461.32 |
| Videotaping of Depositions | $1,419.02 |
| Expedited Trial Transcripts | $2,274.25 |
| Common Carrier charges | $8,568.85 |
| | **$15,723.44** |

Dated: January 23, 2006

PLAINTIFF,
SUSAN E. WOOD

By: _____
Brendan J. O'Rourke (ct00522)
Marianne F. Murray(ct14393)
O'ROURKE & ASSOCIATES, LLC
27 Pine Street
New Canaan, CT  06840
Telephone:  (203) 966-6664
Facsimile:  (203) 966-5710
Email:   brendan@orourkeandassoc.com
         marianne@orourkeandassoc.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following by first class mail, postage prepaid, this 23rd day of January 2006.

_____
Marianne F. Murray

To:   Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

Mary Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130

Attorneys for Defendant Sempra Energy Trading Corp.