UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>　　　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>January 24, 2006 |

**PLAINTIFF'S SUPPLEMENTAL OBJECTION
TO DEFENDANT'S BILL OF COSTS**

Pursuant to F.R.Civ.P. Rule 54 and Local Rule 54(b), Plaintiff, Susan E. Wood hereby submits this Supplemental Objection to the proposed Bill of Costs submitted by Defendant Sempra Energy Trading Corporation. Plaintiff reserves her right, pursuant to <u>Cosgrove v. Sears Roebuck & Company</u>, 191 F.3d (2d. Cir. 1999) and <u>Christiansburg Garment Co. v. EEOC,</u> 434 U.S. 412, 98 S.Ct. 694, 54 L.Ed.2d 648 (1978), to object to the Court and otherwise request that the Court exercise its discretion and decline to tax costs as against Plaintiff pursuant to F.R.Civ.P. Rule 54(d), in the event that the Clerk of the Court taxes costs against Plaintiff in any amount.

Dated: January 24, 2006　　　　　　　　PLAINTIFF,
　　　　　　　　　　　　　　　　　　　　SUSAN E. WOOD

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Brendan J. O'Rourke (ct00522)
　　　　　　　　　　　　　　　　　　Marianne F. Murray(ct14393)
　　　　　　　　　　　　　　　　　　O'ROURKE & ASSOCIATES, LLC
　　　　　　　　　　　　　　　　　　27 Pine Street
　　　　　　　　　　　　　　　　　　New Canaan, CT  06840
　　　　　　　　　　　　　　　　　　Telephone:  (203) 966-6664
　　　　　　　　　　　　　　　　　　Facsimile:  (203) 966-5710
　　　　　　　　　　　　　　　　　　Email:　brendan@orourkeandassoc.com
　　　　　　　　　　　　　　　　　　　　　　marianne@orourkeandassoc.com

　　　　　　　　　　　　　　　Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following by first class mail, postage prepaid, this 24th day of January 2006.

_____
Marianne F. Murray

To:  Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901

Mary Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA  92130

Attorneys for Defendant Sempra Energy Trading Corp.