UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　　Plaintiff,<br><br>- against -<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br>January 25, 2006 |

## DECLARATION OF CECILIA BUCCIERI IN SUPPORT OF DEFENDANT'S BILL OF COSTS

I, CECILIA BUCCIERI, make the following Declaration:

1.　I have personal knowledge of the facts contained in this Declaration. If called and sworn as a witness, I would testify competently to those facts.

2.　I make this Declaration entirely of my own free will and choice. No promises of benefits or threats have been made to me to persuade me to sign it.

3.　I currently am employed by Travel Exchange, 32 Thread Needle Lane, Stamford, CT 06901. My telephone number is 203-961-1900.

4.　I am a professional travel agent and as part of my regular duties I am asked to provide information regarding fare rates for airline travel. To do this, I use my computer, which is linked into a website that allows professional travel agents like myself to run searches using various criteria.

1

5. On January 25, 2006, Attorney Raymond Bertrand contacted me to inquire whether I could provide historical information about airline fare rates for the July 2005 time period. I informed him that I am able to provide such information.

6. Mr. Bertrand then asked me to provide him with the following information:

    a. The regular coach fare from Calgary, Canada to New York, New York for the time period July 2005; and

    b. The regular coach fare from Singapore to New York, New York for the time period July 2005.

7. Using a historical fare quote dated for July 1, 2005, I was able to determine that:

    a. The regular coach fare from Calgary, Canada to New York, New York was **$2828.98USD**. Historical fare quote from Air Canada based on a round trip from Calgary connecting through Montreal to NY LGA and returning from NY LGA through Toronto.

    b. The regular roundtrip coach fare from Singapore to New York, New York for the time period July 2005 was **$4130.25USD**. Historical fare quote from Singapore Air on non stop flights to Newark Airport.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 25, 2005

_____
Cecilia Buccieri

2

## CERTIFICATE OF SERVICE

The undersigned, a member of the bar of this Court, hereby certifies that on this 1st day of February, 2006, a true and correct copy of the foregoing Declaration of Cecilia Buccieri in Support of Defendant's Bill of Costs was served on the following counsel of record via regular U.S. mail:

> Brendan J. O'Rourke, Esq.
> Jeffrey M. McCormick, Esq.
> Ann H. Brickley, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

_____
Raymond W. Bertrand

LEGAL_US_W # 53205549.1