UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>                    Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>                    Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>February 7, 2006 |

**DECLARATION OF BRENDAN J. O'ROURKE**

1. The undersigned, Brendan J. O'Rourke, declares as follows under penalties of perjury, and respectfully submits this Declaration in response to Defendant's Motion for Attorney's Fees, dated January 16, 2006.

2. The undersigned was trial counsel to the Plaintiff, Susan E. Wood, in the above-referenced action.

3. Attached hereto is the CCHRO reconsideration decision made the subject of the Plaintiff's Memorandum and Opposition to Defendant Sempra's Motion for Attorney's Fees.

4. In support of the bona fide and good faith Title VII claims brought by Plaintiff Susan Wood in the above action, and in contravention to the assertions made by

1

Sempra in its Motion for Attorney's Fees, the undersigned offers the following to rebut the assertion that Sempra put Plaintiff on notice of the purportedly unsupported nature of her claims in a letter from Sempra's counsel, dated May 31, 2002.

5. Specifically, the undersigned had numerous dialogues with Attorney Mary Dollarhide, lead trial counsel to Sempra, in which the undersigned and Attorney Dollarhide discussed the possibility of either party prevailing at the trial level. In particular, Attorney Dollarhide stated to the undersigned that based upon the evidence which existed, that the Plaintiff might well prevail on her claims at trial. Thus, contrary to the assertions made in the May 31, 2002 letter which asserts the purported unfounded nature of Plaintiff's claims, Sempra's trial counsel on the eve of commencement of trial recognized that the facts and evidence which Plaintiff intended to produce at trial brought the possibility of a verdict in favor of the Plaintiff.

6. Further, in context of the above discussion regarding settlement and to rebut Sempra's assertion made in the May 31, 2002 letter, Sempra offered increasing amounts to Plaintiff to settle the matter, ultimately offering $275,000.00 in settlement of Plaintiff's claims, further establishing the bona fide and good faith nature of Plaintiff's claims. A copy of Sempra's June 7, 2005 letter which evidences Sempra's recognition of the viability of Plaintiff's claims, resulting in a

settlement offer of $166,488.82, (later increased to $275,000.00 verbally), is attached hereto as Exhibit B.

7. The foregoing facts regarding the settlement position of Sempra and its counsel are offered to rebut and impeach the representations made by Sempra in its Motion for Attorney's Fees, and thus are appropriate for the Court to consider pursuant to FRE Rule 408.

_____
Brendan J. O'Rourke

## CERTIFICATION

This is to certify that a copy of the foregoing was served via first class mail, postage pre-paid, to counsel of record as listed below this 7th day of February, 2006.

_____
Brendan J. O'Rourke

Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT 06901

Mary Dollarhide, Esq.
Paul, Hastings, Janofsky & Walker LLP
3579 Valley Centre Drive
San Diego, CA 92130