UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2006 APR 11  P 2: 55

U.S. DISTRICT COURT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>SEMPRA ENERGY TRADING<br>CORPORATION,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br>April 11, 2006 |

### INDEX TO RECORD ON APPEAL

| DN | DOCUMENT DESCRIPTION | DATE FILED | DOCUMENT NUMBER |
|---|---|---|---|
| 1 | NOTICE OF REMOVAL by Sempra Energy from Judicial District of Stamford/Norwalk FILING FEE $ 150.00 RECEIPT # H009587 (Ferguson, L.) (Entered: 06/05/2003) | 6/4/2003 | 1 |
| 7 | ANSWER & Affirmative Defenses to Complaint by Sempra Energy (D'Andrea, S.) (Entered: 06/12/2003) | 6/11/2003 | 2 |
| 22 | Joint MOTION for Protective Order by Sempra Energy Trading Corp, Susan E. Wood.Responses due by 1/26/2004 (Beverley, T.) (Entered: 01/07/2004) | 1/5/2004 | 3 |
| 23 | MOTION for Adjudication of Objections to Plaintiff's First set of Interrogatories & Requests for Production by Susan E. Wood.Responses due by 1/26/2004 (Attachments: # 1 Motion-cont'd)(Beverley, T.) (Entered: 01/07/2004) | 1/5/2004 | 4 |
| 25 | Endorsement ORDER granting 22 Motion for Protective Order (Beverley, T.) (Entered: 01/13/2004) | 1/9/2004 | 5 |
| 30 | Telephone STATUS conference report. (Boroskey, C.) (Entered: 02/24/2004) | 1/6/2004 | 6 |
| 40 | AMENDED ANSWER & AFFIRMATIVE DEFENSES to Complaint by Sempra Energy Trading Corp. (Beverley, T.) (Entered: 04/29/2004) | 4/28/2004 | 7 |
| 41 | MOTION for Partial Summary Judgment on Plaintiff's Complaint by Sempra Energy Trading Corp.Responses due by 6/4/2004 (Beverley, T.) (Entered: 05/20/2004) | 5/14/2004 | 8 |

| | | | |
|---|---|---|---|
| 42 | Statement of Material Facts re 41 MOTION for Partial Summary Judgment filed by Sempra Energy Trading Corp. (Beverley, T.) (Entered: 05/20/2004) | 5/14/2004 | 9 |
| 45 | Memorandum in Support re 41 MOTION for Partial Summary Judgment filed by Sempra Energy Trading Corp (Appendix of Exhibits submitted in paper form). (Attachments: # 1 Memo.part2# 2 Notice of Manual Filing)(Beverley, T.) (Entered: 05/27/2004) | 5/26/2004 | 10 |
| 49 | Memorandum in Opposition re 41 MOTION for Partial Summary Judgment filed by Susan E. Wood. (Beverley, T.) (Entered: 07/14/2004) | 7/13/2004 | 11 |
| 50 | Statement of Material Facts re 41 MOTION for Partial Summary Judgment filed by Susan E. Wood. (Beverley, T.) (Entered: 07/14/2004) | 7/13/2004 | 12 |
| 51 | AFFIDAVIT re 41 MOTION for Partial Summary Judgment, 49 Memorandum in Opposition to Motion, 50 Statement of Material Facts Signed By Susan E. Wood filed by Susan E. Wood. (Beverley, T.) (Entered: 07/14/2004) | 7/13/2004 | 13 |
| 58 | REPLY to Response to 41 MOTION for Partial Summary Judgment filed by Sempra Energy Trading Corp. (Attachments: #(1) Reply Memorandum - Part 2 #(2) Exhibits submitted in paper form with Notice of Manual Filing(Candee, D.) (Entered: 08/27/2004) | 8/25/2004 | 14 |
| 66 | SUPPLEMENTAL APPENDIX re 41 MOTION for Partial Summary Judgment filed by Susan E. Wood (Exhibits submitted in paper form). (Beverley, T.) (Entered: 11/29/2004) | 11/22/2004 | 15 |
| 70 | Minute Entry for proceedings held before Judge Janet C. Hall: Motion Hearing held on 2/16/2005 re 41 MOTION for Partial Summary Judgment filed by Sempra Energy Trading Corp. (Court Reporter Fidanza.) (Boroskey, C.) (Entered: 03/07/2005) | 2/16/2005 | 16 |
| 68 | RULING granting in part and denying in part 41 Motion for Partial Summary Judgment. Signed by Judge Janet C. Hall on 2/22/05. (Beverley, T.) (Entered: 02/23/2005) | 2/22/2005 | 17 |
| 69 | MOTION for Reconsideration re 68 RULING granting in part and denying in part 41 Motion for Partial Summary Judgment by Sempra Energy Trading Corp.Responses due by 3/25/2005 (Attachments: # 1 Memorandum in Support)(Beverley, T.) (Entered: 03/07/2005) | 3/4/2005 | 18 |
| 71 | Memorandum in Opposition re 69 MOTION for Reconsideration re 68 Order on Motion for Partial Summary Judgment filed by Susan E. Wood. (Beverley, T.) (Entered: 03/29/2005) | 3/28/2005 | 19 |
| 74 | Minute Entry for proceedings held before Judge Janet C. Hall: Telephone Status Conference held on 4/28/2005. (Court Reporter Fidanza.) (S-Boroskey, C.) (Entered: 04/28/2005) | 4/28/2005 | 20 |

| | | | |
|---|---|---|---|
| 75 | ORDER denying 69 MOTION for Reconsideration re 68 Order on 41 Motion for Partial Summary Judgment filed by Sempra Energy Trading Corp. Denied as stated on the record at status conference. Signed by Judge Janet C. Hall on 4/28/05. (S-Boroskey, C.) Modified on 4/29/2005 (Beverley, T.). (Entered: 04/28/2005) | 4/28/2005 | 21 |
| 81 | TRANSCRIPT of Proceedings held on 2/16/05 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. (Simpson, T.) (Entered: 05/25/2005) | 5/25/2005 | 22 |
| 86 | MOTION in Limine to Preclude Testimony of Previously Undisclosed Witnesses by Sempra Energy Trading Corp.Responses due by 7/12/2005 (Attachments: # 1 Memorandum in Support) (Simpson, T.) (Entered: 06/21/2005) | 6/21/2005 | 23 |
| 87 | MOTION in Limine to Exclude Evidence of Plaintiff's Alleged Damages Post-December 2002 by Sempra Energy Trading Corp.Responses due by 7/12/2005 (Attachments: # 1 Memorandum in Support # 2 Exhibit 1# 3 Exhibit 2 Pgs 1-6# 4 Exhibit 2 Pgs 7-10# 5 Exhibit 2 Pgs 11-21# 6 Exhibit 3 Pgs 1-4# 7 Exhibit 3 Pgs 5-9)(Simpson, T.) (Entered: 06/21/2005) | 6/21/2005 | 24 |
| 88 | MOTION in Limine to Exclude Evidence and Testimony Concerning Claims no longer at issue by Sempra Energy Trading Corp.Responses due by 7/12/2005 (Attachments: # 1 Memorandum in Support # 2 Exhibit 1 Pgs 1-5# 3 Exhibit 1 Pgs 6-9# 4 Exhibit 2# 5 Exhibit 3 Pgs 1-3# 6 Exhibit 3 Pgs 4-9# 7 Exhibit 3 Pgs 10-14# 8 Exhibit 3 Pgs 15-20# 9 Exhibit 3 Pg 21 & Exhibit 4)(Simpson, T.) (Entered: 06/22/2005) | 6/21/2005 | 25 |
| 89 | MOTION in Limine to Exclude Certain Hearsay Testimony & Evidence of Alleged Gender Discrimination by Sempra Energy Trading Corp.Responses due by 7/12/2005 (Attachments: # 1 Memorandum in Support)(Simpson, T.) (Entered: 06/22/2005) | 6/21/2005 | 26 |
| 91 | MOTION in Limine seeking the court to enter certain orders against Defendant in connection with the evidence to be entered in the trial scheduled in this matter by Susan E. Wood.Responses due by 7/12/2005 (Attachments: # 1 Memorandum in Support)(Exhibits A-I of Memorandum submitted in paper form)(Beverley, T.) (Entered: 06/22/2005) | 6/21/2005 | 27 |
| 93 | PRE-TRIAL MEMORANDUM by Susan E. Wood. (Beverley, T.) (Entered: 06/24/2005) | 6/24/2005 | 28 |
| 94 | Proposed Findings of Fact and Conclusions of Law by Susan E. Wood. (Beverley, T.) (Entered: 06/24/2005) | 6/24/2005 | 29 |
| 95 | Proposed Exhibit List (1-40 submitted in paper form) by Susan E. Wood. (Beverley, T.) (Entered: 06/24/2005) | 6/24/2005 | 30 |

| | | | |
|---|---|---|---|
| 96 | Memorandum in Opposition re 91 MOTION in Limine seeking the court to enter certain orders against Defendant in connection with the evidence to be entered in the trial scheduled in this matter by Susan E. Wood filed by Sempra Energy Trading Corp. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12.Part1# 13 Exhibit 12.Part2# 14 Exhibit 13)(Beverley, T.) (Entered: 06/24/2005) | 6/24/2005 | 31 |
| 97 | JOINT PRE-TRIAL MEMORANDUM (REVISED) by Susan E. Wood, Sempra Energy Trading Corp. (Beverley, T.) (Entered: 06/28/2005) | 6/24/2005 | 32 |
| 98 | Proposed Findings of Fact and Conclusions of Law by Susan E. Wood (Beverley, T.) Modified on 11/15/2005 (Beverley, T.). (Entered: 06/28/2005) | 6/24/2005 | 33 |
| 99 | Memorandum in Opposition re 89 MOTION in Limine Exclude Certain Hearsay Testimony & Evidence of Alleged Gender Discrimination filed by Susan E. Wood. (Attachments: # 1 Exhibit A)(Beverley, T.) (Entered: 06/28/2005) | 6/24/2005 | 34 |
| 100 | Memorandum in Opposition to 87 MOTION in Limine to Exclude Evidence of Plaintiff's Alleged Damages Post-December 2002 filed by Susan E. Wood. (Attachments: # 1 Unreported Cases Part1 # 2 Unreported Cases Part2)(Beverley, T.). Modified on 6/28/2005 (Beverley, T.). (Entered: 06/28/2005) | 6/24/2005 | 35 |
| 102 | Memorandum in Opposition to 86 MOTION in Limine to Preclude Testimony of Previously Undisclosed Witnesses filed by Susan E. Wood. (Beverley, T.) (Entered: 06/28/2005) | 6/24/2005 | 36 |
| 104 | Minute Entry for proceedings held before Judge Janet C. Hall: Pretrial Conference held on 6/28/2005. (Court Reporter Fidanza.) (Boroskey, C.) (Entered: 07/06/2005) | 6/28/2005 | 37 |
| 106 | Letter from Raymond W. Bertrand Dated July 6, 2005 Re: Pre-trial Conference held on 6/28/05. (Beverley, T.) (Entered: 07/14/2005) | 7/8/2005 | 38 |
| 107 | Minute Entry for proceedings held before Judge Janet C. Hall: Telephone Status Conference held on 7/14/2005. (Court Reporter Fidanza.) (Boroskey, C.) (Entered: 07/18/2005) | 7/14/2005 | 39 |
| 108 | ORDER denying 86 Motion in Limine, denying 87 Motion in Limine, denying 88 Motion in Limine, denying without prejudice to renew 89 Motion in Limine, denying as moot 90 Motion in Limine, taking under advisement 91 Motion in Limine; Order re: supplemental material/affidavit by noon on Monday, 7/18/05 as to document #91 . Signed by Judge Janet C. Hall on 7/14/05. (Boroskey, C.) (Entered: 07/18/2005) | 7/14/2005 | 40 |
| 109 | MOTION for Leave to File Supplemental Affidavits by Sempra Energy Trading Corp. (Attachments: # 1 Affidavit of Wayne Kubicek)(Bertrand, Raymond) (Entered: 07/18/2005) | 7/18/2005 | 41 |

| No. | Description | Date | # |
|---|---|---|---|
| 110 | OBJECTION TO PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY OF BONUS INFORMATION filed by Sempra Energy Trading Corp (No Motion filed). (Beverley, T.) Modified on 7/19/2005 (Beverley, T.). (Entered: 07/19/2005) | 7/19/2005 | 42 |
| 111 | OBJECTION TO PLAINTIFF'S MOTION TO INTRODUCE DEMONSTRATIVE EXHIBIT 37 filed by Sempra Energy Trading Corp (Motion not filed). (Beverley, T.) (Entered: 07/19/2005) | 7/19/2005 | 43 |
| 112 | MOTION in Limine to require all witnesses to testify in person at trial by Sempra Energy Trading Corp.Responses due by 8/9/2005 (Beverley, T.) (Entered: 07/19/2005) | 7/19/2005 | 44 |
| 113 | ORDER granting 109 MOTION for Leave to File Supplemental Affidavits. Signed by Judge Janet C. Hall on 7/20/05. (Boroskey, C.) (Entered: 07/20/2005) | 7/20/2005 | 45 |
| 114 | Memorandum in Opposition Defendant's Supplemental Memorandum Addressing Admissibility of Third-Party Opinions re 112 MOTION in Limine filed by Sempra Energy Trading Corp. (Bertrand, Raymond) (Entered: 07/20/2005) | 7/20/2005 | 46 |
| 115 | NOTICE of Filing Certain Correspondence to the Court (ATTACHMENTS SUBMITTED IN PAPER FORM) by Susan E. Wood (Simpson, T.) (Entered: 07/22/2005) | 7/21/2005 | 47 |
| 116 | Minute Entry for proceedings held before Judge Janet C. Hall: Bench Trial held on 7/25/2005. Trial continued on 7/26/05 at 9:00 a.m. (Court Reporter Fidanza.) (Boroskey, C.) (Entered: 07/26/2005) | 7/25/2005 | 48 |
| 118 | MOTION to Compel Sempra to comply with pre-trial memorandum and representations to court and counsel by Susan E. Wood.Responses due by 8/12/2005 (Beverley, T.) (Entered: 07/26/2005) | 7/22/2005 | 49 |
| 122 | Minute Entry for proceedings held before Judge Janet C. Hall: Bench Trial held on 7/26/2005, continued to 7/27/05 at 9:00 a.m. (Court Reporter Fidanza.) (Boroskey, C.) (Entered: 07/27/2005) | 7/26/2005 | 50 |
| 123 | MOTION to Quash Subpoena Duces Tecum of Custodian of Records of Paul, Hastings, Janofsky & Walker, LLP by Sempra Energy Trading Corp.Responses due by 8/15/2005 (Attachments: # 1 Memorandum in Support)(Beverley, T.) (Entered: 07/27/2005) | 7/25/2005 | 51 |
| 124 | MEMORANDUM OF LAW RE: EVIDENCE OF DAMAGES filed by Susan E. Wood (Cases Relied Upon submitted in paper form). (Beverley, T.) (Entered: 07/27/2005) | 7/26/2005 | 52 |
| 125 | TRANSCRIPT of Proceedings held on 7/25/05 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. (Simpson, T.) (Entered: 07/27/2005) | 7/27/2005 | 53 |
| 126 | TRANSCRIPT of Proceedings held on 7/26/05 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. (Simpson, T.) | 7/27/2005 | 54 |

(Entered: 07/27/2005)

| | | | |
|---|---|---|---|
| 137 | Minute Entry for proceedings held before Judge Janet C. Hall: Bench Trial held on 7/27/2005. (Court Reporter Fidanza.) (Boroskey, C.) (Entered: 08/17/2005) | 7/27/2005 | 55 |
| 127 | ORDER granting in part and denying in part 118 Motion to Compel on the record, granting 119 Motion for Leave to File Excess Pages, denying on record 120 Motion for trial scheduling order. Signed by Judge Janet C. Hall on 7/28/05. (Boroskey, C.) (Entered: 07/28/2005) | 7/28/2005 | 56 |
| 129 | MEMORANDUM IN RESPONSE TO DEFENDANT'S SUBMISSION OF SUPPLEMENTAL AFFIDAVITS IN FUTHER SUPPORT OF DEFENDANT'S OPPOSITION TO 91 MOTION in Limine filed by Susan E. Wood. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C.part1# 4 Exhibit C.part2)(Beverley, T.) (Entered: 08/03/2005) | 7/29/2005 | 57 |
| 130 | CORRECTED VERSION OF PLAINTIFF'S MEMORANDUM IN RESPONSE TO DEFENDANT'S SUBMISSION OF SUPPLEMENTAL AFFIDAVITS IN FUTHER SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S 91 MOTION in Limine filed by Susan E. Wood (Exhibits A-C submitted in paper form). (Beverley, T.) (Entered: 08/05/2005) | 8/4/2005 | 58 |
| 132 | TRANSCRIPT of Proceedings held on 7/27/05 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. (Beverley, T.) (Entered: 08/16/2005) | 8/15/2005 | 59 |
| 142 | MOTION to Amend its Witness List by Sempra Energy Trading Corp.Responses due by 9/15/2005 (Attachments: # 1 Memorandum in Support # 2 Exhibit 1# 3 Exhibit 2) (Simpson, T.) (Entered: 08/26/2005) | 8/25/2005 | 60 |
| 143 | MOTION to File Documents under Seal by Sempra Energy Trading Corp. (Attachments: # 1 Memorandum in Support)(D'Andrea, S.) (Entered: 08/26/2005) | 8/24/2005 | 61 |
| 141 | TRANSCRIPT of Proceedings (Telephonic Status Conference) held on 8/16/2005 before Judge Janet C. Hall. Court Reporter: T. Fidanza. (Sanders, C.) (Entered: 08/25/2005) | 8/25/2005 | 62 |
| 144 | Endorsement ORDER Granting 143 Motion to Seal Documents. Signed and So Ordered by Judge Janet C. Hall on 8/25/2005. (D'Andrea, S.) (Entered: 08/26/2005) | 8/25/2005 | 63 |
| 145 | Sealed Document by Sempra Energy Trading Corp re 96 Memorandum in Opposition to Motion. (Attachments: # (1) Sealed Document; # (2) Sealed Document), (2 Additional Sealed Documents, submitted in paper form under seal) (D'Andrea, S.) (Entered: 08/26/2005) | 8/25/2005 | 64 |

| | | | |
|---|---|---|---|
| 150 | Objection re 143 MOTION to File Documents Under Seal filed by Susan E. Wood. (Exhibits A-G, submitted in paper form)(Sanders, C.) (Entered: 08/30/2005) | 8/26/2005 | 65 |
| 146 | ORDER denying on the record 112 Motion in Limine. Signed by Judge Janet C. Hall on 8/29/05. (Boroskey, C.) (Entered: 08/30/2005) | 8/30/2005 | 66 |
| 152 | TRANSCRIPT of Proceedings held on 1/6/04 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. (Simpson, T.) (Entered: 09/07/2005) | 9/7/2005 | 67 |
| 153 | TRANSCRIPT of Proceedings held on 8/30/05 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. (Simpson, T.) (Entered: 09/07/2005) | 9/7/2005 | 68 |
| 155 | SUPPLEMENTAL Memorandum re: Plaintiff's 91 MOTION in Limine seeking the court to enter certain orders against Defendant in connection with the evidence to be entered in the trial scheduled in this matter filed by Susan E. Wood. (Beverley, T.) (Entered: 09/23/2005) | 9/21/2005 | 69 |
| 157 | Supplemental Citations by Susan E. Wood re 94 Proposed Findings of Fact and Conclusions of Law (Sanders, C.) (Entered: 10/05/2005) | 10/3/2005 | 70 |
| 158 | Sur-Reply in Response to 91 MOTION in Limine filed by Sempra Energy Trading Corp. (Sanders, C.) (Entered: 10/06/2005) | 10/3/2005 | 71 |
| 159 | RULING denying 91 Motion in Limine. Signed by Judge Janet C. Hall on 12/9/05. (Beverley, T.) (Entered: 12/13/2005) | 12/12/2005 | 72 |
| 160 | BENCH TRIAL RULING based on the preceding findings of fact and conclusions of law, the court orders that judgment enter in favor of defendant, Sempra Energy Trading, Inc., on Counts 1,2,3,4 and 5 of the plaintiff's Complaint. Signed by Judge Janet C. Hall on 12/9/05. (Beverley, T.) (Entered: 12/13/2005) | 12/12/2005 | 73 |
| 161 | JUDGMENT Ordered and Adjudged entered in favor of Defendant, Sempra Energy Trading Corporation against Plaintiff, Susan E. Wood. Signed by Judge Janet C. Hall on 12/16/05. (Beverley, T.) (Entered: 12/16/2005) | 12/16/2005 | 74 |
| 164 | NOTICE OF APPEAL as to 161 Judgment by Susan E. Wood. Filing fee $255, receipt number B011474. (Beverley, T.) (Entered: 01/20/2006) | 1/17/2006 | 75 |
| 172 | TRANSCRIPT of Pretrial Conference held on 6/28/05 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. (Simpson, T.) (Entered: 02/28/2006) | 2/28/2006 | 76 |
| 173 | TRANSCRIPT of Telephonic Status Conference held on 7/14/05 before Judge Janet C. Hall. Court Reporter: Terri Fidanza. (Simpson, T.) (Entered: 02/28/2006) | 2/28/2006 | 77 |

| | | | |
|---|---|---|---|
| 174 | RULING denying 162 Motion for Attorney Fees. Signed by Judge Janet C. Hall on 4/3/06. (Beverley, T.) (Entered: 04/05/2006) | 4/4/2006 | 78 |
| 175 | Deposition Testimony of Scott Vogel. | 4/9/2006 | 79 |

### Joint Designation of Trial Exhibits
### Entered Into Evidence Necessary for Appeal
### (Retained By District Court)

Plaintiff's Trial Exhibits:  4, 5, 6, 17, 18, 19, 24, 25, 27, 35, 36, 39, 41, 42

Defendant's Trial Exhibits:  514, 515, 516, 517, 518, 519, 520, 546, 547, 548, 551, 555, 556, 557, 559, 564, 567, 569, 586, 587, 588, 590, 585, 600, 602, 613, 615, 616, 625, 639, 642, 654, 655

## CERTIFICATION

This is to certify that a copy of the foregoing was served first class mail, postage pre-paid, to counsel of record as listed below this 11th day of April, 2006.

_____
Marianne F. Murray

Mary C. Dollarhide, Esq.
Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard
Stamford, CT  06901