### Carter, Erin

**From:** Warshauer, Karen L.
**Sent:** Friday, August 19, 2005 1:09 PM
**To:** Carter, Erin
**Subject:** FW: 2005066214(Alberto Vogel) - Invoiced [Robert Gibson]

Erin,

Here is the amended invoice for service of Vogel subpoena. Thanks.

-----Original Message-----
**From:** Robert Gibson [mailto:process@serve-em.com]
**Sent:** Friday, August 19, 2005 12:22 PM
**To:** Warshauer, Karen L.
**Subject:** 2005066214(Alberto Vogel) - Invoiced [Robert Gibson]


**1-800-SERVE-EM**
Airport Process, Inc.

Tel: 800.737.8336   process@1-800-serve-em.com
Fax: 888.737.8336   http://www.1-800-serve-em.com

### Additional Fees Invoice
Paper: 2005066214
Your Ref. No: 28309.00004
Sent: 8/19/2005

*From:* Robert Gibson
*To:* Karen Warshauer
Paul Hastings Janofsky & Walker, LLP
*Street:* 1055 Washington Blvd.
Stamford, CT 06901
*Voice:* 203.961.7400
*Fax:* 203.359.3031
www.paulhastings.com
*Voice:* 203.961.7440
karenwarshauer@paulhastings.com

*Court:* United States District Court for the District of Connecticut
*Case:* 3:03-CV-986 (JCH)
*Services:* Serve
*Priority:* ASAP
*Target:* Alberto Vogel
*Business:* 129 Davenport Ridge Road
Stamford, CT 06903
*Phone:*
*Through:* Alberto Vogel
*Address:* 129 Davenport Ridge Road
Stamford, CT 06903
*Phone:*
*Alternate:*
*Phone:*

**Total Fees:** $196.00
**Total Costs:** $0.00
**Total Paid:** $0.00

8/19/2005

**Balance:**     $196.00 - Due on Receipt.

Please remit payment to: 1-800-SERVE-EM Accounting Office, 1711 Latham Road, 1st Floor, West Palm Beach, FL 33409. Thank you.

**No witness fee check.**

*Accountable Inter-Jurisdictional Process Service*

8/19/2005



**1-800-SERVE-EM**
Airport Process, Inc.

Tel: 800.737.8336   process@1-800-serve-em.com
Fax: 888.737.8336   http://www.1-800-serve-em.com

**Receipt Confirmation & Invoice**
Paper: 2005057869
Your Ref. No: 3:03-CV-986 (JCH)
Sent: 7/21/2005

| | | | |
|---|---|---|---|
| From: | Patricia Barron | Court: | United States District Court for the District of Connecticut |
| To: | Karen Warshauer | | |
| | Paul Hastings Janofsky & Walker, LLP | Case: | 3:03-CV-986 (JCH) |
| Street: | 1055 Washington Blvd. Stamford, CT 06901 | Style: | SUSAN E. WOOD |
| | | | Plaintiff |
| Voice: | 203.961.7400 | | -vs- |
| Fax: | 203.359.3031 | | SEMPRA ENERGY TRADING CORP. |
| | www.paulhastings.com | | Defendant |
| Voice: | 203.961.7440 | Writ: | Cover letter dated July 20, 2005 and Subpoena |
| | karenwarshauer@paulhastings.com | Services: | Serve |
| | | Priority: | ASAP |
| Total Fee: | $196.00 | Target: | Alberto Vogel |
| Total Cost: | $64.00 | Business: | 129 Davenport Ridge Road Stamford, CT 06903 |
| Total Paid: | $0.00 | | |
| | | Phone: | |
| Balance: | [redacted] | Through: | [redacted] |
| | | Address: | 129 Davenport Ridge Road Stamford, CT 06903 |

Remit Payment to 1-800-SERVE-EM
1711 Latham Road, 1st Floor, West Palm Beach, FL 33409

Phone:
Alternate:

Notes:

Thank you for choosing *1-800-SERVE-EM* to expedite your civil service of process request. You will receive an event notification in this form, upon any change of status or problem, and upon successful service of this paper. Proof of service in the appropriate form for the originating jurisdiction will be prepared, executed, and returned to you by overnight courier.

Additionally, you may visit *www.1-800-serve-em.com* to check the status of your paper by entering the tracking number 2005057869 in the track box.

Please, do not hesitate to call us at *1-800-SERVE-EM* (737-8336) should you have any further questions.

*Accountable Inter-Jurisdictional Process Service*

**Airport Process, Inc., d/b/a**
**1-800-serve-em**

1711 Latham Road
West Palm Beach, FL 33409-5134

# Invoice

| Date | Invoice # |
|---|---|
| 7/21/2005 | 2005057869 |

| Bill To |
|---|
| Paul Hastings Janofsky & Walker, LLP
ATTN: Karen Warshauer
1055 Washington Blvd.
Stamford, CT 06901 |

| Your Reference N... | Terms | Case Number |
|---|---|---|
|  | Due on receipt | 3:03-CV-986 (JCH) |

| Item | Paper Num... | Target | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| ASAP Pro... | 2005057869 | Alberto Vogel | ASAP Domestic Service of Process |  | 196.00 | 196.00 |
| Witness F... | 2005057869 | Alberto Vogel | Witness Fees Advanced For Client |  | 64.00 | 64.00 |

| Total | $260.00 |
|---|---|
| **Balance Due** | $260.00 |

**Airport Process, Inc., d/b/a**
**1-800-serve-em**

1711 Latham Road
West Palm Beach, FL 33409-5134

# Invoice

| Date | Invoice # |
|---|---|
| 7/20/2005 | 2005057580 |

**Bill To**

Paul Hastings Janofsky & Walker, LLP
ATTN: Karen Warshauer
1055 Washington Blvd.
Stamford, CT 06901

| Your Reference N... | Terms | Case Number |
|---|---|---|
|  | Due on receipt | 3:03-CV-986 (JCH) |

| Item | Paper Num... | Target | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| ASAP Pro... | 2005057580 | Brian Rickers | ASAP Domestic Service of Process |  | 196.00 | 196.00 |
| Witness F... | 2005057580 | Brian Rickers | Witness Fees Advanced For Client |  | 55.00 | 55.00 |

| Total | $251.00 |
|---|---|
| **Balance Due** | $251.00 |

Mailed on 8/15/05

**Carter, Erin**

| | |
|---|---|
| From: | Warshauer, Karen L. |
| Sent: | Friday, January 13, 2006 5:30 PM |
| To: | Carter, Erin |
| Subject: | FW: 2005066726(Brian Rickers) - Received [Robert Gibson] |

-----Original Message-----
**From:** Robert Gibson [mailto:process@serve-em.com]
**Sent:** Friday, August 19, 2005 8:12 PM
**To:** Warshauer, Karen L.
**Subject:** 2005066726(Brian Rickers) - Received [Robert Gibson]



**1-800-SERVE-EM**
Airport Process, Inc.

Tel: 800.737.8336   process@1-800-serve-em.com
Fax: 888.737.8336   http://www.1-800-serve-em.com

**Receipt Confirmation & Invoice**
Paper: 2005066726
Your Ref. No: 3:03-CV-986 (JCH)
Sent: 8/19/2005

| | | | | |
|---|---|---|---|---|
| *From:* | Robert Gibson | | *Court:* | United States District Court for the District of Connecticut |
| *To:* | Karen Warshauer | | | |
| | Paul Hastings Janofsky & Walker, LLP | | *Case:* | 3:03-CV-986 (JCH) |
| | *Street:* | 1055 Washington Blvd. Stamford, CT 06901 | *Style:* | SUSAN E. WOOD                               Plaintiff |
| | *Voice:* | 203.961.7400 | | -vs- |
| | *Fax:* | 203.359.3031 | | SEMPRA ENERGY TRADING CORP.           Defendant |
| | www.paulhastings.com | | *Writ:* | Cover letter dated August 19, 2005 and Subpoena |
| | *Voice:* | 203.961.7440 | | |
| | karenwarshauer@paulhastings.com | | *Services:* | Serve |
| | | | *Priority:* | ASAP |
| **Total Fee:** | $196.00 | | *Target:* | Brian Rickers |
| **Total Cost:** | $0.00 | | *Business:* | |
| **Total Paid:** | $0.00 | | *Phone:* | 203.972.0239 |
| | | | *Through:* | Brian Rickers |
| **Balance:** | $196.00 - Due on Receipt. | | *Address:* | 358 White Oak Road New Canaan, CT 06840 |
| Remit Payment to 1-800-SERVE-EM 1711 Latham Road, 1st Floor, West Palm Beach, FL 33409 | | | *Phone:* | 203.972.0239 |
| **Notes:** | | | *Alternate: Phone:* | |

Thank you for choosing *1-800-SERVE-EM* to expedite your civil service of process request. You will receive an event notification in this form, upon any change of status or problem, and upon successful service of this paper. Proof of service in the appropriate form for the originating jurisdiction will be

1/13/2006

prepared, executed, and returned to you by overnight courier.

Additionally, you may visit **www.1-800-serve-em.com** to check the status of your paper by entering the tracking number **2005066726** in the track box.

Please, do not hesitate to call us at **1-800-SERVE-EM (737-8336)** should you have any further questions.

*Accountable Inter-Jurisdictional Process Service*