Goldfarb & Ajello Court Reporting Services
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320  FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/18/2004 | 3000 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Wood vs. Sempra Energy Trading Corp. | | |
| | Wit. Denise Freda and Vincent Cookingham | | |
| | Date: 4/5/04 | | |
| 70 | Copy of Transcript - Cookingham | 2.25 | 157.50T |
| 75 | Copy of Transcript - Freda | 2.25 | 168.75T |
| 2 | Condensed | 30.00 | 60.00T |
| 2 | Ascii Disc | 10.00 | 20.00T |
| | Shipping and handling | 10.00 | 10.00T |
| | CT Sales Tax | 6.00% | 24.98 |

PLEASE RETURN COPY OF BILL WITH PAYMENT
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total**  $441.23

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320  FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/3/2004 | 3009 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Wood vs. Schultz |  |  |
|  | Wit. Brian Cumming |  |  |
|  | Date: 4/14/04 |  |  |
| 127 | Copy of Transcript | 2.25 | 285.75T |
|  | Condensed | 30.00 | 30.00T |
|  | Ascii Disc | 10.00 | 10.00T |
|  | Shipping and handling | 10.00 | 10.00T |
|  | CT Sales Tax | 6.00% | 20.15 |

PLEASE RETURN COPY OF BILL WITH PAYMENT
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total**  $355.90

# Goldfarb & Ajello Court Reporting

24 East Avenue; #1372
New Canaan, CT 06840
1-203-972-8320
Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/12/2004 | DM 708* |

**BILL TO:**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

| TERMS | REPORTER: |
|---|---|
| PAST DUE!  *URGENT* | DONNA MIANI |

| QTY. | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
|  | Wood vs. Sempra Energy on March 5, 2004 of Joseph Howley |  |  |
| 156 | Copy of Transcript | 2.25 | 351.00T |
| 156 | Surcharge for Overnight Expedite | 3.95 | 616.20T |
|  | Shipping & Handling Charge | 8.00 | 8.00T |
|  | SUBTOTAL OF ABOVE ITEMS |  | 975.20 |
|  | CT Sales Tax | 6.00% | 58.51 |

PLEASE RETURN COPY OF BILL WITH PAYMENT.
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total** $1,033.71

**Payments/Credits** $0.00

**BALANCE DUE:** $1,033.71

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320  FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/18/2004 | 3018 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT 06902

*Mary Dollarhide attended this Depo.*

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 154 | Susan Wood vs. Sempra Energy Trading<br>Wit. David Messer<br>Date: 4/28/04<br>Copy of Transcript<br>Condensed<br>Ascii Disc<br>Shipping and handling<br>CT Sales Tax | 2.25<br>30.00<br>10.00<br>10.00<br>6.00% | 346.50T<br>30.00T<br>10.00T<br>10.00T<br>23.79 |

PLEASE RETURN COPY OF BILL WITH PAYMENT.
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total** $420.29

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
1-203-972-8320  FED ID#06-1273926

# Invoice

| DATE | INVOICE # |
|---|---|
| 5/3/2004 | 3007 |

Visit us at WWW.GoldfarbandAjello.com

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT  06902

| TERMS | REPORTER: |
|---|---|
| Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Wood vs. Sempra | | |
| | Wit. Jacqueline Mitchell | | |
| | Date: 4/13/04 | | |
| 160 | Copy of Transcript | 2.25 | 360.00T |
| | Condensed | 30.00 | 30.00T |
| | Ascii Disc | 10.00 | 10.00T |
| | Shipping and handling | 10.00 | 10.00T |
| | CT Sales Tax | 6.00% | 24.60 |

PLEASE RETURN COPY OF BILL WITH PAYMENT
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total** $434.60

**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
203-972-8320  FED ID#06-1273926

Visit us at WWW.GoldfarbandAjello.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/27/2004 | 3002 |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Blvd.
STAMFORD, CT  06902

| QUANTITY | DESCRIPTION | TERMS | REPORTER: |
|---|---|---|---|
| | | Due on receipt | MELODIE AJELLO |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Susan Wood vs. Sempra Energy Trading | | |
| | Wit. Sarathi Roy | | |
| | Date: 4/7/04 | | |
| 286 | Copy of Transcript | 2.25 | 643.50T |
| | Condensed | 30.00 | 30.00T |
| | Ascii Disc | 10.00 | 10.00T |
| 1 | Shipping and handling | 10.00 | 10.00T |
| | CT Sales Tax | 6.00% | 41.61 |

PLEASE RETURN COPY OF BILL WITH PAYMENT.
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total** $735.11



# Invoice

| Date | Invoice # |
|---|---|
| 4/13/2004 | 8844 |

To:

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Boulevard
10th Floor
Stamford, CT 06901-2217

Project #

| Services Rendered | Rate | Quantity | Amount |
|---|---|---|---|
| RE: Wood v. Sempra Energy | | | |
| One (1) Copy Set of the Videotaped Deposition of Ms. Sarathi Roy recorded on April 7, 2004 | 220.00 | | 220.00T |
| Federal Express/Postage/Handling | 10.00 | | 10.00T |

Thank you for your business.

| | |
|---|---|
| Subtotal | $230.00 |
| Sales Tax (6.0%) | $13.80 |
| Total | $243.80 |
| **Balance Due** | $243.80 |

DIVISION OF BAVIER, BULGER & GOODYEAR, INC. TAX ID #06-0859667

270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax: (203) 387-8558 • www.geomatrixproductions.com



**Goldfarb & Ajello Court Reporting Services**
24 East Avenue; #1372
New Canaan, CT 06840
1-203-972-8320

Visit us at WWW.GoldfarbandAjello.com

2004 APR 15 AM 11:59

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/2/2004 | FG 401* |

**BILL TO**

Paul, Hastings, Janofsky & Walker
Mary Dollarhide, Esquire
1055 Washington Blvd.
STAMFORD, CT 06901

| TERMS | | | REPORTER: |
|---|---|---|---|
| Due on receipt | | | FRANCINE GARB |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Susan E. Wood vs. Sempra Energy on March 9, 2004 of Steven J. Prince and Michael Goldstein | | |
| 281 | Copy of Transcript | 2.25 | 632.25T |
| | Ascii Disc | 10.00 | 10.00T |
| | Condensed Version | 30.00 | 30.00T |
| | Shipping & Handling Charge | 10.00 | 10.00T |
| | SUBTOTAL OF ABOVE ITEMS   1266608 | | 682.25 |
| | CT Sales Tax | 6.00% | 40.94 |

no H bl
4/15e

28309-00004

PLEASE RETURN COPY OF BILL WITH PAYMENT.
PLEASE DO NOT STAPLE CHECKS TO BILLS.

**Total**  $723.19

Docuserve Court Reporting & Litigation Support
388 Tarrytown Road
White Plains, NY 10607
(914) 949-4545   Fax (914) 949-4662

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 25479 | 09/07/2005 | 15-15440 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/06/2005 | DRENMI | 303CV986JCH |

**CASE CAPTION**

Susan Wood v Sempre Eneray

**TERMS**

Due upon receipt


1139284
1294408
1435646

Raymond Bertrand
Paul, Hastings, Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901

```
Charges for the:
   Alberto Vogel
      Video- 2-hour minimum                           350.00
      Digitized DVD                                   100.00
      VHS 120 minutes Tapes                            50.00
                                                     -------
                              TOTAL DUE  >>>>         500.00

Working with you is a pleasure, prompt payment appreciated.
```

Date: 9-12-05
C/M or GL# 28209 - 00004
Paralegal Sig:
Bill Atty Sig: [signature]
Print Name(s) Mary C. Dollarhide

TAX ID NO.: 13-4166740     YOUR REF: 280390004     (203) 961-7400   Fax (203) 674-7718

*Please detach bottom portion and return with payment.*

---

Raymond Bertrand
Paul, Hastings, Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901

Invoice No.:  25479
Date       :  09/07/2005
TOTAL DUE  :     500.00

Job No.    :  15-15440
Case No.   :  303CV986JCH
Susan Wood v Sempre Eneray

Remit To:   Docuserve Court Reporting & Litigation Support
            388 Tarrytown Road
            White Plains, NY 10607

Docuserve-Court Reporting & Litigation Support
388 Tarrytown Road
White Plains, NY 10607
(914) 949-4545   Fax (914) 949-4662

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 25474 | 09/07/2005 | 15-15439 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 09/06/2005 | MATEDA | 303CV986JCH |
| CASE CAPTION | | |
| Susan Wood v Sempre Eneray | | |
| TERMS | | |
| Due upon receipt | | |

Raymond Bertrand
Paul, Hastings, Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901

1435378

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Alberto Vogel                          57 Pages @    4.75/Page    270.75
      DAILY COPY                          52.00    @    4.75         247.00
      Appearance                                                      40.00
      Processing, S/H                                                 15.00

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Alberto Vogel                          57 Pages @    3.00/Page    171.00

                                          TOTAL  DUE  >>>>           743.75
```

Working with you is a pleasure, prompt payment appreciated.

TAX ID NO.: 13-4166740          YOUR REF: 280390004          (203) 961-7400   Fax (203) 674-7718

*Please detach bottom portion and return with payment.*

Raymond Bertrand
Paul, Hastings, Janofsky & Walker
1055 Washington Boulevard
Stamford, CT 06901

```
Invoice No.:  25474
Date       :  09/07/2005
TOTAL DUE  :     743.75


Job No.    :  15-15439
Case No.   :  303CV986JCH
Susan Wood v Sempre Eneray
```

Remit To:   Docuserve Court Reporting & Litigation Support
            388 Tarrytown Road
            White Plains, NY 10607



# Invoice

| Date | Invoice # |
|---|---|
| 12/18/2003 | 8642 |

To:

Paul, Hastings, Janofsky & Walker
Peter Schultz, Esquire
1055 Washington Boulevard
10th Floor
Stamford, CT 06901-2217

| Project # |
|---|
| |

| Services Rendered | Rate | Quantity | Amount |
|---|---|---|---|
| RE: Wood v. Sempra Energy | | | |
| The Videotaped Deposition of: Ms. Susan Wood recorded on December 12, 2003 | 1,155.00 | | 1,155.00T |
| Federal Express/Postage/Handling | 28.00 | | 28.00T |
| SUBTOTAL: | | | 1,183.00 |
| Expenses - Auto-Travel | 32.40 | | 32.40 |

Thank you for your business.

| | |
|---|---|
| Subtotal | $1,215.40 |
| Sales Tax (6.0%) | $70.98 |
| Total | $1,286.38 |
| **Balance Due** | **$1,286.38** |

DIVISION OF BAVIER, BULGER & GOODYEAR, INC. TAX ID #06-0859667

270 Amity Road • New Haven, CT 06525 • (203) 389-0001 • Fax (203) 387-8558



# Brandon Smith Reporting Service, LLC                    Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Monday, December 29, 2003 | 7540BL |

Peter Schultz
Paul, Hastings, Janofsky & Walker
1055 Washington Blvd.
Stamford, CT 06901

Phone:                Fax:

| | |
|---|---|
| **Witness:** | Wood, Susan |
| **Case:** | Wood vs. Sempra |
| **Venue:** | |
| **Case #:** | |
| **Date:** | 12/12/2003 |
| **Start Time:** | 9:30 AM |
| **End Time:** | :0 |
| **Reporter:** | James Scally |
| **Claim #:** | |
| **File #:** | 11131ss |

| Description | Quan | Total |
|---|---|---|
| Original and One | 241 | $951.95 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Exhibits | 155 | $38.75 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $66.52 |
| Sub Total | | $1,175.22 |
| Payments | | $0.00 |
| Balance Due | | $1,175.22 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*