27794

# CHECK REQUISITION

Payable to: (include all information to be typed on the face of check)

Terry Fidanza
P.O. Box 7118
Prospect, CT 06712

b/c to send to 29 Melissa Lane per Lucia.

1109111

Date: July 11, 2005

Amount: $4,197.60

Client Name: Sempra Energy Trading Corp.

1391165

| DESCRIPTION (to be typed on check stub) | ACCOUNT # | CLIENT/MATTER # | AMOUNT |
|---|---|---|---|
| Court reporter's fees for daily trial transcripts | | 28309.00004 | $4,197.60 |

no ss bac 7/12

Check Requested: (please check one)

☐ Today By a.m. (Time)

☒ On or Before July 15, 2005 (Date)

☐ Other (Date)

7-12-05

Requested by: Judy Miller

Approved by responsible Attorney/Legal Assistant/Administrator: ______________

When check is completed: (please check one)

☐ Mail Check

☐ Mail Check with Attached Form(s)

☒ Return Check to: Lucia LeVine Office : San Diego

☐ Call When Ready: Ext.:

SAN/117862.1

11/7/04 OK to pay 28309.00004 MCD Mary C Dollarhide

AO44 (Rev. 1/98)

2774

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INVOICE NO: 00000152

Mary Dollarhide
Paul Hastings Janofsky & Walker
3579 Valley Centre Dr.
San Diego, CA 92130

Phone:
FAX:

MAKE CHECKS PAYABLE TO:

Terri Fidanza, LSR
Official Court Reporter
P. O. Box 7118
Prospect, CT 06712

Phone: (203) 910-4567
FAX: (203) 758-7237
Tax ID: 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
Tfidanza@sbcglobal.net

RECEIVED BY ACCOUNTS PAYABLE
AUG 08 2005
PAUL, HASTINGS

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 07-28-2005

DATE DELIVERED: 08-01-2005

Case Style: , Wood v Sempra
July 25 - 27, 2005 Trial

no 1st box 814e

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 191 | 4.40 | 840.40 | | | | 191 | 0.55 | 105.05 | 945.45 |
| Daily | | | | | | | | | | |
| Hourly | 480 | 6.60 | 3,168.00 | | | | 480 | 0.83 | 398.40 | 3,566.40 |
| Realtime | | | | | | | | | | |

Misc. Desc.

1462627

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 4,511.85 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | 270.71 |
| LESS AMOUNT OF DEPOSIT: | 4,197.60 |
| TOTAL REFUND: | |
| TOTAL DUE: | $584.96 |

Deposit Date: 07-19-2005

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: Terri Fidanza

DATE: 07-28-2005

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

AO44 (Rev. 12/00) 27794

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

INVOICE NO: 00000164

Mary Dollarhide
Paul Hastings Janofsky & Walker
3579 Valley Centre Dr.
San Diego, CA 92130

Phone:
FAX:

RECEIVED BY ACCOUNTS PAYABLE
SEP 09 2005
PAUL, HASTINGS

MAKE CHECKS PAYABLE TO:

Terri Fidanza, LSR
Official Court Reporter
P. O. Box 7118
Prospect, CT 06712

Phone: (203) 910-4567
FAX: (203) 758-7237
Tax ID: 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
Tfidanza@sbcglobal.net

☐ CRIMINAL ☒ CIVIL

DATE ORDERED: 08-30-2005

DATE DELIVERED: 09-06-2005

Case Style: 3:03CV986, Susan Wood v Sempra Energy
1-6-04 discovery conference and fourth day of trial.
Hard copy and e-mailed to Ray Bertrand

1463315

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 302 | 4.40 | 1,328.80 | | | | | | | 1,328.80 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

RECEIVED BY ACCOUNTS PAYABLE
SEP 14 2005
PAUL, HASTINGS

Misc. Desc. no ✓ bal 9/13

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 1,328.80 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | 79.73 |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $1,408.53 |

OK to pay
28309.00004 9-14-05
Mary C. Dollarhide

1463412

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE 09-07-2005

(All previous editions of this form are cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

## CHECK REQUISITION

Payable to: (include all information to be typed on the face of check)

Terri Fidanza, Court Reporter
U.S.D.C.
915 Lafayette Boulevard
Bridgeport, CT 06604

Date: May 23, 2005
Amount: $167.91

Client Name: Sempra Energy

| DESCRIPTION (to be typed on check stub) | ACCOUNT # | CLIENT/MATTER # | AMOUNT |
|---|---|---|---|
| 2/16/05 Summary Judgment Hearing Transcript | | 28309.00004 | $167.91 |

Check Requested: (please check one)

☒ Today By 5:00 p.m. (Time)

☐ On or Before (Date)

☐ Other (Date)

Requested by: Karen Warshauer

Approved by responsible Attorney/Legal Assistant/Administrator: ____________

When check is completed: (please check one)

☐ Mail Check

☐ Mail Check with Attached Form(s)

☐ Return Check to: Office : Stamford

☒ Call When Ready: Erin Carter Ext.: 7450

PAUL, HASTINGS, JANOFSKY & WALKER LLP

1055 Washington Blvd. • Stamford, CT 06901 • 203-961-7400
Operating Account

11802

FLEET
51-44-119

5/23/2005

PAY TO THE ORDER OF Terri Fidanza, Court Reporter $ **167.91

One Hundred Sixty-Seven and 91/100 DOLLARS

U.S.D.C.
915 Lafayette Boulevard
Bridgeport, CT 06604

MEMO 28309-00004/Transcript

NOT NEGOTIABLE

⑈011802⑈ ⑆011900445⑆ 00997 10750⑈

PAUL, HASTINGS, JANOFSKY & WALKER LLP

11802




PAUL, HASTINGS, JANOFSKY & WALKER LLP

11802




DELUXE BUSINESS FORMS 1-800-328-0304 www.deluxeforms.com



Paul, Hastings, Janofsky & Walker LLP
1055 Washington Boulevard • Stamford, CT 06901
telephone 203 961 7400 • facsimile 203 359 3031 • www.paulhastings.com

Atlanta
Beijing
Brussels
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(203) 961-7440
karenwarshauer@paulhastings.com

May 23, 2005

28309.00004

VIA UPS

Ms. Terri Fidanza, Court Reporter
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re: Susan E. Wood v. Sempra Energy Trading Corporation
Docket No. 3:03-CV-986 (JCH)

Dear Ms. Fidanza:

In accordance with our discussion this morning, enclosed please find our check, in the amount of $167.91, representing your fee for providing me with the transcript of the February 16, 2005 Summary Judgment Hearing held before Judge Hall in the above captioned matter. As per our discussion, you will be emailing this transcript to me by Thursday, May 26, 2005.

Thank you again for your assistance in this matter.

Sincerely,

Karen Warshauer /emc

Karen Warshauer
Paralegal

KW:emc

Enclosure

STM/296758.1