

**1-800-SERVE-EM**
Airport Process, Inc.

Tel: 800.737.8336    process@1-800-serve-em.com
Fax: 888.737.8336    http://www.1-800-serve-em.com

## Receipt Confirmation & Invoice
Paper: 2005057869
Your Ref. No: 3:03-CV-986 (JCH)
Sent: 7/21/2005

| | |
|---|---|
| From: | Patricia Barron |
| To: | Karen Warshauer |
| | Paul Hastings Janofsky & Walker, LLP |
| Street: | 1055 Washington Blvd. Stamford, CT 06901 |
| Voice: | 203.961.7400 |
| Fax: | 203.359.3031 |
| | www.paulhastings.com |
| Voice: | 203.961.7440 |
| | karenwarshauer@paulhastings.com |

| | |
|---|---|
| Court: | United States District Court for the District of Connecticut |
| Case: | 3:03-CV-986 (JCH) |
| Style: | SUSAN E. WOOD  Plaintiff  -vs- SEMPRA ENERGY TRADING CORP.  Defendant |
| Writ: | Cover letter dated July 20, 2005 and Subpoena |
| Services: | Serve |
| Priority: | ASAP |
| Target: | Alberto Vogel |
| Business: | 129 Davenport Ridge Road Stamford, CT 06903 |
| Phone: | |
| Through: | Alberto Vogel |
| Address: | 129 Davenport Ridge Road Stamford, CT 06903 |
| Phone: | |
| Alternate: | |

Total Fee:  $196.00
Total Cost: $64.00
Total Paid: $0.00

Balance: $260.00 - Due on Receipt

Remit Payment to 1-800-SERVE-EM
1711 Latham Road, 1st Floor, West Palm Beach, FL 33409

Notes:

---

Thank you for choosing *1-800-SERVE-EM* to expedite your civil service of process request. You will receive an event notification in this form, upon any change of status or problem, and upon successful service of this paper. Proof of service in the appropriate form for the originating jurisdiction will be prepared, executed, and returned to you by overnight courier.

Additionally, you may visit *www.1-800-serve-em.com* to check the status of your paper by entering the tracking number 2005057869 in the track box.

Please, do not hesitate to call us at *1-800-SERVE-EM* (737-8336) should you have any further questions.

*Accountable Inter-Jurisdictional Process Service*

# Invoice

**Airport Process, Inc., d/b/a**
**1-800-serve-em**

1711 Latham Road
West Palm Beach, FL 33409-5134

| Date | Invoice # |
|---|---|
| 7/21/2005 | 2005057869 |

**Bill To**

Paul Hastings Janofsky & Walker, LLP
ATTN: Karen Warshauer
1055 Washington Blvd.
Stamford, CT 06901

| Your Reference N... | Terms | Case Number |
|---|---|---|
|  | Due on receipt | 3:03-CV-986 (JCH) |

| Item | Paper Num... | Target | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| ASAP Pro... | 2005057869 | Alberto Vogel | ASAP Domestic Service of Process |  | 196.00 | 196.00 |
| Witness F... | 2005057869 | Alberto Vogel | Witness Fees Advanced For Client |  | 64.00 | 64.00 |

| | |
|---|---|
| **Total** | $260.00 |
| **Balance Due** | $260.00 |