| | | |
|---|---|---|
| FLIGHT | $ 3,503.85 | Calgary/LGA Return |
| HOTEL | $ 959.44 | July 24, 25 and 26 |
| TIPS | $ 10.00 | No receipts |
| MEALS | $ 49.38 | |
| TAXI/TOLLS | $ 81.50 | |
| TAXI | $ 70.83 | $85.00 Canadian converted at 1.20 |
| | | |
| TOTAL | $ 4,675.00 | Please issue USD check |
| | | |
| | | James W. Evans |
| | | 1027 Prospect Avenue SW |
| | | Calgary, AB, Canada |
| | | T2W 0X8 |
| | | 403-205-3433 |
| | | |



```
ELECTRONIC TICKET                           AIR CANADA
Class | Classe
EXECUTIVE CLASS/CLASSE AFFAIRES

Flight & Date | Vol et date    Gate | Porte    Seat | Place
AC   0160   24JUL              A15             ET      03D

Boarding time
Heure d'embarquement    ▶  06:50   AC0115595399A

From | De                      To | Destination
CALGARY                        MONTREAL

Name | Nom                     Airline use | À usage interne
EVANS         AP               0085           KYYC276

Boarding Pass | Carte d'accès à bord
```

```
ELECTRONIC TICKET                           AIR CANADA
Class | Classe
EXECUTIVE CLASS/CLASSE AFFAIRES

Flight & Date | Vol et date    Gate | Porte    Seat | Place
AC   0748   24JUL              74              ET      02A

Boarding time
Heure d'embarquement CNX ▶  14:25   AC0115595399A

From | De                      To | Destination
MONTREAL                       LAGUARDIA-M

Name | Nom                     Airline use | À usage interne
EVANS         AP               0004           KYYC276

Boarding Pass | Carte d'accès à bord
```

```
ELECTRONIC TICKET                           AIR CANADA
Class | Classe
EXECUTIVE CLASS/CLASSE AFFAIRES

Flight & Date | Vol et date    Gate | Porte    Seat | Place
AC   0747   28JUL              A6              ET      02A

Boarding time
Heure d'embarquement   ▶  14:55   AC0115595399A

From | De                      To | Destination
LAGUARDIA-M                    MONTREAL

Name | Nom     Check-in | Enregistrement    Airline use | À usage interne
EVANS    AP    AIRCANADA.COM                0008
                                            Remarks | Observations
                                            AC*A

Boarding Pass | Carte d'accès à bord
```

**Evans, James**

From: Air Canada [confirmation@aircanada.com]
Sent: Thursday, July 14, 2005 12:26 PM
To: Evans, James
Subject: Booking Confirmation

AIR CANADA

# Itinerary / Receipt

****** PLEASE DO NOT REPLY TO THIS EMAIL ******

Your booking is confirmed. Thank you for choosing Air Canada.
**Please print this itinerary/receipt for your reference.**

| Main Contact Information | Booking Reference: KY6N4V |
|---|---|
| Name: Mr James W Evans | Customer Care |
| Email: james.evans@cibc.ca | Air Canada Customer Technical Support Desk 1-888-712-7786 |
| Phone 1: 1-403-2212427 | |
| **Electronic Ticketing confirmed.** This is your official itinerary/receipt. | Air Canada Flight Info 1-888-422-7533 |
| | On the web aircanada.com |
| | Alert me of flight changes Flight notification |

Flight Itinerary

| Flight | From | To | Stops | Duration | Aircraft | Fare Type |
|---|---|---|---|---|---|---|
| AC160 | Calgary (YYC) Sun 24-Jul 2005 07:25 | Montreal (YUL) Sun 24-Jul 2005 13:24 | 0 | 6hr52 | 319 | Executive |
| AC748 | Montreal (YUL) Sun 24-Jul 2005 15:00 | New York (LGA) Sun 24-Jul 2005 16:17 - Terminal M | 0 | | 319 | Executive |
| AC709 | New York (LGA) Sat 30-Jul 2005 11:30 - Terminal M | Toronto (YYZ) Sat 30-Jul 2005 12:59 - Terminal 2 | 0 | 6hr35 | 319 | Executive |
| AC121 | Toronto (YYZ) Sat 30-Jul 2005 | Calgary (YYC) Sat 30-Jul 2005 | 0 | | 319 | Executive |

7/29/2005

14:00 - Terminal 1        16:05

Passenger Information

**Passenger 1 - Adult**

| | | | |
|---|---|---|---|
| Name: | Mr James W Evans | Ticket Number: | 0142127773040 |
| Frequent Flyer Pgm: | Air Canada Aeroplan | Program Number: | 0115595399 |
| Meal Preference: | Regular | Special Needs: | None |
| Seat Selection: | AC160 3D , AC748 2A , AC709 2C , AC121 2D | | |
| Credit Card: | xxxx-xxxx-xxxx-9951 | | |

Fare Summary

| | |
|---|---|
| Passenger Type | Adult |
| Flight 1 - Departing airfare (Executive) | 1590.99 |
| Flight 2 - Returning airfare (Executive) | 1590.99 |
| Navcan and Surcharges | 14.98 |
| **Taxes, Charges and Fees** | |
| Canada Airport Improvement Fee | 23.00 |
| U.S.A Transportation Tax | 34.64 |
| Canada Security Charge | 7.94 |
| Canada Goods and Services Tax (GST/HST #10009-2287) | 225.95 |
| U.S Passenger Facility Charge | 3.69 |
| September 11 Security Fee | 3.07 |
| U.S.A Immigration User Fee | 8.60 |
| Number of Passengers | 1 |
| Total | 3503.85 |

7/29/2005



# Itinerary / Receipt

Your booking is confirmed. Thank you for choosing Air Canada.

Please print this itinerary / receipt for your reference.

## Main Contact Information

**Booking reference: KY6N4V**

| | |
|---|---|
| Name: | Mr James Evans |
| E-mail | JAMES.EVANS@CIBC.CA |
| Form of payment: | CCCAXXXXXXXXXXXX9951 |

**Electronic Ticketing confirmed.**
This is your official itinerary/receipt.

**Customer Care**

Air Canada Reservations
1-888-247-2262

Air Canada Flight Information
1-888-422-7533

On the web
www.aircanada.com

Alert me of flight changes
Flight notification

## Flight Itinerary

| Flight | From | To | Aircraft | Booking class | Status |
|---|---|---|---|---|---|
| AC747 | La Guardia/New York (LGA)<br>Thu 28-Jul 2005<br>15:30 - TERMINAL M -MAIN | Montreal Trudeau (YUL)<br>Thu 28-Jul 2005<br>16:49 | 319 | C | Confirmed |
| AC155 | Montreal Trudeau (YUL)<br>Thu 28-Jul 2005<br>19:25 | Calgary (YYC)<br>Thu 28-Jul 2005<br>21:58 | 320 | C | Confirmed |

## Passenger Information

**Passenger 1**

| | | | |
|---|---|---|---|
| Name: | Mr James Evans | Ticket number: | 014 2128 001093 |
| Frequent Flyer Pgm: | Air Canada Aeroplan | Program number: | 0115595399 |

## Fare Summary



Receipt 1:
- Driver #: 4041
- Car #: 753
- To: CALGARY AIRPORT
- From:
- Date: 07-24-05
- Amount: 33.10 + 3.90 = 37.00
- GST#:

Handwritten notes: 1.85 CAD ÷ 1.2

Receipt 2:
- Driver #:
- Car #:
- To: PROSPECT AVE
- From: YYC
- Date: 7/28
- Amount: 48.00
- GST#:

```
I ♥ NEW YORK              MED #      7G45               I ♥ NEW YORK
MED #      8K46           07/26/05 TR 9381              MED #      9C88
TRIP #     6987           START  END MILES              DATE  07/28/2005
DATE JUL-27-2005          06:40 06:42  0.5              START TIME 07:41
ST. TIME 07:48AM          FARE :  $   3.30              END TIME   07:44
END TIME 07:56AM          EXTRA:  $   0.00              TRIP #     59546
RATE        1             TOTAL:  $   3.30              RATE No.       1
MILES    1.14                  THANKS                   MILES       0.55
FARE $   5.30             TO CONTACT TLC                FARE $      3.70
Contact TLC Dial             DIAL 3-1-1
    3-1-1                                               Contact TLC Dial
                                                            3-1-1
```

TAXI/TOLLS NYC



Date 7/24/5

**OFFICIAL TAXI RECEIPT**

FROM LGA

TO Hotel

FARE PAID 25.00 + 4.50 Toll = 29.50

SIGNATURE ........................ # ........

SEMPRA



Date ..........................

**OFFICIAL TAXI RECEIPT**

FROM NYC

TO LGA

FARE PAID 27.90 + 4.50 Toll + 3⁶⁰ Tip = 36.00

SIGNATURE ........................ # ........

```
         5,065. +
         989.16 +
         115.  +
         336.25 +
         
   004   6,505.41 *
```

**Sempra Energy Trading Corp.**

| Voucher # | Phone # | 203-355-5417 | Report Date: | 4-Aug-05 |
| --- | --- | --- | --- | --- |
| | | | Name: | Brian Cumming |
| Sig: | Date | 4-Aug-05 | Company SET | Branch | Dept |
| | Location | | | |

**Trip Purpose and Destination:** Traveled to US from Singapore to attend litigation hearing in Bridgeport, CT per the request of SET

| Departure Date | Return Date |
| --- | --- |
| 7/24/05 | 7/29/05 |

| (11) Date | (12) Detail | (13) Transportation 11004 | (14) Hotel 11002 | (15) Meals (self) 11003 | (16) Meals (other employee) 11014 | (17) Entertainment 11001 | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 7/24/05 | Singapore Airlines | $8,482.00 | | | | | 8,482.00 |
| 7/24/05 | W New York Hotel | | $989.16 | | | | 989.16 |
| 7/24/05 | Cinema Café on 34 | | | | | $115.00 | 115.00 |
| 7/26/05 | Four Seasons | | | | | $336.25 | 336.25 |

AMOUNT FORWARD FROM PAGE 2

| (20) Column Totals | | $8,482.00 | $989.16 | $0.00 | $0.00 | $451.25 | 9,942.41 |

| (23) Repay Amount: | (24) Repay Check # | | (26) | (27) GRAND TOTAL | $9,942.41 |
| --- | --- | --- | --- | --- | --- |
| Approver Code | | | (28) Date | Less Advance | $0.00 |
| (22) Approver Signature | | | (29) | Balance Due Company | |
| | | | (30) | Balance Due Employee | $9,942.41 |

(25) Total Dollar Amount Due Employee

Handwritten notes: "Home Address, 63 Chulia Street L10, Singapore"; "RCVD"


Travel

THIS RECEIPT MAY BE REQUIRED AT CHECK-IN AND MUST BE
PRESENTED TO CUSTOMS AND IMMIGRATION IF REQUESTED

```
AMEX ABN AMRO ASIA P              ISSUED BY: SQ
ETKT ITINERARY / RECEIPT       PLACE OF ISSUE: SINGAPORE

TKT: 618 4140 424506      NAME: CUMMING/BRIANMR
 CC: AX376220355481003     FF: 8083325437
ISSUED: 20JUL05           FOP:AX376220355481003-127977
PSEUDO: 75FB   PLATING CARRIER: SQ  ISO: SG  IATA: 32307881
    USE  CR FLT   CLS  DATE BRDOFF TIME  ST F/B         FARE      CPN
    OPEN SQ 0022   C   24JUL SINEWR 1125 OK CSP                    1
    OPEN SQ 0317   C   29JUL LHRSIN 1200 OK CSP                    3

FARE SGD 8000.00 TAX  21.00 SG TAX  24.00 US TAX 357.00 XT
TOTAL SGD 8402.00
    VLD SQ ONLY.QS--
    FARE CONDS APPLY          USD = 5065

24 XT 9.00XA12.00XY9.00YC119.00GB36.00UB172.00YQ
TOUR CODE AMR
RLOC 1G QNGQTC    SQ JWSBMH
```

CARRIAGE AND OTHER SERVICES PROVIDED BY THE CARRIER ARE
SUBJECT TO CONDITIONS OF CARRIAGE WHICH ARE HEREBY
INCORPORATED BY REFERENCE. THESE CONDITIONS MAY BE
OBTAINED FROM THE ISSUING CARRIER.

NOTICE
IF THE PASSENGERS JOURNEY INVOLVES AN ULTIMATE DESTINATION
OR STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE THE
WARSAW CONVENTION MAY BE APPLICABLE AND THE CONVENTION
GOVERNS AND IN MOST CASES LIMITS THE LIABILITY OF CARRIERS
FOR DEATH OR PERSONAL INJURY AND IN RESPECT OF LOSS OF OR
DAMAGE TO BAGGAGE.

*Handwritten note:* Michael, I flew Singapore – NY, NY – London, and London – Singapore. I paid an additional $4157 for the NY – London leg. Ergo, the flight I am submitting to you eg.: Sing – NY, and London – Singapore, is Sing $8402, and is equivalent. Turn ticket.



# FXConverter - 164 Currency Converter Results

Sunday, July 24, 2005

- Print Travelers' Currency CheatSheet for Singapore Dollar and US Dollar.

**8,402. Singapore Dollar = 5,065.41 US Dollar**
**8,402. US Dollar (USD) = 13,936.4 Singapore Dollar (SGD)**

- Print Friendly Conversion Results
- Understanding the results

Median price = 0.60252 / 0.60288 (bid/ask)
Minimum price = 0.60223 / 0.60252
Maximum price = 0.60270 / 0.60306

- Add a currency converter to your Web site today.

Rate for previous or next day

Get exchange rates with amount: 

## Also See...

- **FXTrade**: trade currencies with tight spreads, no minimum deposit and earn continuous interest on your money.
- **Order Currencies and Travelers Cheques** and get them delivered to your home with FXDelivery.
- **Travel Expense Report Manager** (FXPense): Create multi-currency expense reports online and save it in MS® Excel.
- **Link to Currency Converter**: Find out how to link to OANDA's FXConverter.

 Recommend FXConverter to a friend!

FXConverter™: Classic 164 Currency Converter © 1997-2005 by OANDA.com.
Terms of Use | Privacy Policy | Home Page | Register | Contact Us | Site Map | Search

© 1996 - 2005 OANDA Corporation. All rights reserved. All Registered Trade Marks used on this Website, whether marked as Trade Marks or not marked, are declared to belong to their respective owner(s). OANDA Corporation owns Trade Marks of all its "FX" products .

http://www.oanda.com/convert/classic                                         8/18/2005