UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN E. WOOD,<br><br>       Plaintiff,<br><br>    v.<br><br>SEMPRA ENERGY TRADING CORPORATION,<br><br>       Defendant. | CIVIL ACTION NO.<br>3:03-CV-986 (JCH)<br><br><br><br><br>July 16, 2007 |

PLAINTIFF'S OBJECTION
TO DEFENDANT'S BILL OF COSTS

  Pursuant to F.R.Civ.P. Rule 54 and Local Rule 54(b), Plaintiff, Susan E. Wood hereby objects to the taxing of the following costs as requested by Defendant Sempra Energy Trading Corporation:

**Deposition Transcripts:**

  Defendant seeks reimbursement for the cost of expenses in connection with certain depositions taken by Plaintiff. F.R.Civ.P. Rule 54 c (2) provides that the cost of an original and one copy of deposition transcripts are recoverable as costs if: (i) used at trial in lieu of live testimony; (ii) for cross-examination or impeachment; (iii) if used in support of a successful summary judgment motion; or (iv) if they are necessarily obtained for the preparation of the case *and not for the convenience of counsel*.

  Costs should not be awarded for the following deposition transcripts, since these were Defendant's own witnesses, deposed by the Plaintiff, and thus the transcripts were provided to Defendant's counsel by Plaintiff when served upon counsel for execution, and thus any additional copies ordered by Defendant was solely for the purpose of convenience of counsel:

| | |
|---|---|
| Vincent Cookingham | $157.50 |
| Denise Freda | $168.75 |
| Brian Cumming | $285.75 |
| Joseph Howley | $351.00 |
| David Messer | $364.50 |

1

| | |
|---|---|
| Jacqueline Mitchell | $360.00 |
| Sarathi Roy | $643.50 |
| Deposition of Steve Prince | $632.25 |
| **TOTAL** | **$2,963.25** |

Moreover, there is no provision under Local Rule 54 for recoupment of the cost of videotaping a deposition. Accordingly, the following costs should be denied:

| | |
|---|---|
| Videotaping of Sarathi Roy | $ 220.00 |
| Videotaping of Susan Wood | $1,187.40 |
| **TOTAL** | **$1,407.40** |

**Trial Transcripts**

While Local Rule 54c(2) provides for reimbursement of the cost of trial transcripts, the costs of an expedited or daily copy of the transcript is explicitly excluded as an allowable cost pursuant to Local Rule 54c(7)(iv). Thus, the costs for expedited transcripts should be disallowed as follows:

| | |
|---|---|
| July 25-27 trial | $ 945.45 |
| 1-6-04 and 4th day of trial | $1,328.80 |
| **TOTAL** | **$2,274.25** |

**Witness Fees for Common Carriers**

Defendant seeks to recover the airfare for two witnesses it called to testify at trial: Brian Cumming, and Jamie Evans. Local Rule 54c (4)(iii) provides that fees paid to common carriers for witnesses who are called to testify at trial, shall be taxed at the coach fare rate. The receipt for Mr. Evans' travel indicates the ticket was purchased at the Executive Class fare, and not the coach rate, and thus should be disallowed. Mr. Cumming testified at the trial that Sempra paid business class airfare for him, not coach rate (7/26/06 Trial Transcript at p. 42), thus Mr. Cumming's plane fare should likewise be disallowed under Local Rule 54c(4)(iii).

| | |
|---|---|
| Evans Airfare | $3,503.85 |
| Cumming airfare | $5,065.00 |

  **TOTAL**  **$8,568.85**

**CONCLUSION**

  Accordingly, and for the foregoing reasons, Plaintiff respectfully requests that the following requested costs be disallowed:

| | |
|---|---|
| Deposition Transcripts | $2,963.25 |
| Videotaping of Depositions | $1,407.40 |
| Expedited Trial Transcripts | $2,274.25 |
| Common Carrier charges | <u>$8,568.85</u> |
| | **$15,213.75** |

Dated: July 16, 2007     PLAINTIFF,
             SUSAN E. WOOD

          By: _____
            Brendan J. O'Rourke (ct00522)
            Marianne F. Murray(ct14393)
            O'ROURKE & ASSOCIATES, LLC
            27 Pine Street
            New Canaan, CT  06840
            Telephone:  (203) 966-6664
            Facsimile:  (203) 966-5710
            Email:   brendan@orourkeandassoc.com
                marianne@orourkeandassoc.com

            Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon the following by email and first class mail, postage prepaid, this 16th day of July 2007.

                                                  _____
                                                  Marianne F. Murray

To:    Raymond W. Bertrand, Esq.
        Paul, Hastings, Janofsky & Walker LLP
        1055 Washington Boulevard
        Stamford, CT  06901

        Mary Dollarhide, Esq.
        Paul, Hastings, Janofsky & Walker LLP
        3579 Valley Centre Drive
        San Diego, CA  92130

        Attorneys for Defendant Sempra Energy Trading Corp.