NHCT
03-CV-986
HALL

# ITEMIZED AND VERIFIED BILL OF COSTS

United States Court of Appeals
For the Second Circuit

------------------------

Susan Wood,
              Appellant,
  v.

Sempra Energy,
              Appellee

Docket No. 06-0374-cv

FILED JUL 31 2007 — United States Court of Appeals, Second Circuit, Catherine O'Hagan Wolfe, Clerk

FILED 2007 AUG 23 P 2:56 U.S. DISTRICT COURT

------------------------

Counsel for __Appellee, Sepmra Energy__ respectfully submits, pursuant to Rule 39 c) of the Federal Rules of Appellate Procedure the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the __Appellant, Susan Wood__ and in favor of __the Appellee, Sempra Energy__ for insertion in the mandate.

| | |
|---|---|
| Docketing Action .................................... | N/A |
| Costs of printing appendix (necessary copies ____ ) ........... | N/A |
| Costs of printing brief (necessary copies __15__ ) ........... | $210.00 |
| Costs of printing reply brief (necessary copies ____ ) ........ | N/A |

(VERIFICATION HERE)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June, 2007 at Stamford, Connecticut.

(Signature)
Raymond Bertrand
Attorney for Appellee Sempra Energy

STATEMENT OF COSTS
Taxed in the amount of $ __210.00__ in favor of Appellee

7/31/07
Date

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by Tracy W. Young, Motions Staff Attorney

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by Angela [illegible], DEPUTY CLERK

CERTIFIED: JUL 31 2007

MATTER: 28309-00004              PAUL, HASTINGS, JANOFSKY & WALKER LLP    Proforma No.:                Page 107 (107)

| DATE | APPROVAL | SOURCE | QUANTITY | AMOUNT IN: DO | INSTR CODE | DISB CODE | INDEX NO | VOUCHER | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 06/19/06 | LCT | 275117 | 1,075.00 | 215.00 | | E101 | 16454326 | | Photocopy Charges |

REDACTED

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
                     ) ss.:
COUNTY OF FAIRFIELD  )

KAREN WARSHAUER, being duly sworn, deposes and says. I am over the age of eighteen years, employed by the law firm of Paul, Hastings, Janofsky & Walker LLP, and not a party to this action. On the 13th day of June, 2007, a true and correct copy of the foregoing Bill of Costs was served upon counsel for Appellant, Susan Wood by enclosing true copies of same in securely sealed first class postpaid envelope properly addressed and depositing same into an official depository maintained by the United States Postal Service within Stamford, Connecticut as addressed below:

> Brendan J. O'Rourke, Esq.
> Marianne F. Murray, Esq.
> O'Rourke & Associates, LLP
> 27 Pine Street
> New Canaan, CT  06840

the address designated by them for this purpose.

Karen Warshauer

Sworn to before me this
13th day of June, 2007

Notary Public

**ANNA ROBERTS DALLIN**
**NOTARY PUBLIC**
MY COMMISSION EXPIRES MAR. 31, 2011

1

LEGAL_US_W # 56453653.1